UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANIES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

RECEIPT #_____
AMOUNT $  *150* _____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____ 4-12-04

04 - 10736 DPW

MAGISTRATE JUDGE_____

### NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

PLEASE TAKE NOTICE that the defendant, Atlantic Mutual Insurance Companies

("Atlantic Mutual"), hereby removes to this Court the state court action described below.

1.      On or about March 19, 2004, the plaintiff, American Process Equipment

Company, Inc. ("APEC"), filed a Complaint and Jury Demand in the Superior Court of the

Commonwealth of Massachusetts, entitled American Process Equipment Company, Inc. v.

Atlantic Mutual Insurance Companies, Civil Action No. 04-350 (the "State Court Action").

2.      Plaintiff APEC made service on defendant Atlantic Mutual Insurance Company

("Atlantic Mutual"), by making service on the Commissioner of Insurance of the Massachusetts

Division of Insurance on March 23, 2004.  Atlantic Mutual's undersigned counsel also received a

copy of the Complaint from APEC's counsel through the mail on March 23, 2004.

3.      Plaintiff APEC is a Massachusetts corporation with a principal place of business

at 295 Lincoln Street, Hingham, Massachusetts.

BOST1-823781-2

4.    Defendant Atlantic Mutual is a New York corporation with a principal place of business at 140 Broadway, New York, NY.

5.    The State Court Action arises from an insurance coverage dispute between APEC and Atlantic Mutual. APEC alleges that certain pieces of its business equipment suffered in excess of $1 million in water damage in or about April 2002. In addition, APEC claims that it suffered business interruption losses in excess of $400,000. APEC claim that it is entitled to coverage for these alleged losses under an insurance policy Atlantic Mutual issued to APEC.

6.    Based on the allegations set forth in the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.    This action is removable under 28 U.S.C. §1332(a)(1) as the action is between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.    This District embraces the State Court Action in which APEC and Atlantic Mutual are parties.

9.    No trial has occurred in the State Court Action.

10.    The State Court Action does not fall within any class of actions which, under applicable rules, laws, or statutes, is prevented from or limited in the right of removal.

11.    This Notice of Removal is being filed within thirty days after receipt by Atlantic Mutual of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

12.    Notice of the filing of this Notice of Removal is being given to all parties in the State Court Action by filing a Notice of Filing Notice of Removal of Action in Federal Court in the State Court Action and by service upon all parties in accordance with applicable law.

13.     A copy of APEC's Complaint and Jury Demand is attached hereto at Exhibit A,

and a copy of the summons and return of service are attached hereto as Exhibit B.

14.     Atlantic Mutual reserves the right to raise all defenses and objections in this

matter after the action is removed to this Court.

DEFENDANT,
**ATLANTIC MUTUAL INSURANCE
COMPANIES,**
By its attorneys,


John E. Tener, BBO # 563791
John W. Steinmetz, BBO # 568108
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900


Dated: April 12, 2004

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that on this 12th day of April, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street
Fifth Floor
Boston, MA 02114

John W. Steinmetz

4