UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANIES, <br><br> Defendant. | Civil Action No. 04-10736-DPW |

## DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendant Atlantic Mutual Insurance Company ("Defendant") hereby moves for a twenty-one (21) day extension of time, through and including May 10, 2004, to answer, move or otherwise respond to the complaint in the above action. Pursuant to Fed.R. Civ. P. 81(c), a responsive pleading is due five days after removal to Federal Court, which is April 17, 2004. Defendant needs additional time to answer or otherwise respond to the complaint, and Plaintiff's counsel has assented to the granting of this motion.

WHEREFORE, Defendant, Atlantic Mutual Insurance Company respectfully requests that its time to answer, move or otherwise respond to the complaint be extended through and including May 10, 2004.

DEFENDANT,
ATLANTIC MUTUAL INSURANCE
COMPANIES,
By its attorneys,

_____
John E. Tener, BBO # 563791
John W. Steinmetz, BBO # 568108
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: April 16, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, John W. Steinmetz, counsel for the Defendant, Atlantic Mutual Insurance Company, hereby certify that on April 15, 2004, I spoke with Noah Rosmarin, counsel for the Plaintiff, and he assented to the granting of this motion.

_____
John W. Steinmetz

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that on this 16th day of April, 2004, I served a true copy of the foregoing document via facsimile and first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street
Fifth Floor
Boston, MA 02114

*/s/ John W. Steinmetz*
John W. Steinmetz