UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANIES<br><br>Defendant. | Civil Action No. 04-10736-DPW |

**NOTICE OF FILING OF SUPERIOR COURT TRACKING ORDER
IN CONNECTION WITH REMOVAL OF ACTION TO FEDERAL COURT**

On April 12, 2004, Defendant, Atlantic Mutual Insurance Company ("Atlantic Mutual"), removed the above-captioned action to this Court from the Massachusetts Superior Court. Atlantic Mutual hereby supplements its removal notice by filing herewith at <u>Exhibit A</u> a copy of the Tracking Order that was issued by the Massachusetts Superior Court on March 19, 2004. This supplemental filing is being made within thirty days after receipt by Atlantic Mutual of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

BOST1-825291-1

> DEFENDANT,
> ATLANTIC MUTUAL INSURANCE
> COMPANIES,
> By its attorneys,
>
> _/s/ John W. Steinmetz_
> John E. Tener, BBO # 563791
> John W. Steinmetz, BBO # 568108
> **ROBINSON & COLE LLP**
> One Boston Place
> Boston, MA 02108-4404
> (617) 557-5900

Dated: April 14, 2004


## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that on this 14th day of April, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street
Fifth Floor
Boston, MA 02114

_/s/ John W. Steinmetz_
John W. Steinmetz

2