# ROBINSON & COLE LLP

JOHN W. STEINMETZ

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
jsteinmetz@rc.com
Direct (617) 557-5918

*By Overnight Courier*

April 22, 2004

U.S. District Court-Civil Clerk's Office
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: **American Process Equipment Company, Inc. v. Atlantic Mutual**
 **C.A. No. 04-10736-DPW**

Dear Sir/Madam:

Pursuant to Loc. R. 81.1, enclosed for filing and docketing in the above-referenced matter please find a certified copy of the pleadings and docket in the Plymouth Superior Court Action, Civil Action No. 04-350, which was recently removed to this court.

Thank you for your attention to this matter.

Sincerely,

John W. Steinmetz

Enclosures

cc: David L. Kelston, Esq. and Noah Rosmarin, Esq. *(w/encls. by overnight courier)*

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

*www.rc.com*    BOST1-826042-1

**Commonwealth of Massachusetts**
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00350
### American Process Equipment Company Inc v Atlantic Mutual Insurance Companies

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 03/19/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 04/14/2004 | **Session** | A - Civil A - CtRm 4 (Brockton) | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 06/17/2004 | **Answer** | 08/16/2004 | **Rule12/19/20** | 08/16/2004 |
| **Rule 15** | 08/16/2004 | **Discovery** | 01/13/2005 | **Rule 56** | 02/12/2005 |
| **Final PTC** | 03/14/2005 | **Disposition** | 05/13/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
American Process Equipment Company Inc
295 Lincoln Street
Hingham, MA 02043
Active 03/19/2004

**Private Counsel 267310**
David L Kelston
Adkins Kelston & Zavez
90 Canal Street
5th floor
Boston, MA 02114
Phone: 617-367-1040
Fax: 617-742-8280
Active 03/19/2004 Notify

**Private Counsel 630632**
Noah Rosmarin
Adkins Kelston & Zavez
90 Canal Street
5th floor
Boston, MA 02114
Phone: 617-367-1040
Fax: 617-742-8280
Active 03/19/2004 Notify

**Defendant**
Atlantic Mutual Insurance Companies
Served: 03/23/2004
Served (answr pending) 04/02/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/19/2004 | 1.0 | Complaint & civil action cover sheet filed and Jury Demand (chk 280.00 recvd., 1 summons) |
| 03/19/2004 | | Origin 1, Type A99, Track F. |
| 03/19/2004 | 2.0 | Pltffs motion to appoint special process server filed and Allowed (D. Sullivan,AC) |
| 04/02/2004 | 3.0 | SERVICE RETURNED: Atlantic Mutual Insurance Companies(Defendant) |
| 04/14/2004 | 4.0 | Case REMOVED this date to US District Court of Massachusetts |
| 04/20/2004 | | Court received Notice of filing Tracking Order in Federal Court in connection with Removal of action to Federal Court |

### EVENTS

A TRUE COPY ATTEST
[signature]
CLERK

MAS-20031124 mullinsj  Case 1:04-cv-10736-NMG   Document 5   Filed 04/23/2004   Page 3 of 4   04/21/2004
Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket
01:27 PM

### PLCV2004-00350
### American Process Equipment Company Inc v Atlantic Mutual Insurance Companies

| Date | Session | Event | Result |
|---|---|---|---|
| 03/21/2005 | Civil A - CtRm 4 (Brockton) | Status: Review Annual Fee | Event canceled not re-scheduled |

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

CIVIL DOCKET# **PLCV2004-00350-A**

RE:   American Process Equipment Company Inc v Atlantic Mutual Insurance Companies

TO:, Esquire

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 06/17/2004 |
| Response to the complaint filed (also see MRCP 12) | 08/16/2004 |
| All motions under MRCP 12, 19, and 20 filed | 08/16/2004 |
| All motions under MRCP 15 filed | 08/16/2004 |
| All discovery requests and depositions completed | 01/13/2005 |
| All motions under MRCP 56 served and heard | 02/12/2005 |
| Final pre-trial conference held and firm trial date set | 03/14/2005 |
| Case disposed | 05/13/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session A sitting in **CtRm 4 (72 Belmont Street, Brockton) at Plymouth Superior Court.**

Dated: 03/19/2004

Francis R. Powers
Clerk of the Courts

BY: John C. Barr
Assistant Clerk

Location: CtRm 4 (72 Belmont Street, Brockton)
Telephone: (508) 583-8250 ext. 305

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtracf_2.wpd 395454 inidoc01 johnsonk