UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANIES, <br><br> Defendant. | Civil Action No. 04-10736-DPW |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Atlantic Mutual Insurance Company (incorrectly named in the complaint as Atlantic Mutual Insurance Companies) discloses as follows:

Atlantic Mutual Insurance Company is a wholly owned subsidiary of Atlantic Mutual Insurance Companies.

DEFENDANT,
ATLANTIC MUTUAL INSURANCE COMPANY,
By its attorneys,

John E. Tener, BBO # 563791
John W. Steinmetz, BBO # 568108
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: April 30, 2004

BOST1-826328-1

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that on this 30th day of April, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street
Fifth Floor
Boston, MA 02114

_____
John W. Steinmetz