FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 17 P 4:58

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC MUTUAL INSURANCE COMPANIES, )<br>)<br>Defendant. ) | Civil Action No. 04-10736 (DPW) |

## DEFENDANT ATLANTIC MUTUAL INSURANCE COMPANY'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), defendant Atlantic Mutual Insurance Company and its counsel hereby certify that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROBINSON & COLE LLP

/s/ John W. Steinmetz

John E. Tener, BBO # 563791
John W. Steinmetz, BBO # 568108
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

ATLANTIC MUTUAL INSURANCE COMPANY,

/s/ James O'Keefe   6/15/04

By: James O'Keefe
Its: General Adjuster

BOST1-829928-1

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that on this 17th day of June, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114

_____
John W. Steinmetz