UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 17  P 4: 58

DISTRICT COURT
DISTRICT OF MASS.

AMERICAN PROCESS EQUIPMENT )
COMPANY, INC., )
          )
   Plaintiff, )
          )
v.         )   Civil Action No. 04-10736 (DPW)
          )
ATLANTIC MUTUAL INSURANCE )
COMPANIES, )
          )
   Defendant. )

### JOINT STATEMENT
### PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement in advance of the scheduling conference set for June 24, 2004 at 2:30 p.m.

I.   Statement Pursuant to Local Rule 16.1(B)

Counsel for the parties herein state that they have conferred pursuant to Rule 16.1(b) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

II.  Statement Pursuant to Local Rule 16.1(C)

Defendant sent Plaintiff a settlement proposal but the parties have been unable to resolve this dispute.

BOST1-828501-2

III.  Joint Statement Pursuant to Local Rule 16.1(D)

    A.  Joint Discovery Plan

        1.  Initial Disclosures

The parties propose that initial disclosures be made on or before July 15, 2004.

        2.  Close of Discovery

The parties propose that all discovery be completed on or before January 28, 2005.

        3.  Expert Witnesses

The parties propose that expert witnesses, if any, be identified on or before March 4, 2005, and that rebuttal experts, if any, be identified on or before March 31, 2005. The parties further propose that expert depositions be completed on or before April 29, 2005.

    B.  Proposed Motion Schedule

The parties propose that motions for summary judgment and other dispositive motions be filed on or before June 15, 2005.

    C.  Proposed Pre-Trial Conference Date

The parties propose that the Court conduct a pre-trial conference in this matter on August 30, 2005, or as soon thereafter as the Court's calendar permits.

| PLAINTIFFS,<br>AMERICAN PROCESS EQUIPMENT<br>COMPANY, INC.<br>By its Attorneys, | DEFENDANT,<br>ATLANTIC MUTUAL INSURANCE<br>COMPANY,<br>By its Attorneys, |
|---|---|
| /s/ Noah Rosmarin<br>David L. Kelston, BBO #267310<br>Noah Rosmarin, BBO # 630632<br>**ADKINS, KELSTON & ZAVEZ, P.C.**<br>90 Canal Street, Fifth Floor<br>Boston, MA 02114<br>(617) 367-1040 | /s/ John W. Steinmetz<br>John E. Tener, BBO # 563791<br>John W. Steinmetz, BBO # 568108<br>**ROBINSON & COLE LLP**<br>One Boston Place<br>Boston, MA 02108-4404<br>(617) 557-5900 |

Dated: June 17, 2004

## CERTIFICATE OF SERVICE

    I, John W. Steinmetz, hereby certify that on this 17th day of June, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

David L. Kelston
Noah Rosmarin
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114

                                                          */s/ John W. Steinmetz*
                                                          John W. Steinmetz