UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10736 (DPW)

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ATLANTIC MUTUAL INSURANCE COMPANIES | ) ) ) ) |
| Defendant. | ) ) |

## AMERICAN PROCESS EQUIPMENT COMPANY, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of local Rule 16.1(D)(3), plaintiff American Process Equipment Company, Inc. and its counsel hereby certify that they have conferred:

(a) with a view establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

American Process Equipment Company, Inc.,

By its attorneys,

_____
David L. Kelston, BBO #267310
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02214
(617) 367-1040

American Process Equipment Company, Inc.,

_____
By: Paul O'Neill, Jr.
Its: President

Dated: July 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 7/27/04

_____