UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-10736 (NMG) |
| ATLANTIC MUTUAL INSURANCE COMPANIES, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPERANCE OF NANCY M. CREMINS
ON BEHALF OF ATLANTIC MUTUAL INSURANCE COMPANY**

Pursuant to Local Rule 83.5.2 (a), Nancy M. Cremins of Robinson & Cole, LLP, hereby enters her appearance in this action on behalf of Defendant and Counterclaim-Plaintiff Atlantic Mutual Insurance Company.

Respectfully submitted,

**ATLANTIC MUTUAL INSURANCE COMPANY,**
By its attorneys,

/s/ Nancy M. Cremins
John E. Tener, BBO # 563791
John R. Bauer, BBO # 630742
Nancy M. Cremins, BBO # 658932
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: September 8, 2004