UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC MUTUAL INSURANCE COMPANIES <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 04-10736 (NMG) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE

Plaintiff American Process Equipment Company, Inc. and Defendant Atlantic Mutual Insurance Company (jointly, the "parties") respectfully and jointly request that this Court amend the Case Schedule entered in this action following the July 20, 2004 Scheduling Conference (the "Scheduling Order") so as to extend by approximately two months certain discovery deadlines in this case. This is the parties' first joint request for a modification of the Scheduling Order.

In support of this motion, the parties state that due to scheduling conflicts and the lack of availability of certain witnesses, they were unable to arrange selected nonexpert depositions, including the Rule 30(b)(6) depositions of each party, prior to the current deadline of December 31, 2004. The parties are requesting an amendment of the Scheduling Order in order to arrange and complete those depositions.

The parties also respectfully request that the Court postpone until March 2005 the mediation of this matter before one of the Senior Judges of the District of Massachusetts, presently scheduled to occur in January 2005. The Court originally ordered that the parties

BOST1-846526-1

mediate the case before Senior Judge Mazzone, who passed away subsequent to the entry of the Scheduling Order. The parties propose to confer with the Senior Judge to whom this matter is referred for mediation to determine a date in March 2005 or thereafter on which the Senior Judge is available.

Accordingly, the parties respectfully request that the Court amend the Scheduling Order to include the following new deadlines:

<u>Nonexpert depositions</u>: Nonexpert depositions shall be completed before February 21, 2005.

<u>Mediation</u>: The parties shall mediate this matter before a Senior Judge of the District of Massachusetts before March 31, 2005.

<u>Expert Designations</u>: Expert witnesses, if any, shall be identified in accordance with Fed.R.Civ.P. Rule 26 on or before April 25, 2005, and rebuttal experts, if any, shall be identified in accordance with Fed.R.Civ.P. Rule 26 on or before May 20, 2005. Expert depositions shall be completed on or before June 20, 2005.

<u>Dispositive Motions</u>: Motions for summary judgment and other dispositive motions shall be filed on or before August 5, 2005.

WHEREFORE, the parties respectfully request that the Court grant their joint motion to amend the Scheduling Order as set forth above.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** <br> **AMERICAN PROCESS EQUIPMENT** <br> **COMPANY, INC.,** | **DEFENDANT,** <br> **ATLANTIC MUTUAL INSURANCE** <br> **COMPANIES,** |
| By its attorneys, | By its attorneys, |
| /s/ Noah Rosmarin <br> David L. Kelston, BBO # 267310 <br> Noah Rosmarin, BBO # 630632 <br> ADKINS, KELSTON & ZAVEZ, P.C. <br> 90 Canal Street <br> Fifth Floor <br> Boston, MA 02114 <br> (617) 367-1040 | /s/ John R. Bauer <br> John Tener, BBO # 563791 <br> John Bauer, BBO # 630742 <br> Nancy M. Cremins, BBO # 658932 <br> ROBINSON & COLE, LLP <br> One Boston Place <br> Boston, MA  02108 <br> (617) 557-5900 |

Dated:  January 5, 2005