UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10736 (NMG)

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ATLANTIC MUTUAL INSURANCE COMPANIES | )<br>)<br>) |
| Defendant. | ) |

### JOINT MOTION TO CONTINUE TRIAL AND THE PRE-TRIAL CONFERENCE

The parties to the above-captioned action respectfully move to continue the trial of this matter to December 12, 2005 or another date thereafter that is convenient to the Court. The parties also request that the Pre-Trial Conference be rescheduled to a time shortly before the trial of this matter and propose that the Pre-Trial Conference be rescheduled to November 2, 2005. In support of this Joint Motion, the parties state the following.

1. The trial of this matter is scheduled for October 3, 2005, and the Pre-Trial Conference is scheduled for September 21, 2005. Plaintiff's lead trial counsel is scheduled to begin a two week trial on October 3rd in the Essex Superior Court in the matter of *Debra L. Sousa v. Theresa Sousa, et al*, Essex Superior Court, Civil Action No. 2001-02007. *See* trial notice attached hereto as Exhibit 1. The *Sousa* matter has been continued by the Essex Superior Court *sua sponte* on three

occasions on the grounds that a judge was not available, *see* other trial notices attached hereto as Exhibit 2. Plaintiff's counsel has been assured by the Essex Superior Court that the October 3rd date is a firm trial date. In addition, the *Sousa* matter involves several expert witness who have all made themselves available for the October 3rd trial date. Moreover, October 3rd is a Jewish Holiday and the other member of plaintiff's trial team will be observing the Jewish Holiday and will then be assisting in various aspects of the *Sousa* trial.

2. Defendant is also planning to depose plaintiff's expert, Jim Leigh, who resides in Ohio. Mr. Leigh, however, is not available for deposition until the end of September or early October, and a continuance of the trial will provide sufficient time for the taking of Mr. Leigh's deposition.

3. Finally, this is the first request for a continuance and, accordingly, it is appropriate, necessary and in the interest of justice.

WHEREFORE, based on the foregoing, this Motion should be allowed and the trial of this matter should be continued to December 12, 2005 or another date thereafter that is convenient to the Court and the Pre-Trial Conference be rescheduled to November 2, 2005.

Respectfully submitted,

| American Process Equipment Company, Inc., | Atlantic Mutual Insurance Co. |
|---|---|
| By its attorneys, | By its attorneys, |

David L. Kelston, BBO #267310
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

John R. Bauer, BBO #639742
Nancy M. Cremins, BBO #658932
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: September 12, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 7/12/05