# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# **ESCV2001-02007**

RE: **Sousa v Sousa et al**

TO: David L Kelston, Esquire
Adkins Kelston & Zavez
90 Canal Street
5th floor
Boston, MA 02114

## NOTICE TO APPEAR FOR TRIAL

A trial has been scheduled for the above referenced case as follows:

DATE: **10/03/2005, Riley, J. presiding**
TIME: **09:00 AM**
LOCATION: **CtRm 1 (145 High St., Newburyport, MA)**

All <u>trial counsel are required to attend</u>.

Dated at Newburyport, Massachusetts this 22nd day of July, 2005.

BY:
JoDee Doyle - Sheila Gaudette
Assistant Clerk

Telephone: (978) 462-4474

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**
Check website as to status of case: *http://ma-trialcourts.org/tcic*

cvctrinot_2.wpd 82327 triju doylejod