# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# **ESCV2001-02007**

RE:  **Sousa v Sousa et al**

TO: David L Kelston, Esquire
    Adkins Kelston & Zavez
    90 Canal Street
    5th floor
    Boston, MA 02114

## TRIAL NOTICE

The above entitled case has been called for **TRIAL at the Essex Superior Court**, Newburyport in the B session,
ON:        05/23/2005
AT:        09:00 AM
LOCATION: CtRm 1 (145 High St., Newburyport, MA) To be tried in Lawrence

A **JOINT PRE-TRIAL MEMORANDUM** shall be submitted at the time of the Pre-Trial conference or Screening, and in any event, shall be filed **NO LATER THAN ONE WEEK PRIOR TO THE SCHEDULED TRIAL DATE.**

COUNSEL, OR PRO SE PARTIES, SHALL BRING THE FOLLOWING DOCUMENTS TO COURT ON THE DATE OF TRIAL, IF NOT ALREADY SUBMITTED AT THE TIME OF A PRE-TRIAL CONFERENCE OR SCREENING:

1. List of Witnesses
2. List of Exhibits
3. Any Pre-Trial Stipulations
4. Brief Agreed Statement of the Case to be read to Jurors
5. Proposed Jury Instructions and Proposed Verdict Slip or proposed Findings of Fact and Rulings of Law
6. *Proposed Findings of Fact and Rulings of Law SHALL be filed with the Court on the FIRST day of Trial.*

Please contact the Session Clerk prior to the trial date as to the trial status and also notify the Court promptly of any settlements.

By the Court, Richard Welch, III, Justice

JoDee Doyle - Sheila Gaudette
Assistant Clerk

Telephone: (978) 462-4474

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130
Check website as to status of case: http://ma-trialcourts.org/tcic
cvctrialnotessex_2.wpd 75156 trlju doylejod

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# **ESCV2001-02007**

RE:  **Sousa v Sousa et al**

TO: David L Kelston, Esquire
Adkins Kelston & Zavez
90 Canal Street
5th floor
Boston, MA 02114

## NOTICE TO APPEAR FOR TRIAL

A trial has been scheduled for the above referenced case as follows:

DATE: 02/28/2005
TIME: 09:00 AM
LOCATION: CtRm 1 (Newburyport)

All <u>trial counsel are required to attend</u>.

Dated at Newburyport, Massachusetts this 3rd day of December, 2004.

BY:
JoDee Doyle - Sheila Gaudette
Assistant Clerk

Telephone: (978) 462-4474

Check website as to status of case: http://ma-trialcourts.org/tcic

cvctrinot_2.wpd 70017 triju doylejod

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# ESCV2001-02007

RE:  Sousa v Sousa et al

TO: David L Kelston, Esquire
    Adkins Kelston & Zavez
    90 Canal Street
    5th floor
    Boston, MA 02114

## TRIAL NOTICE

The above entitled case has been called for **TRIAL at the Essex Superior Court**, 145 High Street, Newburyport, Massachusetts in the **B** session,
ON:         10/04/2004
AT:         09:00 AM
LOCATION:   CtRm 1 (Newburyport)

A JOINT PRE-TRIAL MEMORANDUM shall be submitted at the time of the Pre-Trial conference or Screening, and in any event, shall be filed **NO LATER THAN ONE WEEK PRIOR TO THE SCHEDULED TRIAL DATE.**

COUNSEL, OR PRO SE PARTIES, SHALL BRING THE FOLLOWING DOCUMENTS TO COURT ON THE DATE OF TRIAL, IF NOT ALREADY SUBMITTED AT THE TIME OF A PRE-TRIAL CONFERENCE OR SCREENING:

1. List of Witnesses
2. List of Exhibits
3. Any Pre-Trial Stipulations
4. Brief Agreed Statement of the Case to be read to Jurors
5. Proposed Jury Instructions and Proposed Verdict Slip or proposed Findings of Fact and Rulings of Law

Please contact the Session Clerk prior to the trial date as to the trial status and also notify the Court promptly of any settlements.

By the Court, Richard Welch, III., Justice

JoDee Doyle - Shiela Gaudette
Assistant Clerk

Telephone (978) 462-4474

Check website as to status of case: http://ma-trialcourts.org/tcic

cvctrialnotesesex_2.wpd 57873 triju doylejod