UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-10736 (NMG) |

**DEFENDANT ATLANTIC MUTUAL INSURANCE COMPANY'S MOTION TO EXCLUDE AMERICAN PROCESS EQUIPMENT COMPANY'S EXPERT**

Defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") moves to exclude the testimony of American Process Equipment Company, Inc.'s ("APEC") expert, James Leigh ("Leigh"). In support of its motion, Atlantic Mutual submits the accompanying Memorandum of Law in Support of Its Motion.

As these materials demonstrate, Leigh cannot provide reliable expert testimony regarding the extent of damage caused by water leaking on the nine (9) APEC machines Leigh actually inspected because he does not know when the damage occurred. Neither can Leigh provide reliable expert testimony regarding the damage to the fifteen (15) APEC machines he never actually inspected because he has no knowledge of the condition of those machines prior to the alleged roof leak. Finally, Leigh's opinions regarding the replacement value of those fifteen (15) machines that he did not inspect were not based on Leigh's personal expertise.

WHEREFORE, Atlantic Mutual respectfully requests that the Court exclude Leigh's testimony from trial.

**REQUEST FOR ORAL ARGUMENT**

In accordance with Local Rule 7.1(D), Atlantic Mutual requests an oral argument on this motion.

Respectfully submitted,

**ATLANTIC MUTUAL INSURANCE COMPANY**
By its attorneys,

 /s/ Nancy M. Cremins
John E. Tener (BBO# 563791)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: October 28, 2005

**Local Rule 7.1(A)(2) Certificate**

I, Nancy M. Cremins, attorney for Defendant Atlantic Mutual Insurance Company in the above-captioned matter, hereby certify that on October 28, 2005 I conferred with counsel for Plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

 /s/ Nancy M. Cremins
Nancy M. Cremins