

**PYRAMID**
**Rebuild & Machine, LLC**
*"Make It Last"*

330.633.4452
pyramidrebuilders.com
123 S. Thomas Road, Tallmadge, Ohio 44278

May 24, 2005

Atty. Noah Rosmarin
90 Canal Street, Fifth Floor
Boston, MA 02114

RE: American Process Equipment Company, Inc. v. Atlantic Mutual
<u>United States District Court, Civil Action No. 04-10736 (NMG)</u>

Dear Atty. Rosmarin,

As per your request, I have completed a valuation of the cost to repair water damage to machine tools belonging to the American Process Equipment Company (APEC). The valuation included a review of documents provided by your office, on-site visits to Stoy Machine, in Brunswick, Ohio and Lucco Properties in Akron, Ohio. During the on-site visits, I was accompanied by Paul O'Neill Jr. and/or Brenda O'Neill.

The results of my findings are detailed in the spreadsheet attached to this report, entitled "Cost to Repair or Replace Equipment."

The following documents were reviewed as part of the valuation:

1. APEC's Spreadsheet relative to its damaged equipment, dated April 18, 2002;
2. A copy of the portion of Paul O'Neill Jr.'s deposition transcript concerning APEC's damaged equipment, pages 2 through 22 and 125 through 214;
3. An undated summary of portions of Paul O'Neill Jr.'s deposition relative to APEC's damaged equipment, entitled "Equipment Replacement and Repair Costs";
4. A narrative report from the insurance company's machine inspector, Douglas Peterson & Associates, Inc., regarding APEC's damaged equipment, dated May 13, 2002, and prepared by Bruce Walker.
5. An insurance company report that is a version of APEC's spreadsheet with a column added to reflect Peterson & Associate's valuation of the cost to repair the damaged equipment, dated July 14, 2002;

> 6. A report prepared by Keith Kallberg, an engineer hired by the insurance company to inspect APEC's roof. The report includes photographs of the roof and is dated October 29, 2002.

The APEC spreadsheet, dated April 18, 2002, served as a list of equipment to be included in the inspection. Certain machines and types of equipment (cranes, ovens and plate bending rolls) on the APEC list are not within my area of expertise and were excluded from the inspection process.

Some of the machines on the list are no longer in APEC's possession and therefore could not be inspected and evaluated for water damage. With the exception of the Versa-Table Rotary Table, I have provided quotations from machine tool dealers for similar machine tools. The dealer quotes selected are for equipment that is as close in capacity and specification as I could find. I used the dealer quotes as a basis for my estimated replacement cost. Where my estimated cost differs from the dealers quoted price, I have noted the differences in the equipment that led me to adjust the value.

The Versa-Table Rotary Table is very unique in its size, load capacity and CNC control. I could not find a comparable piece of equipment on the market that could be used as a basis for valuation. Therefore, I defer to the cost of replacement listed in the APEC spreadsheet.

The following equipment is shown on the APEC spreadsheet and was available for inspection:

> Okuma LS Engine Lathe, Clausing Engine Lathe, Niles Bement Pond Vertical Boring Mill, Fuji Seiki Gap Bed Engine Lathe, Ooya Vertical Milling Machine, Lucas CNC Table-Type Horizontal Milling Machine, Lucas CNC Table Type Vertical Milling Machine, Scheiss Gear Hobber, Meuser Horizontal Boring Mill.

The following definitions are used in this report:

*Cosmetic Rust* - Rust or corrosion in an area or on a component that does not affect the function or accuracy of the machine tool but negatively affects the machine tool's value, or precludes assembly of components.

*Severe Rust* - Rust or corrosion in an area or on a component that affects the function or accuracy of the machine tool and negatively affects the machine tool's value.

Cosmetic rust and staining can be addressed by cleaning, stoning, polishing or hand scraping, depending on the location and severity. Severe rust usually requires precision grinding, machining or hand scraping to fix it.

The equipment listed above was inspected during site visits on March 30, 2005, April 20, 2005 and May 11, 2005.

I inspected each machine for the presence of cosmetic rust and severe rust on the external components of the machine.

I also looked for evidence of water damage to the internal gear trains and transmissions of each machine tool. Small covers were removed where feasible to allow inspection of some of the gearboxes. Shafts were rotated and gear shifters operated to check for frozen or difficult movement that may indicate corrosion.

I saw both cosmetic and severe rusting on all the subject machine tools. Pictures of the various machines are attached to this report. I have specified methods of repair for the damages observed. The methods appear in the attached spreadsheet under the scope of repair column. The actions specified are the most cost-effective solutions that are commensurate with the overall machine condition and design.

Five of the machines I examined have evidence of internal water damage. The Clausing Lathe has cosmetic water damage on the change gears behind the rear cover, on the inside of the spindle at the rear of the machine and on the tailstock quill. Repairing this damage will require removing and cleaning the change gears, and rebuilding the tailstock quill. The spindle bore can be polished without being removed.

The Lucas CNC Vertical Milling Machine, Model VM-4, has severe rust on the inside of the headstock casting and on a gear that is visible through an access cover. This type of damage requires the headstock to be disassembled and rebuilt. Running the machine tool in its current condition would likely cause catastrophic failure, such as severe damage to shafting and gears. Such damage would cause rebuilding costs to be higher.

The Meuser and Lucas horizontal boring mills show signs of water infiltration on the spindle bars. This is suggested by a thin, reddish-brown liquid or coating on the outside diameter of the spindle bars when they are extended from their housings. Left unabated, the infiltration is likely to cause corrosion that will pit the spindle and the precision bushings it slides in.

The spindle on the Niles Bement Pond Vertical Boring Mill has severe rust on the main bearing journal. This damage requires re-grinding the damaged spindle journal and related reference surfaces as well as installing a new babbitt spindle bearing and re-scraping the outboard table bearing surface to restore squareness to the spindle centerline.

The repair cost valuations for these machine tools reflect only that damage I believe to be caused by water. The attached spreadsheet provides a scope of work and the related costs for each machine tool inspected.

Included in the cost estimates are labor charges (see attached rate sheet) for mechanical repairs and electrical connection; and for cleaning, stoning, and realignment work. Replacement parts, vendor services and materials costs are included. The costs for shipping individual machine components to vendors for special services also are included.

Costs stated in this report exclude expenses for electrical or electronic troubleshooting or repairs and for electrical or electronic components (except linear scales). Also excluded are costs for rigging, shipping (except as noted above), foundation work, and for running shop-air lines or building wiring. The cost estimates also leave out expenses for leveling pads, grout, anchoring bolts, shim plates or other hardware items that may be required for machine tool installation. Food, lodging or travel expenses are excluded as well.

Electrical troubleshooting and electrical component replacement costs are left out of the repair cost estimate because it is impossible to visually determine if water damage has caused an electrical component to quit functioning. I recommend completing such troubleshooting and repairs on a time and materials basis.

I have included costs to clean linear scales, where appropriate, and I also have included costs to replace linear scales in those situations where -- due to the condition or age of the scale or its mounting surface -- I believe it is more cost-effective to replace the scales.

The spreadsheet is organized similarly to the APEC spreadsheet. The machines appear in the same order on both sheets, so it is easier to look back and forth between the two.

A scope of repair is recorded for each machine I inspected. An estimated replacement cost is recorded for each machine not available for inspection. I have added notes to the replacement cost column where I believe they are appropriate. The machine tool quotations from machinery dealers are attached to this report for reference.

My resume is attached to this report. I will receive $3,662.50 for completion of this report. If I am required to testify at trial or by deposition, I will be compensated at a rate of $100 per hour plus travel and living expenses.

I have not testified, nor have I been deposed as an expert witness in the last four years.


Respectfully Submitted,

Jim Leigh

Page 1 Of 4

## Cost to Repair or Replace Equipment

Date: May 23, 2005

| Item | Machine/Description | Model | Year | Ser. # | Scope of Repair | Repair Cost | Replacement Cost Est. |
|---|---|---|---|---|---|---|---|
| 1 | Betts Vertical Boring Mill with Heidenhain Manual Plus CNC Control 240" Swing, 216" under tool, 30 HP DC Drive | | 1950's | | See Replacement Cost Estimate | NA | $250,000 The machine tool quote provided is for a smaller machine, without CNC control. |
| 2 | Okuma Engine Lathe 24" swing x 120" bed | LS | 1970 | 4103 9314 | Complete realignment on X and Z axes. Remove rust stains from apron, spindle nose, power shafts and chuck. | $14,500 | See APEC Equipment List, Dated April 18, 2002 |
| 3 | Okuma Engine Lathe 30" swing x 120" bed | LT | 1970 | 4025 10969 | See Replacement Cost Estimate | NA | $40,000 Approx. avg of two quotes |
| 4 | Clausing Engine Lathe 17" swing x 80" bed | | 1973 | 70018-03948 | Complete realignment on X and Z axes. Remove rust stains from apron, spindle nose, power shafts and chuck. Grind/ Chrome/Grind tailstock quill. | $14,100 | See APEC Equipment List, Dated April 18, 2002 |
| 5 | Niles Bement Pond Vertical Boring Mill with 60 HP spindle drive motor | 15AR | 1940 | 16779 | Power scrape and re-flake all way surfaces to remove rust and staining only, not for realignment. Remove rust from water damage on all precision components prior to reassembly. Rebuild machine spindle completely, including spindle regrinding, new babbit, and rescraping outboard plain bearing. Reassemble and connect to power. Machine components FOB Lucco, in Akron, Ohio. | $57,250 FOB Akron, OH | See APEC Equipment List, Dated April 18, 2002 |
| 6 | Lucas Horizontal Boring Mill, 40" x 60" table | 42-20-6 | | 42B0812 | See Replacement Cost Estimate | NA | $27,000 Approx. avg of two quotes |
| 7 | Comet Milling Machine | 3KV | | 341002 | See Replacement Cost Estimate | NA | $9,000 |
| 8 | Osama SR Lathe | SJ1740 | | 3033015 | See Replacement Cost Estimate | NA | $4,700 Approx. avg of two quotes |
| 9 | Fuji Seiki Gap Bed Lathe. 50" swing x 120" bed | 50M 124 | 1970 | 1241385 | Remove compound and cross-slide. Power scrape and re-flake slide ways to remove rust only, no alignment. Remove cosmetic rust from chuck, handwheels and saddle. Reassemble. | $5,200 | See APEC Equipment List, Dated April 18, 2002 |

## Cost to Repair or Replace Equipment

Page 2 of 4                                                                                                  Date: May 23, 2005

| Item | Machine/Description | Model | Year | Ser. # | Scope of Repair | Repair Cost | Replacement Cost Est. |
|---|---|---|---|---|---|---|---|
| 10 | Bridgeport Mill | 38425 | | 2J16132 | See Replacement Cost Estimate | NA | $3,400 |
| 11 | Versa-Table CNC Rotary Table with Heidenhain TNC 124 CNC control and 75 HP AC drive. | VT 100-168 | 1980 | | See Replacement Cost Estimate | NA | See APEC Equipment List, Dated April 18, 2002 |
| 12 | Ooya Vertical Milling Machine, CNC Retrofit with Heidenhain TNC-415 CNC | RE3F-2850 | 1976 | | Rebuild table way covers. Remove X-axis scale and spar. Clean spar mounting surface and spar. Clean scale and replace lip seal. Remount scale and align. Remove X-axis ballscrew, rebuild ballscrew, replace ballscrew support bearings. Reassemble machine and laser calibrate machine. | $23,500 Excludes work completed by APEC to date. | See APEC Equipment List, Dated April 18, 2002 |
| 13 | WMW-Union CNC Horizontal Boring Mill. Floor Type with Heidenhain CNC control, and linear scale. | BFP 130 NC 355 | 1993 | 12406 | See Replacement Cost Estimate | NA | $200,000 Machine quoted is 13 years older. Smaller spindle motor. |
| 14 | Lucas CNC Table-Type Horizontal Boring Mill 48" x 86" table | 441B | 1976 | | Realign column and headstock. Remove Y-axis scale. Clean mounting surface, reinstall scale and calibrate. Remove and rebuild Y-axis ballscrew. Replace support bearings. Remove spindle bar. Clean and polish spindle and sleeves. | $33,500 Excludes work completed by APEC to date. | See APEC Equipment List, Dated April 18, 2002 |

## Cost to Repair or Replace Equipment

Date: May 23, 2005

| Item | Machine/Description | Model | Year | Ser. # | Scope of Repair | Repair Cost | Replacement Cost Est. |
|---|---|---|---|---|---|---|---|
| 15 | Lucas CNC Table-Type Vertical Milling Machine 40" x 60" table | VM-4 | 1978 | SERIAL? | Realign columns and cross-rail. Power scrape and reflake cross rail to cross-slide for rust removal only, not realignment. Realign bed and table ways. Disassemble and rebuild the headstock. Rebuild ballscrews and replace support bearings. Replace scales. Reassemble the machine. Machine components FOB Lucco, in Akron, Ohio. | $163,750 FOB Akron,OH | See APEC Equipment List, Dated April 18, 2002 |
| 16 | Sheiss Gear Hobber 117" table, 177" diameter capacity. | RF 30/40 | | 42882 | **Realign column and vertical slide, and bedways.** Clean shafting and leadscrews. **Stone** and scrape bunt surfaces as necessary. Dismantle to degree necessary and clean cosmetic rust from five hob heads. **Reassemble** machine and interconnect electrical. Machine components FOB Lucco, in Akron, Ohio. | $131,000 FOB Akron,OH | See APEC Equipment List, Dated April 18, 2002 |
| 17 | Meuser Horizontal Boring Mill with DRO 60" x 120" table | M110BF SEQ | | 45522 | Realign X, Y and W axes. Clean shafting and leadscrews. Stone and scrape bunt surfaces as necessary. Remove spindle bar and clean and polish bar and sleeves. Clean all cosmetic rust from headstock. Replace scales. Reassemble machine and interconnect electrical. Rebuild way covers. Machine components FOB Lucco, in Akron, Ohio. | $108,000 FOB Akron,OH | See APEC Equipment List, Dated April 18, 2002 |
| 18 | American Tool CNC Slant Bed Lathe with tailstock and 12 position turret. | 66 0330 04 | | AO1840 | See Replacement Cost Estimate | NA | $22,500 |

Page 4 Of 4

## Cost to Repair or Replace Equipment

Date: May 23, 2005

| Item | Machine/Description | Model | Year | Ser. # | Scope of Repair | Repair Cost | Replacement Cost Est. |
|---|---|---|---|---|---|---|---|
| 19 | Landis Plain Cylindrical Grinder 14" x 96" | 4RH | | 819 55 | See Replacement Cost Estimate | NA | $29,500 |
| 20 | Granite Surface Plate 72" x 144" | | | | See Replacement Cost Estimate | NA | $10,000 Quoted plate is larger |
| 21 | Wells Horizontal Band Saw | 1270 | | 1370 | See Replacement Cost Estimate | NA | $10,500 |
| 22 | Dreis and Krump Press Brake 12' width x 4" stroke | 1012L | | L12895 | See Replacement Cost Estimate | NA | $16,000 |
| 23 | Cyril Bath Press Brake 14' overall x 4" stroke | 612 D | | P6076 | See Replacement Cost Estimate | NA | $16,000 |
| 24 | Cincinnati Shear 3/4" capacity x 10' wide | 6210 | | 26116 | See Replacement Cost Estimate | NA | $29,500 |



**PYRAMID**
Rebuild & Machine, LLC
*"Make It Last"*

330.633.4452
pyramidrebuilders.com
123 S. Thomas Road, Tallmadge, Ohio 44278

## RATE SHEET AND BILLING POLICY

### FIELD SERVICE, AND TIME & MATERIAL WORK

**Effective Date: 1/1/05**

**Labor Rates:**

Mechanical = $65.00/hour
Electrical/Electronic = $70.00/hour
Laser Technician = $100.00/hour
Travel = $40.00/hour

**Premium Labor Rates for Weekends/Holidays/Hours between 6pm and 6am:**

Mechanical = $80.00/hour
Electrical/Electronic = $85.00/hour
Laser Technician = $125.00/hour
Travel = $50.00/hour

**Per Diem** = $40.00 per day

**Hotel/ Motel** = Billed at cost, receipt provided upon request.

**Travel Expenses/ Airfare** = Billed at cost.

**Car / Light Truck Mileage Fees** =  .405/mile

### BILLING POLICY

**Field Service, and Time & Material Contracts**

Field service labor, and time and material contracts will be billed on a weekly basis. The weekly billing will include all labor charges and expenses provided during that weekly period. Parts, materials, outside services (i.e.; machine work, grinding, etc.) will be billed at the completion of the work or weekly whichever comes first. Terms are net 10 days.

PYRAMID   Rebuild & Machine, LLC
*REBUILD IT.   REUSE IT.   MAKE IT LAST.*