1  he needed it and those kinds of things,

2  scheduling.

3  Q. We'll come back because -- to the

4  issue of the report. But before that, you

5  -- so you've been engaged by counsel for

6  American Process as an expert in this

7  case. How would you describe your

8  expertise?

9  A. My expertise is in the repair,

10  rebuilding and servicing of machine tools.

11  Q. Do you also -- Are you also an

12  expert in the evaluation of machine tools?

13  A. I consider myself an expert in

14  estimating repair cost, rebuilding cost,

15  servicing cost of machine tools.

16  Q. Okay. Did you ever exchange any

17  written correspondence with Mr. Rosmarin

18  other than the letter that he sent to you

19  in March of '05?

20      MR. ROSMARIN: At which time

21  period?

22      BY MR. BAUER:

23  Q. At any time -- Well, let me strike

24  that.

1   the apron, spindle, et cetera.

2   Q. And in your opinion, that

3   corrosion, rusting and the rust stains

4   were caused by water.

5   A. Yes.

6   Q. In your opinion, when did water

7   damage the Okuma LS engine lathe?

8   A. I don't know.

9   Q. Could the damage that you observed

10  have occurred prior to March of 2002?

11  A. Sure.

12  Q. Could it have occurred subsequent

13  to March 2002?

14  A. Sure.

15  Q. Has APEC repaired that machine?

16  A. Not to the best of my knowledge.

17  Q. In your opinion, what repairs are

18  necessary to correct the water damage that

19  you observed?

20  A. In my opinion, it needs a complete

21  realignment of the X and Z axes and it

22  needs some cosmetic clean up on the apron,

23  spindle nose, power shaft and chuck.

24  Q. Just as you described --

10/6/2005 James Leigh

1   A. The drive in -- I inspected the

2   mechanical portions of it as best I could,

3   okay, some of that is enclosed on this

4   machine. I inspected the motor itself.

5   The electronic drive, per se, I did not

6   personally inspect.

7   Q. But Mr. O'Neill told you that it

8   was damaged.

9   A. Yes.

10  Q. And when you inspected this

11  machine, what did you observe?

12  A. On this particular machine, I

13  observed primarily cosmetic rusting on the

14  precision way components of the machine.

15  Q. And, again, that rusting would be

16  caused by water.

17  A. In my opinion.

18  Q. And in your opinion, when did the

19  water damage occur?

20  A. I don't know. I also observed the

21  more severe damage on the spindle of the

22  machine. That requires it to be

23  completely rebuilt.

24  Q. And what's the nature of the damage

1    Q. Such as what?

2    A. Bad bearing; my understanding is

3    this particular machine is built with what

4    they call linear bearings. One of those

5    bearings is bad, no longer rolls, skids,

6    can cause similar type of damage.

7    Q. Do you have an opinion as to when

8    that -- is the word gall, G-A-L-L?

9    A. Yes.

10   Q. Do you have an opinion as to when

11   that gall was formed?

12   A. No.

13   Q. And your opinion, as to the repairs

14   necessary to that machine, are set forth

15   in your report under scope of repair on

16   the table.

17   A. Yes.

18   Q. And you estimate that the work that

19   will be necessary above and beyond what's

20   already been would cost $23,500.

21   A. For the mechanical scope of work

22   listed here, yes.

23   Q. Okay. Next, the Lucas CNC table

24   type horizontal milling machine; you

1   screw. And I also saw evidence of water

2   infiltration, if you will, on the spindle.

3   Q. And the water damage that you just

4   described observing on that machine, do

5   you have an opinion as to when that water

6   damage occurred?

7   A. I can't say.

8   Q. And your opinion as to the repairs

9   necessary are set forth in your report --

10  A. Yeah.

11  Q. -- under the scope of repair.

12  A. Mm-hmm.

13  Q. And you estimate that the repair

14  cost for the scope of repair that you

15  described is 33,500.

16  A. Yes. And, again, I believe that's

17  -- I revised that to about 34, I think,

18  35, perhaps.

19  Q. Next, the Lucas CNC table type

20  vertical milling machine.

21  A. Mm-hmm.

22  Q. Did you inspect that machine?

23  A. Yes.

24  Q. And where at?

1   A. That machine is at Lucco.

2   Q. So you inspected that on March 30th

3   and April 20th, 2005.

4   A. Yes. I believe so.

5   Q. And, approximately, how much time

6   did you spend observing that machine?

7   A. Probably half hour, 45 minutes.

8   Q. What, if anything, did Mr. O'Neill

9   say to you about that machine?

10  A. Not much, really.

11  Q. Okay. When you inspected the

12  machine, what did you observe?

13  A. I observed severe rust on the

14  columns of the machine. I observed severe

15  rust on the internal train, at least what

16  I could see of the head stock of the

17  machine. I saw rust on the ball screws.

18      (Whereupon Mr. O'Neill left

19  proceedings).

20  A. I believe that the scales should be

21  replaced on the linear encoders.

22  Q. The damage that you just described,

23  in your opinion, when did that damage

24  occur?

1   A. I can't say.

2   Q. Going back -- Sticking with this

3   machine, again, your opinion as to the

4   scope of repair necessary is set forth in

5   your report; is that correct?

6   A. Yes. I'm sorry, are we still on

7   the Lucas?

8   Q. Yes.

9   A. Okay.

10  Q. I almost jumped.

11      MR. ROSMARIN: I'm sorry,

12  does anyone want a drink, John, Jim?

13      THE WITNESS: No, thank you.

14      MR. BAUER: I would love a

15  glass of water.

16      MR. ROSMARIN: Water?

17      MR. BAUER: Yeah, that would

18  be good. Coffee's bad.

19      MR. ROSMARIN: Would you

20  like some water, Jim?

21      THE WITNESS: No, thanks.

22  I think I'm still okay.

23      BY MR. BAUER:

24  Q. Your estimate as to the cost of

1  of the machine. There's severe rusting on

2  the table top and table side. There's

3  some cosmetic clean up to do on the hob

4  heads along with the machine. And the, as

5  I have here, the bunt surfaces, which is

6  the mating surfaces of the machine, which

7  are critical for the alignment of the

8  machine, they also have some rust on them

9  that must be cleaned up before assemblage.

10  Q. And your estimate as to the cost of

11  repairing that machine is what?

12  A. 131,000 for the scope of work I

13  have listed here.

14  Q. And if I haven't -- I may not have

15  asked this. The damage that you observed

16  to the Scheiss Gear Hobber, do you have an

17  opinion as to when that damage occurred?

18  A. No.

19  Q. The Meuser horizontal boring

20  mill --

21  A. Mm-hmm.

22  Q. -- did you inspect that machine?

23  A. Yes, I did.

24  Q. And where did you inspect that

1   Q. What else would you do?

2   A. I would probably try to -- I would

3   identify the source of the water.

4   Q. Well, other than once you figured

5   out where the water came from and taking

6   some corrective measures to make sure it

7   doesn't happen again, what -- other than

8   wiping the water off the machine, would

9   there be anything else that you would do

10  to protect that machine?

11  A. I would oil it.

12  Q. And if you didn't clean the water

13  off and oil the machine, would the

14  subsequent damage be more severe than it

15  would be if you did wipe off the machine

16  and oil it?

17  A. Likely.

18  Q. With respect to any of the machines

19  that we've talked about so far, would you

20  -- is it your opinion that some of the

21  rust that you observed was older than

22  three years?

23  A. Again, that's hard to say.

24  Q. So you just have no way of knowing

1   when the damage that you observed to any

2   of these machines, in fact, occurred.

3   A.  No.

4   Q.  I'm going to switch, now, to

5   talking about the machines that you didn't

6   inspect. So this is probably a pretty

7   good time to break. I know it is. So

8   why don't we go off the record.

9       (Brief break).

10      MR. BAUER: And why don't I

11  give this back to Mr. Leigh, this being

12  your notes from -- that you took on April

13  20th, which I've made copies of. And if

14  you could mark this as the next exhibit.

15      (Exhibit-2, Handwritten Notes

16  dated 4/20/05, 5/11/05, marked for

17  identification).

18      BY MR. BAUER:

19  Q.  So if you could take a look at

20  what we just marked as Exhibit 2.

21  A.  (Witness viewing document).

22  Mm-hmm.

23  Q.  The first page of that exhibit

24  appears to be notes that you took on April

1   Q. And you also mentioned just now
2   capability.
3   A. Mm-hmm.
4   Q. What did you mean by that?
5   A. Well, capability refers to, in my
6   opinion, you know, some -- some machine
7   tools are manually operated. They have a
8   certain capability. They're able to,
9   essentially, make straight or, in some
10  cases, tapered or angular cuts versus
11  machine tools with a CNC control, which
12  are controlled by a computer and can,
13  therefore, make complex shapes, contours,
14  and have more capability.
15  Q. And in your determination of what
16  constituted similar machines, did you take
17  into account the condition of the machine?
18  Let me rephrase that. In your
19  determination of what constituted a similar
20  machine, did you take into account the
21  condition of the APEC machine?
22  A. I tried to find machines that would
23  be representative -- representative of the
24  APEC machines, provided they were put back

1   together, you know, and running.

2   Q. So your assumption -- just to make

3   sure I have this straight, you looked for

4   machines that were put together and

5   running. So what if the APEC machine was

6   not put together or not running while it

7   was at APEC, you still looked for a

8   machine to purchase that was put together

9   and running.

10  A. That's correct, on the assumption

11  that most of these large machines will

12  have to be taken apart to move them. So

13  you have to take them apart, move them and

14  then put them back together, so it's kind

15  of -- in the end you have the same

16  product.

17  Q. Though in preparing your opinion as

18  to the replacement cost of the APEC

19  machines, did you take into account

20  whether the APEC machine was assembled or

21  disassembled while it was in Hingham?

22  A. No.

23  Q. Did you take into account whether

24  the machine, while it was in Hingham, was

1   operational or not?

2   A. No.

3   Q. So your estimates as to the cost of

4   replacing machines did not take into

5   account whether the machine was operational

6   even prior to the damage.

7   A. No.

8   Q. Okay. Did your determination as to

9   what constituted a similar machine take

10  into account the age of APEC's machine?

11  A. Not really, no.

12  Q. And your estimate as to what

13  constitutes a similar machine, did you --

14  Strike that.

15      The quotations that you received,

16  let me ask you a question about those.

17  In general, is the quoted price

18  negotiable?

19  A. Generally.

20  Q. The replacement cost that you

21  estimated in your report, however, did not

22  assume any negotiating of the price.

23  A. No. They are the quoted price from

24  the dealer.