1   Q. In what context have you heard of IEC

2   Limited?

3   A. It has something to do with my father, but

4   that's about all I know.

5   Q. Has APEC ever done business with IEC

6   Limited?

7   A. I'm not sure.

8   Q. Do you know if P.X. Engineering sold or

9   assigned equipment to IEC Limited?

10   A. I'm not sure.

11   Q. When APEC was formed in I believe you said

12   1992, where was APEC located?

13   A. Hingham.

14   Q. Was that at 295 Lincoln Street?

15   A. Yes.

16   Q. Did it own or lease space at 295 Lincoln

17   initially?

18   A. I believe it leased space.

19   Q. From whom?

20   A. PX Realty Trust.

21   Q. You indicated earlier that PX Realty Trust,

22   your mother and father were the trustees of PX

23   Realty Trust.

24   A. Yes.

1  favorable to the company.

2  Q. What you've been calling "the casualty,"
3  by that do you mean rainwater leaking from the roof
4  at the Hingham facility and damaging equipment at
5  APEC?

6  A. I call "the casualty" the water damage of
7  the machinery.

8  Q. When did that water damage begin or when
9  did it occur?

10  A. It started the end of March of 2002.

11  Q. Were you present when it began, present
12  there at APEC when the damage began?

13  A. I don't believe so. I think I was
14  traveling at the time.

15  Q. How did you first learn of the damage?

16  A. Through a telephone conversation with Neil
17  and Gerry.

18  Q. Where were you at the time?

19  A. I'm not exactly certain. I might have been
20  in Florida or Ohio, but I was out of town.

21  Q. Do you remember what time of day you got
22  the call?

23  A. No. Oh, yes. It was the first thing in
24  the morning on Monday.

1   called up Chris Weber at Heidenhain about the

2   controls. The controls are no longer serviceable.

3      Q. How old is the machine?

4      A. The original machine is probably vintage

5   mid-'50s. The control was a brand-new control,

6   vintage 2000. The drives were brand-new, vintage

7   2000. The Turkite bearings that we replaced in the

8   machine were brand-new, vintage 2000. So it's a

9   mix, John.

10     Q. Let's talk about the Okuma Engine Lathe LS.

11  This is a machine for which APEC has claimed damage?

12     A. Yes.

13     Q. When did APEC acquire this machine?

14     A. That was originally a P.X. Engineering

15  machine which we got from P.X. Engineering.

16     Q. Was this machine operational in late March

17  2002 prior to the rain damage?

18     A. Yes.

19     Q. Was it being used for jobs?

20     A. Perhaps. I'm not exactly sure what was

21  being done with it.

22     Q. Did it suffer damage as a result of the

23  leaking roof in late March/early April 2002?

24     A. No. It got soaked with water.

1      Q. Was the machine -- did the machine suffer

2   any subsequent damage after that initial damage

3   caused in late March/early April 2002?

4      A. All the damage caused to that machine was a

5   result of the casualty end of March/beginning of

6   April.

7      Q. Was that machine operational after late

8   March 2002?

9      A. It wasn't used for work after that time,

10  and it had a lot of rust on it. And we disconnected

11  it from power so there wouldn't be any more problems

12  with it.

13     Q. Did you attempt to use the machine, did

14  APEC attempt to use the machine after March 2002,

15  after the damage?

16     A. Well, we took the machine out of the plant

17  and brought it to Stoy. A lot of work has gone into

18  it since then. The truck has been taken apart. The

19  saddle has been worked on. A lot of the rust has

20  been removed from it. It's not complete yet, but

21  we've done what we can to it.

22     Q. Before it was shipped to Ohio, did APEC

23  determine whether or not the machine was

24  operational?

1   as being from National -- what's the name of the

2   company?

3       A.  National Remanufacturing.

4       Q.  National Remanufacturing.  Is this machine

5   one of those that National Remanufacturing gave you

6   an estimate for?

7       A.  Well, I'm looking at Exhibit 30, which is

8   the document we were talking about, and Item 1 is a

9   Clausing Lathe.  He has an estimated price of

10  $1,540.  I do have to add that he didn't know how

11  much he was going to have to do with it, so I

12  believe that price represents just remanufacturing

13  the chuck on the machine.

14      Q.  Was this machine operational after March,

15  late March 2002?

16      A.  No.

17      Q.  Was this machine -- why was it not

18  operational?

19      A.  It was soaked with water and asbestos.

20      Q.  Was this machine sold at auction?

21      A.  I'm not sure.  I don't know if it was in

22  the auction or not.  I know right now I have it in

23  storage at Lucco Properties in Akron, Ohio.

24      Q.  Prior to March 2002, did APEC have any

1    A.  Okay.

2    Q.  I'll have that tomorrow.

3    A.  If you want to talk -- I think on this

4    Exhibit 36, if you jump ahead to -- I believe on

5    here there's a Landis grinder, an American lathe

6    that you might want to discuss.

7    Q.  I'll come back.

8    A.  Okay.

9    Q.  I think I have it marked.

10   A.  All right.

11   Q.  So this machine that we've been discussing,

12   which is Lucas CNC Table-Type Horizontal Milling

13   Machine --

14   A.  Yes.

15   Q.  -- was this operational in late March 2002?

16   A.  This machine was operational when I bought

17   it at the auction.  I actually ran it myself.  I

18   spent time with the operator of the machine and ran

19   it, did contouring and all that.  I worked with the

20   electrician when the machine was taken apart out in

21   Chicago and the riggers.  I transported it to

22   Hingham, and then when we had it in Hingham, we

23   cleaned everything off, and we put the machine all

24   back together.  I did that with Mr. Carreau, rewired

1  everything.

2  And we bought a new CNC control for this,

3  because we were going to upgrade it, but prior to

4  upgrading, we were going to get the machine running

5  in the condition that it used to be in before we

6  added the new control. And we actually did use it

7  for the wind turbine blade mill, I believe for the

8  gear box. We used the machine by hand cranking and

9  doing some dial indication with it. So we actually

10 did do some work with the machine but not through

11 electric power, just through manual hand crank.

12 So I know that's not a simple answer, but

13 I'm trying to give you a complete answer.

14 Q. From the time it was purchased until March

15 2002, how many jobs were performed on that machine?

16 A. One.

17 Q. Just the one.

18 A. The indication of the zero backlash gearbox

19 for the Versa-Table blade mill for Vien Tek.

20 Q. Did this machine suffer damage as a result

21 of the water leaking from the roof in March 2002?

22 A. Oh, yeah. Yes, it did. It was soaked with

23 water. The ways got rusted. The control was -- the

24 existing control got filled with water.

1    Transformers got rusted on it. Ball screws got
2    rusted. Measuring systems got contaminated.
3        Q. Was this machine operational any time after
4    March 2002?
5        A. We didn't do any work with it after the
6    casualty, and the only thing we did after that was
7    evaluation. We've taken the machine apart. We
8    moved the machine to the Stoy Machine facility,
9    reassembled parts of the machine. We're still
10   evaluating it right now. I've had Lucas Machine
11   come to look at the machine. It's a real shame what
12   happened to this machine.
13       Q. What do you estimate to be the replacement
14   cost?
15       A. Replacement cost for that machine in
16   today's market is probably around $150,000. I have
17   listed here $120,000 at the time.
18       The other thing with this machine is, we
19   bought a CNC control to go with this and --
20       Q. How much did that cost?
21       A. The control? About $40,000, $45,000. And
22   at this point in time that control, it was a
23   brand-new control when we bought it, and now that
24   control is obsolete, they become obsolete just like

1  PCs. And computers are like ice, they melt with
2  time.
3  Q. So how is it that you purchased it for
4  about -- what did you say -- $12,000?
5  A. 11 plus buyer's premium.
6  Q. All right. So if you buy it for $11,000
7  plus the premium, and you put $40,000 into it, how
8  is it that its replacement value is double that,
9  $120,000?
10  A. Well, if I go to a dealer to buy that
11  machine, he's going to ask a lot more money than
12  what you're going to buy it for at an auction. Plus
13  there's a lot that we put into the machine. If you
14  go to Exhibit 35 and you go to Item 24, I'll read
15  this to you: "Lucas CNC...Purchased by APEC from
16  Verson Press at auction ($11,100). Disassembly by
17  rigger ($15,000). Attend to rigger's work ($7500).
18  Transport to Hingham ($7,000). Unload from truck
19  ($1500). Clean machine, repaint machine, reassemble
20  machine, inspect control and evaluate ($45,000).
21  Purchase new Heidenhain TNC control, remote pendant,
22  monitor, operator panel, ($45,000)." Just add it
23  up.
24  Q. Does APEC claim loss with respect to a

1   Lucas CNC Table-Type Vertical Milling Machine?

2   A.  Yes.

3   Q.  When did APEC acquire that machine?

4   A.  I believe that machine was acquired

5   sometime around 1999.  I purchased that machine at

6   an auction at General Dynamics in Pittsfield,

7   Massachusetts.

8   Q.  How much did you pay for that machine?

9   A.  I believe I paid around somewhere between

10  $25,000 and $30,000.  Let's say $27,500 plus a 10

11  percent bidder's premium.

12  Q.  Was this machine operational in late March

13  2002 before the rain damage?

14  A.  Before the rain damage the machine was

15  reassembled at APEC, rewired, and we had bought a

16  brand-new CNC control to go along with this.  So it

17  was in the process of a control upgrade.

18  Q.  So had it ever been used at APEC?

19  A.  No.

20  Q.  From 1999 until March 2002, it had never

21  been used at APEC?

22  A.  No.

23  Q.  Did this suffer damage as a result of a

24  leaking roof?

1   A.  Oh, yes, it did.

2   Q.  What do you estimate the replacement cost

3   to be?

4   A.  I have listed on Exhibit 28 $160,000 for

5   this machine.  I've recently gone out and

6   reevaluated the market for this machine, and I'm

7   getting prices that are much higher for this machine

8   now, they're more on the order of $300,000.

9   Q.  So I make sure I understand this right, you

10  purchased this machine for between $25,000 and

11  $30,000 and added approximately $280,000 worth of

12  value to the machine, if it's selling now for

13  $300,000?

14  A.  If I had to go to a dealer to buy the

15  machine, he would want about $250,000, $300,000 for

16  that machine.  A lot of times dealers will buy

17  machines for $25,000 and sell them for $250,000.

18  That's not uncommon, John.  They take a lot of risk

19  with buying the machine, they put a lot into the

20  machines by moving them and taking them apart,

21  putting them back together, fixing what's broken,

22  and then they make a profit.

23  Q.  And this machine is now located in Ohio?

24  A.  This machine is in storage at Lucco

1    Properties in Akron, Ohio.

2    Q.  You were unable to sell it at the auction?

3    A.  Correct.

4    Q.  Your estimate for repair of this machine is

5    $260,000?

6    A.  I have listed on Exhibit 28 $60,000 to

7    break down and transport out, $120,000 to fix, and

8    $80,000 to transport in and reassemble. I've

9    recently gotten a price from Lucas Machine to repair

10   that machine, and it's in excess of $300,000 to

11   repair.

12   Q.  Is Lucas Machine only repairing the damage

13   due to the water in March 2002, or is it repairing

14   other problems with the machine?

15   A.  I asked them to give me a price to repair

16   the machine as it relates to the water damage.

17   Q.  And only the water damage.

18   A.  Well, I don't know what they'd have to do

19   in order to do that, but that's what I asked for,

20   and they gave me a price of in excess of $300,000 to

21   do a repair.

22   Q.  Does APEC claim loss with respect to a

23   Schiess Gear Hobber?

24   A.  I'm going to correct your pronunciation on

00189

1   Q. Prior to this rain in March 2002, when was

2   the last time the roof leaked?

3   A. Pardon me?

4   Q. Prior to March 2002, when was the last time

5   the roof leaked at APEC?

6   A. It might have been in 1999. I know there

7   was one leak that we had that was right over that

8   Union Horizontal Boring Mill, some water got on a

9   truss bearing on the vertical ball screw. It rusted

10  up a truss bearing and we had to take the bearing

11  apart, replace the bearing and put a new bearing in.

12  The machine was fine after that.

13  Q. This disassembled Schiess Gear Hobber, was

14  that covered prior to the rain in March 2002?

15  A. No.

16  Q. I guess there's no way of knowing if this

17  machine was operational. Well, let me ask you, was

18  the machine ever assembled?

19  A. I never assembled the machine, but the

20  machine was operational in Philadelphia Gear when I

21  purchased it.

22  Q. Where is this machine now?

23  A. It's in storage at Lucco Properties in

24  Akron, Ohio.

1   Q. Does APEC claim loss with respect to -- is
2   it a Mauser Horizontal Boring Mill with DRO?
3   A. Yes, that is correct.
4   Q. When did APEC acquire this machine?
5   A. I believe I acquired that around 2001. I
6   purchased that from Gould & Eberhart in Webster,
7   Massachusetts.
8   Q. What was the purchase price?
9   A. I believe I paid Gould & Eberhart $5,000
10  for the machine. It was operational when I bought
11  it. It was in good condition. I disassembled the
12  machine, transported it to Hingham, and reassembled
13  the machine in Hingham.
14  Q. Completely assembled it?
15  A. I believe I had everything except for the
16  gearbox put on the column.
17  Q. Was it operational at APEC?
18  A. Well, if it doesn't have the gearbox or the
19  headstock on the column, it's not operational.
20  Q. So APEC never used it on a job?
21  A. No.
22  Q. You estimate its value prior to the rain
23  damage to be $150,000?
24  A. If you went to a dealer to buy that

1  machine, they're typically listed at that price.

2  That's a machine with a 10-foot table and an NMBT 50

3  taper. It's digital readouts, a German machine of

4  recent construction.

5  Q. Did APEC add value to this machine you

6  bought for $5,000?

7  A. No. There was an opportunity to buy this

8  machine at a drastically reduced price, because

9  Gould & Eberhart had purchased a new machine and

10 they didn't have the space for it. And the reason

11 why I was at Gould & Eberhart is they required my

12 assistance in setting up their new CNC machine, and

13 they're a machine tool builder.

14 Q. Did this machine suffer damage in late

15 March 2002?

16 A. Yes, it did. It was thoroughly soaked with

17 water, rust on all the ways. There was rust -- if

18 you pulled the spindle in and out, you could see

19 there was water inside the headstock. This machine

20 had or has a steady-rest, and it was water damaged,

21 it has rusted ways. The outboard supports were

22 damaged. A lot of the accessories that go -- the

23 small parts that go to this machine were water

24 damaged as well, couplings. A lot of parts were

1   water damaged on this machine.

2   Q. And you estimate the cost of repair to be

3   how much?

4   A. I estimated $20,000 to transport out and

5   break down, $80,000 to do the repair, and then

6   $50,000 to put back together and evaluate. And I

7   might be a little light in that estimate in today's

8   figures.

9   Q. And this is now in storage in Ohio?

10  A. Yes. It's in Lucco Properties in Akron,

11  Ohio.

12  Q. Has the machine ever been -- since you've

13  owned it, has the machine ever been fully assembled

14  and operational?

15  A. Yes.

16  Q. When was that?

17  A. During the auction we -- well, actually it

18  wasn't fully assembled, we didn't have the screws

19  assembled. We did put the headstock onto the column

20  for the auction so people would understand what kind

21  of machine it was.

22  Q. But it didn't sell at auction?

23  A. No.

24  Q. Is APEC claiming loss with respect to an