**10/26/2004  Gerard A. Carreau**

1     Q.  And between 1979 and 2002, whether

2     it be with PX Engineering or APEC, did

3     your duties change?

4     A.  No, I was always --

5     Q.  You were always the supervisor?

6     A.  Yes, sir.

7     Q.  When did you stop working at

8     American Process Equipment?

9     A.  I don't remember, but I think it

10    was in November; it was approximately two

11    years ago.

12    Q.  November of 2002?

13    A.  Yeah, it was about two years ago.

14    It was about six months before Stoy

15    Machine.

16    Q.  Did you resign or were you

17    terminated?

18    A.  No, the company moved.  The company

19    -- actually, they -- the company -- they

20    -- I don't know if they bellied up or

21    what they did, they just -- they had a

22    big giant auction and they sold the

23    equipment off.

24    Q.  Between -- Did someone at APEC

1    know, it wasn't equipped for what we

2    wanted.  It was big enough, but they

3    didn't have cranes big enough.

4      Q.  And the Quincy Shipyard facility,

5    is there a reason why --

6      A.  Yeah, it was just run down too bad.

7    The buildings were completely gone down.

8    And Beloit Company was too expensive, so

9    you get them all together and --

10     Q.  Did you look at any other

11   facilities besides those three?

12     A.  I didn't, but I believe Paul did.

13   I'm not sure, but I believe that Paul did.

14   I didn't go with him.  I have no idea

15   where he looked, but I know he was looking

16   at other -- he had gone to different

17   places.

18     Q.  At any point, did APEC, in fact,

19   relocate to another facility?

20     A.  Not that I know of.

21     Q.  The Okuma engine lathe, was that

22   damaged in the March 2002 rain?

23     A.  I don't know if it was or not.  I

24   don't remember if it was or not.

**10/26/2004  Gerard A. Carreau**

1   Q.  Do you remember if this machine was

2   covered during the rain?

3   A.  I don't remember.

4   Q.  Is this one of the machines that

5   was brought to Stoy?

6   A.  Yes, it was.

7   Q.  When was the last time you saw that

8   machine?

9   A.  Just before I left Stoy.

10   Q.  And was it operational?

11   A.  No, it was not.

12   Q.  Why not?

13   A.  Because it wasn't wired up.  It

14   wasn't hooked up.

15   Q.  Was it ever operational while you

16   were at Stoy?

17   A.  No, it was not.

18   Q.  It was never hooked up while you

19   were there?

20   A.  No, it was not.

21       MR. BAUER:  Why don't we

22   mark this Exhibit 4?

23       (Exhibit-4, Photograph of

24   Clausing Engine Lathe, marked for

**10/26/2004  Gerard A. Carreau**

1    result of the March 2002 rain?

2    A.  I don't know.

3    Q.  Was it operational after March

4    2002?

5    A.  I believe it was.

6    Q.  Do you recall whether it was used

7    on any jobs after March 2002?

8    A.  We didn't do too much jobs after

9    March 2002 so I couldn't -- I don't know

10    if it was or not.  It was only a machine

11    that was used -- again, like the other

12    machine, you know, maybe now, maybe two

13    months from now, maybe a week from now,

14    maybe six months from now.  I don't know.

15    Q.  And is -- was this machine

16    relocated to Stoy?

17    A.  I don't believe so.  I don't think

18    it was.

19    Q.  Let's move to -- Let me ask you

20    about another machine.  In this instance,

21    I don't have a picture.

22    Do you recall a Niles (phonetic)

23    ferment pond vertical turret lathe?

24    A.  Yes, I do.  It's the same as

1    Betts, except just little smaller.

2    Q.   And again, do you know when APEC

3    purchased this machine?

4    A.   It was there when I started working

5    for them.  I have no idea when they

6    purchased it.

7    Q.   Any sense how old the machine is?

8    A.   A hundred years old.

9    Q.   A hundred years old?

10   A.   Possibly.  I believe it was in the

11   early 1900s.  I'm not positive when, but

12   it's just my guess.

13   Q.   Was the machine operational while

14   it was at South Boston?

15   A.   The machine was -- yes, it was.

16   Q.   Was it operational the entire time

17   you worked at APEC in Hingham?

18   A.   Yes, it was.  That machine was also

19   computerized.

20   Q.   And was this machine ever -- prior

21   to March 2002, did it ever suffer any

22   water damage?

23   A.   Not that I'm aware of.

24   Q.   Did the entire machine work or just

**10/26/2004  Gerard A. Carreau**

1    parts of it in 2002?

2        MR. ROSMARIN:  If I could

3    object; is that before the rain storm or

4    after?

5        BY MR. BAUER:

6    Q.  Before the rain storm.

7    A.  Yes, the entire machine was

8    working.

9    Q.  During the March 2002 leak, did

10   water land on this machine?

11   A.  Yes, it did.

12   Q.  What did APEC do to protect the

13   machine during the rain storm?

14   A.  That one we could cover.  That one

15   we covered.

16   Q.  But yet, water still got into the

17   machine?

18   A.  Yeah, this was after the rain

19   storm.  This was when we came in after

20   the water had got into the machine.  It's

21   like locking the barn door after the horse

22   gets out, basically is what it amounts to.

23   Q.  To make sure I understand, how long

24   do you think it rained before you covered

**10/26/2004  Gerard A. Carreau**

1   the machines?

2     A.  How long did it rain before we

3   covered the machines?

4     Q.  Right.

5     A.  We covered the machines as soon as

6   we detected the water was coming in.

7     Q.  Do you have any sense how long?

8     A.  I think it was on a weekend.

9     Q.  So you think it may have rained on

10  the machines for a day or two before they

11  were covered?

12    A.  I think so.  I'm not positive, but

13  I thought that was a weekend.  Maybe I'm

14  wrong, but I thought it was a weekend.

15    Q.  And did this machine -- Was this

16  machine damaged by the March 2002 leak?

17    A.  Yes, it was.

18    Q.  How was it damaged?

19    A.  Water basically.  The same as the

20  Betts, basically the same machine, same

21  deal.

22    Q.  How do you know that it was

23  damaged?

24    A.  Because I had to fix it.

10/26/2004  Gerard A. Carreau

1    Q.   And what exactly was damaged to the

2    machine?

3    A.   We had to take and pull the tables

4    out and clean all the water and re-oil all

5    the weights on the machine.  The motors

6    got water in them.  The -- That was a

7    computerized machine, too, that we had set

8    up on it, and they got water in the

9    computers.  The rails on the side were all

10   -- you know, we made them all automatic,

11   and it had ruined the motors on that.

12   Q.   So what repairs were made to that

13   machine after the March 2002 --

14   A.   Basically just cleaning them up.

15   Q.   And was it operational after those

16   repairs?

17   A.   Yes, it was.

18   Q.   The entire machine?

19   A.   Yes, it was.

20   Q.   Including the computer?

21   A.   Yes, it was.

22   Q.   And did APEC, in fact, utilize that

23   machine after March 2002?

24   A.   Yes, they did.

**10/26/2004  Gerard A. Carreau**

1    Q.  Was that machine relocated, do you

2    know, to Stoy?

3    A.  It was put into storage.

4    Q.  Where was it put into storage?

5    A.  Someplace -- I don't know where,

6    but it wasn't in Stoy.  It was someplace

7    in Ohio.

8    Q.  Was the machine ever taken out of

9    storage and brought to Stoy?

10   A.  No.

11   Q.  So as far as you know, has the

12   machine been used since it was put into

13   storage?

14   A.  No.

15   Q.  The machine was operational after

16   the storm because you repaired it.

17   A.  Yes.

18   Q.  And was it operating as well as it

19   was before the storm?

20   A.  We didn't do much work on it so it

21   was just -- we were just cutting rings on

22   it, so...

23   Q.  Okay.  Let's move to the next

24   machine, and again, unfortunately, I don't

**10/26/2004  Gerard A. Carreau**

1    have a picture.  The Lucas horizontal

2    boring mill.

3    A.  Yeah, okay.  That was a machine

4    that was just completely all rebuilt.

5    Q.  Do you know when APEC acquired that

6    machine?

7    A.  Yeah, about a year before I left

8    there.

9    Q.  Do you know from whom APEC acquired

10    the machine?

11    A.  No, I'm not sure.  They could -- I

12    don't know.  I think Mr. O'Neill bought it

13    at an auction.

14    Q.  Any sense how much APEC paid for

15    the machine?

16    A.  I have no idea.

17    Q.  Any sense how old the machine was?

18    A.  I have no idea.

19    Q.  When it was first brought into the

20    Hingham facility, was it operational?

21    A.  It was disassembled.

22    Q.  It was disassembled?

23    A.  (Witness nodding).

24    Q.  Was it subsequently assembled?

**10/26/2004  Gerard A. Carreau**

1    A.  It was all rebuilt and assembled,

2    yes, sir.

3    Q.  When did that happen?

4    A.  Not too long after we brought it

5    into our facility.

6    Q.  Who did that work?

7    A.  I did.

8    Q.  Was it operational after you --

9    A.  Yes.

10    Q.  -- assembled and --

11    A.  Yes, it was.

12    Q.  Was it actually used on jobs?

13    A.  No, it was not.

14    Q.  It was never used on a job.

15    A.  Never used.

16    Q.  But it was operational.

17    A.  Yes, it was.

18    Q.  During the March 2002 leak, did

19    APEC cover the machine?

20    A.  Yes, they did.

21    Q.  Did rain -- Prior to covering the

22    machine, did rain actually get on the

23    machine?

24    A.  Yes, it did.

**10/26/2004  Gerard A. Carreau**

1    Q.  Did the rain cause damage to the

2    machine?

3    A.  I don't know, I never -- it never

4    ran.

5    Q.  So even after the March 2002 leak,

6    you didn't attempt to operate it to see if

7    it worked?

8    A.  No, we did not.  We just cleaned

9    it all off and we oiled it up.

10   Q.  Didn't turn it on to see if it

11   worked.

12   A.  No, I did not.

13   Q.  Is that one of the machines that

14   was relocated to Stoy?

15   A.  Yes, it was.

16   Q.  And is it -- When you stopped

17   working at Stoy, was it in Stoy's

18   facility?

19   A.  Yes, it is.

20   Q.  Being used?

21   A.  No.  We never got it running.

22   Q.  Never got it running meaning never

23   tried it?

24   A.  Ain't never got it running.

**10/26/2004  Gerard A. Carreau**

1    the top, it says the Fuji Seiki gap bed

2    engine lathe.

3    A.   It's a Fuji Seiki.  F-U-J-I, I

4    believe it is.

5    Q.   Do you recall when APEC acquired

6    this machine?

7    A.   No, I do not.

8    Q.   Was this in the South Boston

9    facility?

10   A.   Yes, it was.

11   Q.   And relocated down to Hingham?

12   A.   Yes, it was.

13   Q.   Was this operational the entire

14   time you worked at APEC?

15   A.   I had to repair the gearbox at one

16   time.

17   Q.   When did you repair the gearbox?

18   A.   I don't know.  About 1995,

19   somewhere around there.

20   Q.   But after you repaired the gearbox,

21   it was operational.

22   A.   Yes, it was.

23   Q.   And what sorts of jobs was it used

24   on?

**10/26/2004  Gerard A. Carreau**

1    A.   Basically the same as the other

2    lathes.  A lathe is a lathe; it trims

3    down -- it only goes around in circles --

4    diameter or cuts holes.

5    Q.   Okay.  And it was operational

6    immediately prior to the March 2002 leak?

7    A.   This machine was operational, yes,

8    it was.

9    Q.   And did rain land on the machine

10    during the --

11    A.   This machine, it did.

12    Q.   Did APEC cover the machine during

13    that rain?

14    A.   This machine, they did.

15    Q.   But prior to covering it, rain got

16    on the machine.

17    A.   Yes, it did.

18    Q.   Did that rain cause damage to the

19    machine?

20    A.   Rain causes damage to any machine.

21    Q.   What sort of damage did it cause?

22    A.   You get rust all over -- You either

23    get rust or you get short circuits from

24    the water and the electrical.

**10/26/2004  Gerard A. Carreau**

1    Q.   And which did this have?

2    A.   This had rust all over it.

3    Q.   And in order to -- Once the rain

4    stopped, did APEC wipe the water off and

5    oil this machine?

6    A.   Yes, you do.

7    Q.   And yet it still rusted?

8    A.   It rusts as soon as you get water

9    on it.

10    Q.   What, if anything, did APEC do

11    after the rain in order to repair or

12    protect the machine?

13    A.   Nothing.  We just -- Like I said,

14    we'd just oil them up.  We'd clean them

15    off, oil them up, cover them.  Machines

16    are all covered.  I had covers all over

17    everything, every machine in the place.  I

18    had covers hanging all over the place.

19    Q.   Was this machine operational after

20    the March 2002 rain?

21    A.   I didn't use it.  I never ran it.

22    I didn't have any use for it.

23    Q.   So you don't know if it suffered

24    permanent damage.

1    A.  No, I do not.

2    Q.  Is this a machine that was

3    relocated to Stoy?

4    A.  Yes, it was.

5    Q.  Once at Stoy, was it operated?

6    A.  No, it was not.

7    Q.  Do you know if Stoy ever made any

8    attempt to operate the machine?

9    A.  I was in the process of wiring this

10   machine when I left Stoy.

11   Q.  And when you say, "in the process

12   of wiring" it, what do you mean?

13   A.  Well, putting in all new panels on

14   it and putting the panels to the wall and,

15   you know --

16   Q.  Was that --

17   A.  -- energizing it.

18   Q.  That was necessary because you

19   relocated the machine?

20   A.  Well, some of it is.  Obviously,

21   the new panels on the wall are at Stoy

22   machine now.

23   Q.  Right.  But in the course of

24   attempting to newly wire this machine, did

**10/26/2004  Gerard A. Carreau**

1    oven and I believe that the oven -- all

2    the -- I know all the walls had caved in

3    on the oven because that was all the --

4    and I believe that was left there, too.

5    Q.   We'll get to some of those other

6    machines including the oven.  That's with

7    the fabricating equipment, but I'll ask

8    you then if you saw it left there.  I

9    want to move on to the next machine.

10        MR. BAUER:  If you could,

11   mark this nine.

12        (Exhibit-9, Photograph of

13   Ooya Machine, marked for identification).

14      BY MR. BAUER:

15   Q.   I'm going to show you what's been

16   marked Exhibit 9.  Do you recognize the

17   machine that's depicted there?

18   A.   (Witness reviewing photograph).

19   Yes.

20   Q.   And what is that machine?

21   A.   That's the Ooya.

22   Q.   Pronounced Ooya?

23   A.   O-O-Y-A, that's correct.

24   Q.   Is that Ooya vertical milling

10/26/2004  Gerard A. Carreau

1    machine?

2    A.   It's a -- Actually, it's a

3    horizontal milling machine.  It doesn't go

4    up and down, it goes flat so it's a

5    horizontal milling machine.

6    Q.   Okay.  Do you know when APEC

7    acquired this machine?

8    A.   Yeah, I do.

9    Q.   When was that?

10    A.   I wasn't working for them.  It was

11    acquired by PX Engineering.  It was

12    acquired at the same time that they

13    purchased the big rolls in Japan, and I

14    believe, if I can remember right, right on

15    the side of the roll it says 1965.  So I

16    believe that that machine was purchased in

17    '65.

18    Q.   Okay.  Do you know if it was

19    purchased new?

20    A.   It was purchased brand new.  The

21    father went over and bought both machines

22    from Japan brand new.

23    Q.   Was this machine operational in --

24    Prior to March 2002, was this machine

1    operational?

2    A.  Yes, it was.

3    Q.  And was it regularly used?

4    A.  Yes, it was.

5    Q.  What functions did this --

6    A.  This machine, again, we would take

7    a big piece of steel or stainless or

8    aluminum or whatever material, you would

9    set it on this table and you would program

10   it and it would cut all grooves or

11   whatever you wanted to do with it or put

12   holes.  It was all computerized.  It did

13   everything but talk really.

14   Q.  When was the computer added to this

15   machine?

16   A.  This machine -- When this machine

17   was bought, it was -- it had -- it used

18   to be tape control, which is basically the

19   old style of computer.  We since upgraded

20   it.  We put all new -- you can see the

21   scales.  We put all these what you call

22   linear scales.  You can see them here,

23   over here.  You can see them running down

24   the side.  So it could do everything.  It

**10/26/2004  Gerard A. Carreau**

1    could cut circles.  This was all the

2    upgrade that we did to the machine.  We

3    computerized it completely, 100 percent.

4    Q.   When did you do that?

5    A.   I think it was done -- I don't

6    know.  I'm trying to think of when it was

7    done.  I think it was done in South

8    Boston.

9    Q.   Okay.

10    A.   I think it was done right at the

11    end -- around the '90s, you know, the

12    early '90s or '89.  Late in the '80s,

13    something around there.  I think -- I

14    don't think it was 100 percent.  I know

15    it was -- I know I had put this scale on

16    the bottom.  I know I put that one on and

17    I know I put the ones on the side,

18    because they had different types of scales

19    on it.  And that was done in Hingham.  I

20    did that in Hingham so that was in the

21    early '90s.

22    Q.   Prior to March 2002, did this

23    machine ever suffer any water damage?

24    A.   Yes.

**10/26/2004  Gerard A. Carreau**

1    Q.  When was that?

2    A.  I don't remember, but I know we had

3    -- it got water on the machine.

4    Q.  And that was water leaking from the

5    roof?

6    A.  That was water leaking from the

7    roof, yes, sir.

8    Q.  And that was in Hingham.

9    A.  Yes, sir.

10   Q.  And did that water damage require

11   repairing of the machine?

12   A.  Yes, it did.

13   Q.  Did the machine cease to operate

14   for a while?

15   A.  Yes, it did.

16   Q.  And APEC repaired the machine.

17   A.  What we did was, we actually built

18   a structure around this machine, a big

19   steel I-beam structure right around this

20   machine and completely covered the whole

21   machine, just sealed the machine off

22   completely because water was a problem.

23   Q.  Because water leaking from the roof

24   was a problem?

1    A.  Well, where else would it have come

2    from?

3        Well, anyway, that's what we did.

4    We fixed the machine and it wasn't -- at

5    the time the damage to this machine was,

6    it had got water on the top -- this has a

7    -- there's actually -- there's a little --

8    it was a CNC so it was like a little

9    computer down inside that motor.  It tells

10   the motor to go down to so far, it tells

11   the motor to turn so fast.  It tells all

12   of that.  We completely sealed this whole

13   machine off.  Since they fixed the roof,

14   the machine, everything was all fixed,

15   there was no more problems.  We did remove

16   that.

17   Q.  Again, you don't know when that

18   structure was built?

19   A.  Yes, I do.  I know when that

20   structure was built.  That structure was

21   built probably in the late '90s.

22   Q.  Okay.

23   A.  Probably '91 -- I mean, probably

24   '98, maybe '99, somewhere around there.  I

**10/26/2004  Gerard A. Carreau**

1    remember -- I don't know exactly, but the

2    whole machine -- the whole structure was

3    built out of steel.

4    Q.  And did -- and when -- The machine

5    was operational after that.

6    A.  Oh, yes.  It was  Like I said,

7    the water had just got into the motor and

8    I had to cover it because I couldn't

9    afford to have anything get on that

10    machine.  This machine here had to be dead

11    clean, you know, dead dry.  It had to be

12    because if you -- just little bit of

13    minute anything, even moisture, would cause

14    a problem.

15    Q.  So in March 2002, when the rain

16    came, did the structure protect this

17    machine?

18    A.  No, because that structure was

19    since taken down after that roof was

20    repaired in that area.

21    Q.  When was the structure taken down?

22    A.  After that roof was repaired,

23    probably, I don't know, maybe three months

24    after, four months after.  And the reason

**10/26/2004  Gerard A. Carreau**

1    for that was that you couldn't get parts

2    in and out of that with that structure

3    there.  You had to go through a big major

4    -- to feed the machine so after they

5    repaired the roof, that structure was

6    taken down.

7    Q.  So in March 2002, when the roof

8    leaked, did water land on the Ooya

9    machine?

10   A.  All over the place.

11   Q.  Did APEC cover the machine?

12   A.  Yes, we did.

13   Q.  But by then the water had already

14   gotten on the machine.

15   A.  Yes.  I did -- I did work on this

16   machine and I did manage to get this

17   machine running.  I think it took me five

18   days.  And we did manage to get this

19   machine running.  However, it kept

20   shutting down on me.  And we needed this

21   machine because of another machine that

22   wouldn't -- we couldn't get going, so we

23   had to have something.  So I worked on

24   this machine and I did get it running.

**10/26/2004  Gerard A. Carreau**

1   It wasn't good, but I did get it running.

2      Q.   And you needed it running because

3   -- to work on a particular job?

4      A.   To work on a particular job, right,

5   that was on another machine that -- yeah,

6   Beloit.

7      Q.   And were you able to finish the

8   Beloit job?

9      A.   I think I did.

10     Q.   Using this --

11     A.   I think it was -- I think I

12   finished it.  I'm not positive.  I think

13   I finished it, yes.

14     Q.   Using this machine --

15     A.   Yes, we had to -- I'm trying to

16   think, make sure that it is Beloit.  I

17   know we had to take sections.  We had to

18   cut them in half and make them in two

19   pieces because the other machine wouldn't

20   work.  So I had to put the pieces on here

21   to machine them.  Then we had to put them

22   back together again.  I'm not positive but

23   I believe it was -- I believe it was a

24   Beloit job.  I think it was a Beloit job.

**10/26/2004  Gerard A. Carreau**

1    Q.   So the machine was operational, but

2    not as --

3    A.   Not 100 percent, that's correct.

4    Q.   And what would have been required

5    to make it 100 percent?

6    A.   Completely taking the machine apart

7    and, you know, cleaning it all out and,

8    you know, sealing it so you wouldn't get

9    no dampness or moisture or whatever it was

10   in the machine.

11   Q.   And did APEC do that work?

12   A.   We didn't -- We never -- We just

13   finished that job and that was the last I

14   did on that machine.

15   Q.   And after -- Do you know what

16   became of this machine?

17   A.   The machine was disassembled, sent

18   to Stoy Machine.

19   Q.   And was it reassembled at Stoy?

20   A.   Yes, it was.

21   Q.   And was it operational in Stoy?

22   A.   No, it was not.

23   Q.   Why not?

24   A.   I don't know.  Because I --  if I

**10/26/2004  Gerard A. Carreau**

1    when I was there, we never operated it.

2        MR. BAUER:  Next machine.

3    This would be Exhibit 14.

4        (Exhibit-14, Photograph of

5    Scheiss Gear Hobber, marked for

6    identification).

7        BY MR. BAUER:

8    Q.   And I'm going to show you what's

9    been marked Exhibit 14 and ask if you

10   recognize the machine that's depicted

11   there.

12   A.   (Witness reviewing photograph).

13   I've seen the machine.  I have not --

14   I've never seen the machine set up or

15   anything.

16   Q.   Is this machine, in fact -- is it

17   a Scheiss gear hobber?

18   A.   (Witness reviewing photograph).  I

19   have no idea.

20   Q.   Okay.  Do you know when this

21   machine -- when APEC acquired this

22   machine?

23   A.   I do not know that either.  All I

24   know is it was sitting down the end of

**10/26/2004  Gerard A. Carreau**

1    the shop for a long time.

2    Q.   Was it in South Boston?

3    A.   No, it was in Hingham.

4    Q.   And was it ever operational?

5    A.   Not to my knowledge.

6    Q.   Did you ever do any work on this

7    machine?

8    A.   Not that I know of.

9    Q.   Did it -- Did this machine get

10   rained on in March 2002?

11   A.   Yes, it did.

12   Q.   Did APEC cover this machine?

13   A.   I don't remember if we did or not.

14   Q.   And then after the rain, did APEC

15   make any effort to determine if it

16   operated?

17   A.   It was disassembled.  This machine

18   is not assembled.  One part here, one part

19   there, one part over there.

20   Q.   And was it brought into Hingham

21   disassembled?

22   A.   Yes, it was.

23   Q.   And it was never assembled.

24   A.   That's correct.

**10/26/2004  Gerard A. Carreau**

1    Q.  Do you know where this machine is

2    now?

3    A.  No, I do not.

4    Q.  Was this -- This was not a machine

5    that was brought to Stoy.

6    A.  I don't believe so.  It might have

7    been.  It was not at Stoy -- I don't

8    know.  It was not at Stoy facility, no.

9    Q.  Okay.  Do you have any idea from

10   whom APEC acquired that machine?

11   A.  No, I don't.  I never got involved

12   in gear hobbers.

13       MR. BAUER:  If you could,

14   mark this Exhibit 15.

15       (Exhibit-15, American Tool

16   CNC Slant Bed Lathe, marked for

17   identification).

18       BY MR. BAUER:

19   Q.  Let me show you Exhibit 15.  Do

20   you recognize the machine depicted there?

21   A.  (Witness reviewing photograph).  I

22   know the machine.

23   Q.  What is that machine?

24   A.  It's a lathe.

**10/26/2004  Gerard A. Carreau**

1      Q.  And is that an American Tool CNC

2    slant bed lathe?

3      A.  I couldn't tell you.

4      Q.  Okay.

5      A.  I've seen the machine; I don't know

6    what it is.  I've never ran it.

7      Q.  Do you know when APEC acquired this

8    machine?

9      A.  No, I don't.

10      Q.  Was it brought from South Boston?

11      A.  No, it was not.  It was acquired

12    in Hingham.

13      Q.  Do you know where APEC acquired it?

14      A.  I don't know when they got it or

15    who they got it from.

16      Q.  Was the machine operational ever

17    while you were at APEC?

18      A.  No.

19      Q.  Did you perform any work on this

20    machine while you were at APEC?

21      A.  Not that I know of, although we

22    assembled the end of the gearbox.  We were

23    putting it together and I know this

24    machine was covered, too.  I know that one

1   was covered.

2   Q.  This was covered in the March 2002

3   rain?

4   A.  This was covered right after the

5   rain --

6   Q.  Okay.

7   A.  -- because this is where the heavy,

8   heavy water area was.

9   Q.  So some areas were heavier than

10   others.

11   A.  It was all different every time.

12   You know, you'd have a rain, you'd have

13   nothing.  Then all of a sudden it would

14   be here, then it would be there.  And the

15   crew would come in and fix the roof.

16   Then this part would be all good and then

17   this part would be...

18   Q.  Prior to March 2002, were there

19   ever any rains that were as heavy as those

20   in March 2002?

21   A.  I really don't know.  It wasn't the

22   rain as much as the wind.

23   Q.  Let me put it a different way.  At

24   any time prior to March 2002, were there

**10/26/2004  Gerard A. Carreau**

1    leaks as severe as those?

2    A.  No, no way.  No, it looks like the

3    whole sky opened up when they had that

4    water.

5    Q.  Okay.  So this machine was not

6    operational while you were at APEC.

7    A.  No, sir.

8    Q.  And some rain -- It, in fact, got

9    rained on in March 2002, then it was

10   covered.

11   A.  Yes, sir.

12   Q.  Did you make any effort after March

13   2002 to determine if it was damaged or

14   operational?

15   A.  All we did was clean it all up,

16   you know, wipe it all down, get the water

17   off it and oil up the waves and that's

18   all we ever did to it.

19   Q.  And do you know where this machine

20   is located now?

21   A.  No, I don't think it's anywhere.  I

22   think it got scrapped out or to the

23   auction; I'm not sure.  It might have gone

24   to auction.  I don't know where it is.

**10/26/2004  Gerard A. Carreau**

1    operational?

2    A.  Not at our facility.

3    Q.  Was the machine assembled or

4    disassembled?

5    A.  It was three-quarters assembled.

6    Q.  Did it get rained on in March 2002?

7    A.  Yes, it did.

8    Q.  Was it covered?

9    A.  It was covered after that.

10    Q.  And was any work done on the

11    machine to repair the machine after March

12    2002?

13    A.  Just wipe it, clean it down and oil

14    it all up and everything, because we had

15    it three-quarters together and then it was

16    all apart again.

17    Q.  Do you know what became of that

18    machine?

19    A.  I have no idea.

20    Q.  Do you know if it was relocated to

21    Stoy?

22    A.  No, it was not.

23    Q.  Do you recall seeing it when you

24    went back to get your tools?

**10/26/2004  Gerard A. Carreau**

1    leaks as severe as those?

2    A.  No, no way.  No, it looks like the

3    whole sky opened up when they had that

4    water.

5    Q.  Okay.  So this machine was not

6    operational while you were at APEC.

7    A.  No, sir.

8    Q.  And some rain -- It, in fact, got

9    rained on in March 2002, then it was

10   covered.

11   A.  Yes, sir.

12   Q.  Did you make any effort after March

13   2002 to determine if it was damaged or

14   operational?

15   A.  All we did was clean it all up,

16   you know, wipe it all down, get the water

17   off it and oil up the waves and that's

18   all we ever did to it.

19   Q.  And do you know where this machine

20   is located now?

21   A.  No, I don't think it's anywhere.  I

22   think it got scrapped out or to the

23   auction; I'm not sure.  It might have gone

24   to auction.  I don't know where it is.

**10/26/2004  Gerard A. Carreau**

1    Q.  Do you have any sense how much APEC

2    paid for it when it bought the machine?

3    A.  No, I don't.

4    Q.  I don't have a picture of this next

5    machine, but do you recall a -- is it

6    Mouser horizontal --

7    A.  Mouser.

8    Q.  -- Mouser horizontal boring?

9    A.  Horizontal boring mill, right.

10    Q.  And is that -- Do you recall when

11    APEC acquired that machine?

12    A.  I believe that's a machine we

13    bought from a company in Rhode Island.

14    I'm not positive, but I think that's the

15    machine we bought from a company in Rhode

16    Island.

17    Q.  Do you recall when?

18    A.  I don't know, somewhere around

19    2000, something like that, approximately.

20    Q.  Was it purchased new or used?

21    A.  No, used.

22    Q.  Any sense how old the machine is?

23    A.  No, I don't know.

24    Q.  Was it -- Was this machine ever