# SWORN STATEMENT IN PROOF OF LOSS
## AND SUBROGATION AGREEMENT

$ 3,150,000 — AMOUNT OF POLICY AT TIME OF LOSS

Personal Property

6/30/01 — DATE ISSUED

6/30/02 — DATE EXPIRES

POLICY NUMBER: 765-00-76-73-0

FILE NUMBER:

AGENT: Allied American

RECEIVED JUL 29 2002 EASTERN ADJUSTMENT CO.

To the **Atlantic Mutual Ins. Co.** (insurer)
By the above policy you insured **American Process Equipment, Inc.**
against loss by **all Risk** to the property described under Schedule "A."

1. **Time and Origin:** A **property** loss occured about the hour of __ o'clock __ M., on the **3** day of **april** **2002**. The cause and origin of the said loss were: **Windstorm damage to building caused water damage to personal property**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **as described**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **Sole Owner**. No other person or persons had any interest therein or incumbrance thereon, except: **None**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: **None**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ **3,150,000**, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

(FULL REPLACEMENT COST FIGURES TO BE INSERTED ONLY WHEN CONSIDERED IN THE ADJUSTMENT)

| | FULL REPLACEMENT COST | ACTUAL CASH VALUE |
|---|---|---|
| 6. The value of said property at the time of loss was | $ | $ |
| 7. The whole loss and damage was | $ | $ 3,150,000 |
| | | $ |

8. The amount (less Ded. of $ **1000** ) claimed under this policy is $ **3,149,000**

9. The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

10. The insured hereby assigns, transfers, and sets over to the Insurer any and all claims or causes of action of whatsoever kind and nature which the insured now has, or may hereafter have, to recover against any person or persons as the result of said occurance and loss above described, to the extent of the payment above made; the Insured agrees that the Insurer may enforce the same in such manner as shall be necessary or appropriate for the use and benefit of the Insurer, either in its own name or in the name of the Insured; that the Insured will furnish such papers, information, or evidence as shall be within the Insured's possession or control for the purpose of enforcing such claim, demand, or cause of action. The Insured covenants that no release or settlement of any such claim, demand, or cause of action has been made.

11. The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

12. THIS STATEMENT IS MADE UNDER THE PENALTY OF PERJURY. **American Process Equipment Co, Inc**

_____, President

State of _____

County of _____

Subscribed and sworn to before me this **15** day of **July** **2002**

_____ Witness

Insured


DEPOSITION EXHIBIT APEC-29 2-3-05 AB

APEC Equipment List

April 18, 2002

| ITEM # | Description | Model Number | Year | Serial Number | Description | Estimated Replacement | Description of Damage | Disconnect, Disassemble, rigging | Cost to Repair, Regrind | repackage, reassemble | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Betts Vertical Turret Lathe (VBM) retrofitted with Heidenhain Manual Plus CNC Control | | 1950's | | Retrofitted 2000. 240" Swing x 216" under tool, Baldor 30hp infinitely variable digital DC drive (1997), 16 rpm max. | 200,000 | Water damage to table top, water damage to linear measuring systems, water damage to CNC control. Table should be removed, resurfaced, rechecked, trammed. Measuring systems and control should be replaced. Many of these components weigh over 12.5 ton and will require special rigging. | 80,000 | 60,000 | 100,000 | 240,000 |
| 40 | Okuma Engine Lathe | LS | 1970 | 4103 9314 | 24" Swing x 120" Bed | 25,000 | Water damage to linear ways. Lathe saddle, compound and tailstock should be removed, ways reground and checked for straight, saddle gibs reground and regapped for new grind. After rebuild, machine should be rechecked for flatness and qualifying cuts made and tested. | 3,000 | 10,000 | 4,000 | 17,000 |
| 53 | Okuma Engine Lathe | LT | 1970 | 4025-10969 | 30" Swing x 120" Bed | 30,000 | Water damage to linear ways. Lathe saddle, compound and tailstock should be removed, ways reground and checked for straight, saddle gibs reground and regapped for new grind. After rebuild, machine should be rechecked for flatness and qualifying cuts made and tested. | 3,000 | 10,000 | 4,000 | 17,000 |
| 54 | Clausing Engine Lathe | | 1973 | 70018-03948 | 17" Swing x 80" Bed retrofitted with 60hp digital vector drive and infinitely variable AC digital feed motors. 25 rpm max. 108" dia. | 17,000 | Water damage to linear ways. Lathe saddle, compound and tailstock should be removed, ways reground and checked for straight, saddle gibs reground and regapped for new grind. After rebuild, machine should be rechecked for flatness and qualifying cuts made and tested. | 3,000 | 7,000 | 4,000 | 14,000 |
| 74 | Niles Bement Pond Vertical Turret Lathe, (VBM) | 1513024 15AR | 1940 | 16779 | | 120,000 | Water damage to digital drive for table. Remove and replace spindle drive. Recommission table drive, remove harmonics. Test cut. This machine weighs in excess of 12.5 ton and requires special rigging. | 50,000 | 40,000 | 80,000 | 170,000 |
| 185 | Lucas Horizontal Boring Mill | 42-20-6 | | 42B0812 | 1000 rpm, 40" x 60" table, X-60", Y-40", Z-94", W-19", 4" dia. Spindle, #6 Morse Taper | 20,000 | Water damage to headstock and table. Regrind ways, Remove and replace liners for table and headstock and recut and rescrape to fit reground ways. Test cut to assure machine capability. This machine weighs in excess of 12.5 ton and special rigging is required. | 4,000 | 20,000 | 10,000 | 34,000 |
| 140 | Comet Milling Machine | 3KV | | 341002 | | 15,000 | Water damage to main motor spindle and feed motor. Water damage to digital readout and measuring system. Repalce motors. Repalce scales and DRO. Repower machine. | 2,000 | 5,000 | 2,000 | 9,000 |
| 141 | Osuma SR Lathe | SJ1740 G | | 3033015 | | 8,000 | Water damage to chuck, collet drawbar, bedways. Replace chuck, remove saddle and tailstock, regrind bed, reline saddle and tailstock to match reground bed. Repower and new testcut to verify capability. | 2,000 | 8,000 | 2,000 | 12,000 |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | Fiji Seiki Gap Bed Engine Lathe | 50M 124 | | 1241385 | 50" Swing x 120" Bed, 60" swing in gap, power rapid traverse. | | compound and tailstock should be removed, ways reground and checked for straight, saddle gibs reground and regapped for new grind. After rebuild, machine should be rechecked for flatness and qualifying cuts made and tested. Water damage to control cabinet. Cabinet should be removed and replaced with new. Many of these components weigh over 12.5 ton and will require special rigging. | | | | 21,000 |
| 12 | 154 | Bridgeport Milling | 38425 | | 2J16132 | | 35,000 | | 15,000 | 2,000 | 4,000 | |
| | 224 | | | | | | 5,000 | | | | | |
| 13 | 237 | APEC Versa-Table CNC Rotary Table | VT-100-168 | 1980 retrofitted 1995 | | Heidenhain TNC-124 CNC control, 100 Ton capacity, 75HP digital AC drive, 14 rpm max infinitely variable, power clamping, 360 degree infinitely variable positioning to 0.001 | 200,000 | Water damage to table top, water damage to angular measuring systems, water damage to CNC control. Table should be removed, resurfaced, rechecked, trammed. Measuring systems and control should be replaced. Machine should be laser-checked and test cuts made. Many of these components weigh over 12.5 ton and will require special rigging. | 25,000 | 60,000 | 25,000 | 110,000 |
| 14 | 275 | Ooya Vertical Milling Machine, CNC | RE3F-2850 | 1976 retrofitted 1995 | | X-112" x Y-118" x Z-19" x W-48", Heidenhain TNC-415 CNC Control, 3-D touch probe, high accuracy linear scales X,Y and Z axis, 50BT Taper with Komet ABS100 Quick Change. | 400,000 | Water damage to linear measuring systems and CNC control. Way covers should be removed disassembled, and rebuilt. Measuring system should be removed and replaced. Table should be removed and linear way bearings replaced. Machine should be reassembled, check and adjust gerometry, Laser track geometry, retest functions of machine, and new test cut. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 30,000 | 90,000 | 40,000 | 160,000 |
| 15 | 461 | WMW-Union CNC Horizontal Boring Mill, Floor Type | BFP 130 NC 355 | New 1993 | 12406 | 130mm (5-1/8") spindle, 63 Hp DC Spindle drive, w/ Heidenhain TNC355 control, touch probe ready, linear scales all axis, X-216", Y-118", Z-15" (column infeed), W-35.4", all axis CNC controlled. | 400,000 | Water damage to linear measuring systems and CNC control. Headstock filled with water, all bearings and gears water damaged. Drawbar motor water damaged. Ballscrew assemblies water damaged. Way covers should be removed disassembled, and rebuilt. Measuring system should be removed and replaced. Ballscrews should be removed and replaced. Machine requires complete disassembly. Column base should be relined, remachined and scraped to fit regrind of bedway. Rack bearing and pinion disassmbled, recut and reground. Headstock should be totally disassembled and all bearings and gears replaced. Spindle should be reground and re-nitrided. Machine should be reassembled, check and adjust gerometry, Laser-track geometry, retest functions of machine, and new test cut. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 80,000 | 250,000 150,000 | | 480,000 |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Lucas CNC Table-Type Horizontal Milling Machine | 441B | New 1976 | | GE Mark Century 2000 CNC Control, 48" x 86" table, X-60", Y-76", Z-60", W-19", with power rotary table. 4" dia. Spindle, 50 Taper, power drawbar, 1600 rpm, 20hp. | 120,000 | Water damage to way covers and linear ways. Water damage to linear measuring systems and CNC control. Headstock filled with water, all bearings and gears water damaged. Drawbar water damaged. Ballscrew assemblies water damaged. Way covers should be removed disassembled, and rebuilt. Measuring system should be removed and replaced. Ballscrews should be removed and replaced. Machine requires complete disassembly. Column base should be removed and linear ways reground. Column base should be relined, remachined and scraped to fit regrind of bedway. Headstock should be totally disassembled and all bearings and gears replaced. Spindle should be reground and re-nitrided. Machine should be reassembled, check and adjust gerometry, Laser track geometry, retest functions of machine, and new test cut. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 60,000 | 120,000 | 80,000 | 260,000 |
| 17 | Lucas CNC Table-Type Vertical Milling Machine | VM-4 | New 1978 | | GE Mark Century 2000 CNC Control, 40" x 60" table, X-60", Y-76", Z-60", W-19", with power rotary table. 4" dia. Spindle, 50 Taper, power drawbar, 1600 rpm, 20hp. | 160,000 | Water damage to way covers and linear ways. Water damage to linear measuring systems and CNC control. Headstock filled with water, all bearings and gears water damaged. Drawbar water damaged. Ballscrew assemblies water damaged. Way covers should be removed disassembled, and rebuilt. Measuring system should be removed and replaced. Ballscrews should be removed and replaced. Machine requires complete disassembly. Column base should be removed and linear ways reground. Column base should be relined, remachined and scraped to fit regrind of bedway. Headstock should be totally disassembled and all bearings and gears replaced. Spindle should be reground and re-nitrided. Machine should be reassembled, check and adjust gerometry, Laser track geometry, retest functions of machine, and new test cut. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 60,000 | 120,000 | 80,000 | 260,000 |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Schiess Gear Hobber | RF 30/40 | | 42882 | 177"dia., 117" dia. Table | Water damage linear ways and gibbs. Drivescrew assemblies water damaged. Drivescrews should be replaced. Column base linear ways reground. Column base relined, remachined and scraped to fit regrind of bedway. Headstock and column should be assembled. Machine should be reassembled, check and adjust geometry, Laser-track geometry, retest functions of machine, and new test gear cut to verify machine back to original capability. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 400,000 | 40,000 | 90,000 | 120,000 | 250,000 |
| 19 | Meuser Horizontal Boring with DRO | M110BF SEQ | | 45522 | 106" x 72" x 86" | linear measuring systems. Headstock filled with water, all bearings and gears water damaged. Drawbar water damaged. Measuring system should be removed and replaced. Column vertical ways, saddle and base should be reground. Headstock liners and table liners should be removed and replaced, remachined and scraped to fit regrind of column ways and bedway. Headstock should be totally disassembled and all bearings and gears replaced. Spindle should be reground and re-nitrided. Machine should be reassembled, check and adjust geometry, Laser-track geometry, retest functions of machine, and new test cut. Many of the components of this machine weigh in excess of 12.5 ton and require special rigging. | 150,000 | 20,000 | 80,000 | 50,000 | 150,000 |
| 20 | American Tool CNC Slant Bed Lathe | 66 0330 04 | | A01840 | Hyd. Tail Stock, 12 postion turret | Water damage to bed ways, hydraulic tailstock, and hydraulic chuck. Water damage to control. Turret and sadle should be removed. Bedway should be reground. Tailstock and bed should be relined to fit reground bedway. Control should be replaced. Hydraulic chuck should be replaced. Test cut should be made. | 40,000 | 10,000 | 70,000 | 15,000 | 95,000 |
| 21 | Landis Plain Cylindrical Grinder | 4RH PLAIN | | 819 55 | 14" x 96" | Water damage to bedways. Table should be removed and bed disassembled from other components. Way covers removed. Bedway reground. Bed relined and rescraped to match ground bed. Tailstock removed, relined and rescraped to match bed. Machine reassembled, repowered and checked out for accuracy with test cut. | 70,000 | 10,000 | 90,000 | 10,000 | 110,000 |
| 22 | | | | | | | | | | | |
| 23 | Granite Surface Block | | | | 72" x 144" | Table moved and releveled. Table cleaned and polished. Table releveled. Table checked with Laser-tracker. This table weighs in excess of 12.5 ton and requires special rigging. | 60,000 | 8,000 | 20,000 | 2,000 | 30,000 |
| 24 | | | | TOTAL | | | 2475000 | 505000 | 1152000 | 782000 | 2439000 |

APEC Equipment List

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | APEC Damaged Fabrication and Heat Treating Eq. | | | | 14-Jul-02 | | | |
| 2 | ITEM # | Description | Model Number | Serial Number | Description | Replacement | Description of Damage | Cost to Repair |
| 3 | 66 | Wells Horizontal Band Saw | 1270 | 1370 | | 10,000 | Water damage on electrical | 2,000.00 |
| 4 | 160 | Dreis & Krump Press Brake | 1012L | L 12895 | 12' Overall Width, 4" Stroke | 49,485 | Motor and motor control inudated with water | 5,000.00 |
| 5 | 195 | Cyril Bath Press Brake | 612 D | P 6078 | 14' Overall Width, 4" Stroke | 61,443 | Motor and motor control inudated with water | 7,000.00 |
| 6 | 272 | Cincinnati Shear | 6210 | 28116 | 3/4" cap. X 10' wide | 60,000 | Motor and motor control inudated with water | 7,000.00 |
| 7 | 393 | SMT Plate Bending Rolls | | 9743 | 1-1/2" x 14' | 80,000 | Motor and motor control inudated with water | 10,000.00 |
| 8 | 379 | Sauder Annealing Furnace | 7,500,000 BTU/HR | | 20' x 20' x 40' | 348,000 | Refractory and Control inudated with water. Saturation and collapse of refractory. Dismantle and special testing and disposal of old refractory materials. Remanufacture and erect new oven. | 435,000.00 |
| 9 | | APEC Stress Relieving Furnace | | | 24' x 24' x 18' | 120,000 | Refractory inudated with water. Saturation and collapse of refractory. Dismantle and special testing and disposal of old refractory materials. Remanufacture and erect new oven. | 215,000.00 |
| 10 | 380 | Overhead Bridge Crane | Crane Mfg. | 841 | 100 Ton, (2) 50 Ton Hoists | 250,000 | Control panels, hoists, resistor banks, shafting, bearings, brakes, wire hoisting rope, inudated with water. Crane must be removed and rebuilt and re-erected | 250,000.00 |

956,224

APEC Equipment List

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 11 | | Wright Crane | | | 15 Ton | 80,000 | Control panels, hoists, resistor banks, and power distribution bars inundated with water. Crane must be removed and rebuilt and re-erected | 80,000.00 |
| 12 | | Wright Crane | | | 5 Ton | 78,000 | Control panels, hoists, resistor banks, and power distribution bars inundated with water. Crane must be removed and rebuilt and re-erected | 78,000.00 |
| 13 | | Wright Crane | | | 10 Ton | 79,000 | Control panels, hoists, resistor banks, and power distribution bars inundated with water. Crane must be removed and rebuilt and re-erected | 79,000.00 |
| 14 | | | | | | | TOTAL FABRICATION & HEAT TREAT | |
| 15 | | | | | | | | 1,166,000.00 |

(193,924 [handwritten])

07/18/02 01:25pm P. 003

### Loss of Revenue Claim

APEC has consistently had revenues of $1,600,000 over the last three years. During the second quarter of 2002, concurrently with the casualty of water damage, APEC experienced a radical dropoff of sales. The sales for April through July amount to less than $70,000 where they should have been in the vicinity of $400,000. This is a net difference of $330,000 for second quarter.

### Interruption of Work, Damage to Work-In-Process

APEC has in process a number of contracts for Amtrak. Much of this work is for the rehabilitation of Pelham Bay Bridge and Niantic River Bridge. Many items which are already manufactured have been damaged by water and will need repair or replacement. It is estimated that the amount of repair and replacement is in excess of $400,000.

APEC has needed to redesign a machine which was in process due to production capabilities being damaged. This claim amounts to $56,000 for redesign and manufacturing in a different arrangement the Versa-Table Blade-Mill