# APEC™, American Process Equipment Company, Inc.

295 Lincoln Street, Route 3A
Hingham, Massachusetts 02043
Telephone (781) 749-9111
Fax (781) 749-9410
www.large-machining.com
e-mail neil@large-machining.com

- Page 1 of 1

## - FAX MESSAGE -

| | | |
|---|---|---|
| To | : | Mr. David Dwyer, Building 58 LLC |
| Phone | : | 781-749-6647 |
| Fax Phone | : | 781-740-0700 |
| From | : | Neil Andersen.   (781) 749-9111, ext. 121 |
| Date | : | 4/15/02 |
| No. of Pages | : | 1 (includes this cover page) |
| Reference | : | Building 58 LLC Roof Leaks |

Dave,

We experienced several leaks between Frame 11 and 12 during last nights rain storm which is causing a problem. Please advise when we can anticipate the repairs being performed as it is causing unsafe working conditions and damage to machinery and work in process.

If you have any questions please contact me at the above.

Very truly yours,

APEC™

Neil Andersen

Andersen
EXHIBIT NO. 19
SaR 11/16/04

B58 000400