781-749-9005                               P.01

# APEC™, American Process Equipment Company, Inc.

295 Lincoln Street, Route 3A
Hingham, Massachusetts 02043
Telephone (781) 749-9111
Fax (781) 749-9410
www.large-machining.com
e-mail neil@large-machining.com

02042601 . Page 1 of 1

## - FAX MESSAGE -

| | |
|---|---|
| To | : David Dwyer, Building 58 LLC |
| Phone | : 781-749-6647 |
| Fax Phone | : 781-740-0700 |
| From | : Paul X. O'Neill, Jr.    (781) 749-9111, ext 111 |
| Date | : 4/26/02 |
| No. of Pages | : 1 |
| Reference | : Roof Leaks |

Dear Dave,

We are continuing to experience massive leaks in the factory. We had deluge on April 22, 2002 and again last night. All of our efforts to mitigate damage to our equipment and work in process is thwarted by your inattentiveness to the repair of the roof.

Sincerely,
American Process Equipment Co., Inc.

Paul X. O'Neill, Jr.

Andersen
EXHIBIT NO. 20
SAR 11/16/04

B58 000397