**Pyramid Rebuild & Machine**

From: &lt;dan@prestigeequipment.com&gt;
To: &lt;jiml@pyramidrebuilders.com&gt;
Sent: Friday, April 22, 2005 12:24 PM
Subject: 196" Niles Vertical Boring Mill



*Similar to Betts and Niles Vertical Boring Mills.*

# PRESTIGE
## EQUIPMENT CORPORATION

sales@prestigeequipment.com          Telephone: 631-249-5566

April 22, 2005

Pyramid Rebuild & Machine
Jim Leigh
P.O. Box 206
Randolph, OH 44265

Reference #13255

196" Niles Vertical Boring Mill
Age 1951 Rebuilt 1994 New Electrics
Model: F7 (Adjustable Rail)
Serial Number: 23680

(2) Swivelling Rams

```
Table Diameter ......................... 196"
Maximum Swing .......................... 198"
Maximum Height Under Rail .............. 156"
Maximum Height Under Tool Holders ...... 144"
Ram Stroke ............................. 84"
Ram Swivel ............................. +/- 30 Degrees
Table Thickness ........................ 19.75"
Table Speeds: (2-Ranges) ............... .72-25 RPM
Feeds: (16) ............................ .005" to 1.00 IPR
Table Weight Capacity .................. 125 Tons
```

Equipped With:
Pendant Controls
2-Swivel Rams (Octagon)
Digital Readout On 1-Ram
15 HP Elevating Rail Motor
100 HP Table Drive

\* Inspect In Mid-West Plant. Complete Rebuild
   In 1994 Including Re-Working All Way Surfaces
   Table Bearings. Condition Is Excellent.

5/22/2005

Price: $195,000.00

To change your mailing preferences CLICK HERE





5/22/2005