**MACHINETOOLS.COM**
THE METALWORKING MARKETPLACE

Home | Add Your Company | Sell Machines | Advertise | Contact Us
MACHINES  TOOLING & ACCESS  AUCTIONS  WANTEDS  COMPANIES  JOB BOAR

Keyword or ID#    [Search]

◉ Begins with  ○ Any Words
Search Tip | What is ID?

*Similar to Comet Mill*

● **MACHINES - METALWORKING, FABRICATING AND MORE**

**MACHINES:**
By Type / By Manufacturer
Recently Added Machines
Used Machinery Dealers
New Machinery Builders
New Machinery Distributors
Sell Your Machines or ( Login )

All Machines/Tooling ▷ All Machining Centers & Mills ▷ All Millers, Vertical

**Item Information**
- ID #: 70429
- Class: USED
- Type: MILLERS, VERTICAL
- Manufacturer: ACER
- Model: 3VK
- Serial #: 950855
- Price: 9000.00 Request Quote/Info
- Return Policy: 30-Day
- Year: 1995

Show Specs in Metric

- Table-W: 10 "
- Table-L: 50 "
- Power: 3 HP
- Travel-Long: 34 "
- Travel-Cross: 16 "
- RPM: 60-4200
- Taper: R-8

Description:
servo power feed x & y axis
kurt power drawbar
kurt 6" vise with swivel base
koolmist
newall sapphire digital readout
2 machine lights
table covers
way covers
chip shield
bed stop
vise stop
all manuals
2 drill chucks
8 collets
5-c collet fixture

this machine is extra clean and in



**SELL**
your machines or tooling

**ADD YOUR COMPANY**
for free

**LOGIN**



2 BROTHERS TRUCKING
(888) 842-2767