UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 04-10736 (NMG) |

**SUPPLEMENT TO THE JOINT PRE-TRIAL MEMORANDUM**

Pursuant to Local Rule 16.5 of the United States District Court, District of Massachusetts, the parties hereby supplement the pre-trial memorandum as follows:

**2.   Facts Established by the Pleadings or By Stipulation**

e.   The policy limits available under the policy are $3,150,000 for property damage and $1,500,000 for business interruption.

**10.   Witnesses**

Plaintiff's Witnesses

In addition to the witnesses identified in the Pre-Trial Memorandum, APEC expects to call Brenda Stoy O'Neill, Stoy Machine & Gear, Inc., 3088 Interstate Parkway, Brunswick, OH 44212 as a witness at trial.

BOST1-873628-1

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| PLAINTIFF,<br>AMERICAN PROCESS EQUIPMENT<br>COMPANY, INC.,<br>By its attorneys, | DEFENDANT,<br>ATLANTIC MUTUAL INSURANCE<br>COMPANY,<br>By its attorneys, |
| /s/ Noah Rosmarin<br>David L. Kelston, BBO #267310<br>Noah Rosmarin, BBO #630632<br>ADKINS, KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Fifth Floor<br>Boston, MA  02114<br>(617) 367-1040 | /s/ Nancy M. Cremins<br>John E. Tener, BBO #563791<br>John R. Bauer, BBO #630742<br>Nancy M. Cremins, BBO #658932<br>ROBINSON & COLE, LLP<br>One Boston Place<br>Boston, MA  02108<br>(617) 557-5900 |

Dated:   November 18, 2005