

**Machinery Inc.**
**Machinerie Inc.**

# Buy & Sell Heavy Machine Tools WorldWide

Monday, February 07, 2005

ATTN: MR. Paul O'Neill
    PH: 781-373-3800 FAX: 781-735-8126

Dear Mr. O'Neill,

We are pleased to offer the following for your consideration:

Category : Rolls, Plate Bending

Stock ref. : #1125 ( SEE PHOTOS ON OUR WEB SITE!!! )

1.625" x 15'2" BERTSCH PINCH TYPE PLATE BENDING ROLL (3 ROLLS)
(15'2 on tread, 15'4" between frame with (3) x 25" diameter forged steel rolls, capacity in mild steel)

MANUFACTURER: BERTSCH (MADE IN USA)
MODEL: #24
S/N: M-8405 YEAR: 1954
DIAMETER OF ALL ROLLS: 25"

Machine built and equipped with Bertsch Automatic drop hinge to remove formed shells, hand adjustment to the lower front pinch roll, cut semi-steel main drive spur gears, except the feed pinions which are cast steel, shrouded and mounted taggering in tandem to insure smooth uniform motion of the forging, heavy pressure poured type journal bearings, structural sttel base, arranged for power adjustment to the rear roll, taking power from the main drive motor thru a multiple disc friction clutch, the shells formed to be uniform diameter over their entire length with uniform opening at the longitudinal butt joint, and to be as nearly true round as can be rolled, without motor, approximate weight 182,000 lbs.

APPROX. WEIGHT(FROM BERTSCH): 182,000 LBS
OVERALL DIMENSIONS:
  -LENGTH: 312"
  -WIDTH: 159" OR 123" IF WE REMOVE THE BIG GEAR
  -HEIGHT: 134"

The pressure required to form a plate varies with the ultimate tensile strength of the material being rolled. In addition, a heavier load is required to form the same plate to medium or large diameter.

---

835 PLACE MONTBERT, SHERBROOKE, QUÉBEC ( CANADA ) ♦ J1G 5E8
TEL.:(819)346-2369 FAX:(819)346-5217♦(909)752-9064♦(309)419-3062
WEB SITE:HTTP://WWW.1MACHINERY.COM/
E-MAIL:SALES@1MACHINERY.COM



**Machinery Inc.**
**Machinerie Inc.**

## Buy & Sell Heavy Machine Tools WorldWide

In view of the above, we submit capacity charts for this machine for mild steel and steel having high tensile, giving full length boiler and pipe duty ratings for both materials, and giving short thick boiler duty ratings only for both materials.

CHART CAPACITY:
MATERIAL HAVING 60,000 PSI OR LOWER ULTIMATE TENSILE STRENGTH:

1-5/8" x 15' to 144" and larger dia. in one pass,
1-5/8" x 15' from 144" to 33" I.D. in several passes.
1-5/16" x 15' and lighter to 26.5" I.D. and larger in one pass.
1-3/4" x 124" DITTO
2" x 80" "
2.5" x 45" "
3" x 30" "
3.5" x 20" "
4" x 15" "

CAPACITIES FOR GRADE A-212 HIGH TENSILE PLATE, OR MATERIAL HAVING 84,000 PSI OR LOWER ULTIMATE TENSILE STRENGTH:
1-3/8" x 15' to 144" and larger dia. in one pass,
1-1/2" x 110" DITTO
1-5/8" x 86" "
1-3/4" x 70" "
1-7/8" x 59" "
2" x 50" "
2-1/4" x 38" "
2-1/2" x 30" "
2-3/4" x 24" "
3" x 20" "
3-1/2" x 14" "
4" x 11" "

Any of the above from 144" to 35" I.D. in several passes, 1-1/16" x 15' and lighter to 27" I.D. and larger in one pass.

---

835 PLACE MONTBERT, SHERBROOKE, QUÉBEC ( CANADA ) ♦ J1G 5E8
TEL.:(819)346-2369 FAX:(819)346-5217♦(909)752-9064♦(309)419-3062
WEB SITE:HTTP://WWW.1MACHINERY.COM/
E-MAIL:SALES@1MACHINERY.COM

11-21-05  18:11  From-ADKINS KELSTON & ZAVEZ PC  6177428280  T-468  P.28/30  F-319
02/07/2005  16:58  819-346-5217  MACHINERY INC.  PAGE  03

Case 1:04-cv-10736-NMG  Document 24-2  Filed 11/21/2005  Page 3 of 29



**Machinery Inc.**
**Machinerie Inc.**

## Buy & Sell Heavy Machine Tools WorldWide

PRICE: $85,000.00 USD EXW QUEBEC, CANADA

*This item is subject to prior sale or may be removed from availability without any notice.

Best Regards,

Stéphane Gourde

835 PLACE MONTBERT, SHERBROOKE, QUÉBEC ( CANADA ) ◆ J1G 5E8
TEL.:(819)346-2369 FAX:(819)346-5217◆(909)752-9064◆(309)419-3062
WEB SITE:HTTP://WWW.1MACHINERY.COM/
E-MAIL:SALES@1MACHINERY.COM

Wed 09 Feb 2005 02:38 PM    *Prestige Equipment*    631-249-9494    Page 01



**Dealers in Quality Used Metalworking Machinery**

# PRESTIGE Equipment Corporation

35 Pinelawn Road, Melville, NY 11747
Tel: 631-249-5566 • Fax: 631-249-9494

http://www.prestigeequipment.com
email:sales@prestigeequipment.com

February 9, 2005

PROPOSED TO

Stoy Machine & Gear
Doug Sewell
3088 Interstate Parkway
Brunswick, OH 44212

We are pleased to offer the following, subject to prior sale and condition at left, for immediate acceptance    Reference #13425

**CONDITIONS OF SALE**

**TERMS:** Cash or check with order, unless otherwise stated. **WARRANTY.** The goods described herein are preowned used goods and are offered "as is," unless otherwise noted herein. Seller makes no warranties of any kind whatsoever, expressed or implied., OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. All specifications and descriptions of said goods are approximate only. It is the Buyer's responsibility to inspect the goods and ascertain if the specifications, description, and condition of the goods conform to Buyer's requirements.

**MACHINE AND SAFETY:**
Buyer acknowledges that the goods described herein are preowned used goods which were neither designed nor manufactured by the Seller, nor has the Seller knowledge of or control over the prior use or misuse of said goods; nor does the Seller have knowledge of or control over the future application of these goods by the Buyer; it is the Buyer's [users] responsibility to provide proper safety devices, equipment and instructions for any particular use and to take all necessary steps to conform to all federal, state or local government safety standards and including OSHA.

**INDEMNIFICATION:** User agrees to indemnify and hold harmless Seller of and from any and all claims and liabilities from accidents involving these machines caused by failure of user, his employees, or agents to follow instructions, warnings, or recommendations available from the original manufacturer, or by failure of user to comply with Federal, State and Local laws applicable to such equipment including the Occupational Safety and Health Act of 1970.

SCHIESS Heavy-Duty Universal Gear Hobber
Serial No.: 446006, Age: 1974
Model: F40/60S-90

Suitable for Cutting External Spur & Helical Gears, Pinions,
Splines & Other Workpieces of Similar Profile up to 360" Pitch Diameter
with 90" Face Width.

MAIN MACHINE - EXTERNAL GEARS:
Gear Diameter to Be Hobbed, Max. .... 360"
GEAR DIA. TO BE CUT IN ACCORDANCE w/ GRADE A:
    Of BSA 1498: 1954 ................ 169-5/16"
    Min. Gear Diameter To Be Cut ..... 55"
    Max. Helix Angle Produced ........ 45 Degree
    Max. DP Produced By Hobs ......... 1 DP
FACE WIDTH OF GEARS PRODUCED
    Max. Hob Saddle Travel .......... 90"
    Max. Table Load Capacity ........ 100 Tons
    Hob to Table Center Distance .... 28"
    Outside Table Diameter .......... 173"
    Table Spindle Bore Diameter ..... 39.37"
    Max. Hob Diameter ............... 13.40"
    Hob Spindle On Spline Shank, OD .. 5.12"
    Hob Spindle Front Bearing Dia. .. 5.71"
    Hob Spindle Bored (Metric Taper) . 80
    Hob Spindle Speeds .............. 9-100 RPM
HOB SADDLE FEED WHEN HOBBING
    (Per Table Revolution) ...... 0.0047"-0.240"
    Column Feed (Per Tbl. Rev.) . 0.0098"-0.4921"
    Number of Feeds ................. 18
    Rapid Traverse of Hob Saddle ..... 7.009 IPM
    Rapid Traverse of Column ........ 14.17 IPM
    Table Speed (For Setting) ..... 0.16-0.6 RPM
    Main Drive Motor ................ 33 HP
    Rapid Traverse Motor ............ 15 HP
    (2) Coolant Pump Motors ......... 2 HP
    Lube Oil Pump Motor ............. 5.4 HP

EQUIPPED WITH:

  

You have received this fax because of a previous inquiry you made. If you do not wish to receive further faxes regarding this type of equipment, please call or fax us at the above numbers.

http://www.prestigeequipment.com

11-21-05 18:10 From-ADKINS KELSTON & ZAVEZ PC 6177428280 T-468 P 16/30 F-319
Wed 09 Feb 2005 02:38 PM    Prestige Equipment    631-249-9494    Page 02

Case 1:04-cv-10736-NMG    Document 24-2    Filed 11/21/2005    Page 5 of 29



**Dealers In Quality Used Metalworking Machinery**

# PRESTIGE Equipment Corporation

35 Pinelawn Road, Melville, NY 11747
Tel: 631-249-5566 • Fax: 631-249-9494

http://www.prestigeequipment.com
email:sales@prestigeequipment.com

PROPOSED
TO

We are pleased to offer the following, subject to prior sale and condition at left, for immediate acceptance.

**CONDITIONS OF SALE**

TERMS: Cash or check with order, unless otherwise stated.
WARRANTY: The goods described herein are preowned used goods and are offered "as is," unless otherwise noted herein. Seller makes no warranties of any kind whatever, expressed, or implied,, OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE All specifications and descriptions of said goods are approximate only. It is the Buyer's responsibility to inspect the goods and ascertain if the specifications, description, and condition of the goods conform to Buyers requirements.

MACHINE AND SAFETY: Buyer acknowledges that the goods described herein are preowned used goods which were neither designed nor manufactured by the Seller, nor has the Seller knowledge of or control over, the prior use or misuse of said goods nor does the Seller have knowledge of or control over the future application of these goods by the Buyer.It is the Buyer's (user's) responsibility to provide proper safety devices, equipment and instructions for any particular use and to take all necessary steps to conform to all federal, state or local government safety standards and including OSHA.

INDEMNIFICATION: User agrees to indemnify and hold harmless Seller of and from any and all claims and liabilities from accidents involving these machines caused by failure of user, his employees, or agents to follow instructions, warnings or recommendations available from the original manufacturer or by failure of user to comply with Federal, State and Local laws applicable to such equipment including the Occupational Safety and Health Act of 1970.

* Massively Proportioned Machine Main Base, Slideways & Hob Column
* Hob Saddle w/Adjustable Bronze Gib Strips w/Precision Feed Screw
  w/Built-In Backlash Eliminating Feature
* Duplex Worm Drive Swivel Hob Head Providing Higher Transmission Rat
  Output Stage, & Quieter, Smoother Operation w/Axial Adjustment For
  Reducing Backlash
* Double Worm Drive To Work Table w/SCHIESS Patented Master Worm Wheel
  Design (Straight Spur Steel Coarse Pitch Indexing Wheel, Bronze Mas
  Worm-Gear For Finishing)
* Duplex Indexing Worms
* Hydraulic, Self-Regulating Table Load Relief
* Infinitely Variable Feeds, Changeable Under Cutting
* Power Forced Lubrication System For All Slideways, Bearings & Gear
  Meshing Points w/Special Easy Change-Over Filter & Monitored Optica
  Acoustic Warning Signals
* Differential Mechanism For Cutting Helical Gears,. Including Helical
  w/Large Prime Numbers Of Teeth
* Variable Speed DC Main Drive Motor w/Reversible Three-Phase Motor Fo
  Rapid Traverse Movements
* Full Complement Of Electics (Motor/Controls), Buss-Ducting, Electric
  Switch-Gear Cabinet, Operator's Control Station/Desk w/Push Buttons
  Machine Inching Motions, Set Up, & Fault Lamp Indication For Lube A
  Coolant Failure
* Operator's Moveable Hand Held Pendant Control
* Complete Coolant Plant, Pump, Tank & Piping w/Magnetic Chip Conveyor
  Discharge Tub
* Large Assortment Of Change Gears For Index, Differential, Including
* Large Assortment Of Hob Arbors
* Miscellaneous Wrenches, Spanners, Operator's Tools
* Operator's Manual, Wiring & Hydraulic Diagrams, Foundation Drawings,

Price: $379,500.00
       SCHIESS Heavy-Duty Universal G
       ear Hobber

  

http://www.prestigeequipment.com



**Dealers in Quality Used Metalworking Machinery**

# PRESTIGE Equipment Corporation

35 Pinelawn Road, Melville, NY 11747
Tel: 631-249-5566 • Fax: 631-249-9494

http://www.prestigeequipment.com
email:sales@prestigeequipment.com

PROPOSED
TO

We are pleased to offer the following, subject to prior sale and condition at left, for immediate acceptance.

## CONDITIONS OF SALE

TERMS: Cash or check with order unless otherwise stated.
WARRANTY: The goods described herein are preowned used goods and are offered "as is," unless otherwise noted herein. Seller makes no warranties of any kind whatever, expressed, or implied.. OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE All specifications and descriptions of said goods are approximate only. It is the Buyer's responsibility to inspect the goods and ascertain if the specifications, description, and condition of the goods conform to Buyer's requirements.

MACHINE AND SAFETY: Buyer acknowledges that the goods described herein are preowned used goods which were neither designed nor manufactured by the Seller, nor has the Seller knowledge of or control over the prior use or misuse of said goods; nor does the Seller have knowledge of or control over the future application of these goods by the Buyer.It is the Buyer's [users] responsibility to provide proper safety devices, equipment and instructions for any particular use and to take all necessary steps to conform to all federal, state or local government safety standards and including OSHA.

INDEMNIFICATION: User agrees to indemnify and hold harmless Seller of and from any and all claims and liabilities from accidents involving these machines caused by failure of user, his employees, or agents to follow instructions, warnings, or recommendations available from the original manufacturer or by failure of user to comply with Federal, State and Local laws applicable to such equipment including the Occupational Safety and Health Act of 1970.

Sincerely,
Scott Linzer

  

http://www.prestigeequipment.com

From:   Stéphane & Ray Gourde [SALES@1MACHINERY.COM]
Sent:   Monday, February 07, 2005 3:37 PM
To:   wvpx@aol.com
Subject: QUOTE #1125 - 1.625" x 15'2" BERTSCH PINCH TYPE PLATE BENDING ROLL (3 ROLLS)



Machinery Inc.
Machinerie Inc.

835 Place MontBert
Sherbrooke, Quebec(Canada)
J1G 5E8

Phone : (819) 346-2369

Fax :   (819) 346-5217
        (909) 752-9064 ( Los Ange
        (309) 419-3062 ( Peoria, Il

Email :   sales@1machinery.com

Web Site :  http://www.1machinery

PAUL ONEIL

Dear Sir,

We are pleased to offer the following for your consideration:

Category : Rolls, Plate Bending

Stock ref. : #1125

1.625" x 15'2" BERTSCH PINCH TYPE PLATE BENDING ROLL (3 ROLLS)
(15'2" on tread, 15'4" between frame with (3) x 25" diameter forged steel rolls, capacity in mild steel)

MANUFACTURER: BERTSCH (MADE IN USA)
MODEL: #24
S/N: M-8405 YEAR: 1954
DIAMETER OF ALL ROLLS: 25"

Machine built and equipped with Bertsch Automatic drop hinge to remove formed shells, hand adjustment to the lov
front pinch roll, cut semi-steel main drive spur gears, except the feed pinions which are cast steel, shrouded and mot
taggering in tandem to insure smooth uniform motion of the forging, heavy pressure poured type journal bearings,
structural sttel base, arranged for power adjustment to the rear roll, taking power from the main drive motor thru a
multiple disc friction clutch, the shells formed to be uniform diameter over their entire length with uniform opening
the longitudinal butt joint, and to be as nearly true round as can be rolled, without motor; approximate weight 182,0

APPROX. WEIGHT(FROM BERTSCH): 182,000 LBS

OVERALL DIMENSIONS:
-LENGTH: 312"
-WIDTH: 159" OR 123" IF WE REMOVE THE BIG GEAR.
-HEIGHT: 134"

The pressure required to form a plate varies with the ultimate tensile strength of the material being rolled. In additi
a heavier load is required to form the same plate to medium or large diameter.

In view of the above, we submit capacity charts for this machine for mild steel and steel having high tensile, giving fu
length boiler and pipe duty ratings for both materials, and giving short thick boiler duty ratings only for both mater

3/8/2005

1-5/8" x 15' to 144" and larger dia. in one pass,
1-5/8" x 15' from 144" to 33" I.D. in several passes,
1-5/16" x 15' and lighter to 26.5" I.D. and larger in one pass.
1-3/4" x 124" DITTO
2" x 80" "
2.5" x 45" "
3" x 30" "
3.5" x 20" "
4" x 15" "

CAPACITIES FOR GRADE A-212 HIGH TENSILE PLATE, OR MATERIAL HAVING 84,000 PSI OR LOWER STRENGTH:
1-3/8" x 15' to 144" and larger dia. in one pass,
1-1/2" x 110" DITTO
1-5/8" x 86" "
1-3/4" x 70" "
1-7/8" x 59" "
2" x 50" "
2-1/4" x 38" "
2-1/2" x 30" "
2-3/4" x 24" "
3" x 20" "
3-1/2" x 14" "
4" x 11" "

Any of the above from 144" to 35" I.D. in several passes, 1-1/16" x 15' and lighter to 27" I.D. and larger in one pass.

PRICE: $85,000.00 USD LOCATION: QUEBEC

*This item is subject to prior sale or may be removed from availability without any notice.

Best Regards,

Stiphane Gourde

sales@1machinery.com

Show me the machine

** To save full size picture, position the cursor on the thumbnail photo then right click and select

   

3/8/2005



3/8/2005

From:        Janet Czekaj [janet@gchmachinery.com]
Sent:        Friday, February 04, 2005 10:40 AM
To:          Paul O'Neill
Subject:     G.C.H. Machinery

      

852-78 Landis    1P5H2U-3 CINCI    apec 16 x 96 cinci    apec 18 x 120
18x120.jpg (27 K...  16x96.jpg (192 ...  plain 1p5h2...    landis plain 852...

                                          February 4, 2005

Attn:  Paul O'Neill

Per your e-mail request please find attached two (2) quotations on our Cincinnati & Landis
Plain Cylindrical Grinders along with photos.

If you need any further information please don't hesitate to call or fax.

Also, will you please either e-mail or fax us back your company's fax number for our
records. Thank you for your anticipated cooperation to this request.

Sincerely,

Jeff Haines
GCH Machinery Division
13301 E. 8 Mile Road
Warren, MI 48089-3238
(586) 771-1500  Fax (586) 771-5958
www.gchmachinery.com
E-mail: janet@gchmachinery.com

JH/jc

1





February 4, 2005                                    Ref:UEDG4706

APEC
wvpx@aol.com

ATTN:  Paul O'Neill


## 16" x 96" CINCINNATI PLAIN HYDRAULIC CYLINDRICAL GRINDER

### S/N 1P5H2U-3


### STANDARD SPECIFICATIONS

Maximum swing over table........................... 16 15/16"
Nominal distance between centers................... 96"
Swivel table graduated (towards wheelhead)
to angle of....................................... 6°
Swivel table graduated (away from wheelhead)
to angle of....................................... 2°
Swivel table graduated (towards wheelhead)
taper per foot.................................... 2 3/4"
Swivel table graduated (away from wheelhead)
taper per foot.................................... 1"
Diameter of spindle in grinding wheelhead......... 3 5/8"
Standard size grinding wheel...................... 30" x 4" x 12"
Taper hole in headstock and footstock spindles.... No. 12 B & S
Range of work rotation speeds..................... 50 to 170 RPM
Range of table traverse rates..................... 3 to 220 IPM
Table tarry adjustment............................ 0 - 5 seconds
Hand table traverse-rate per revolution
of handwheel...................................... 1"

Page 2

## 16" x 96" CINCINNATI PLAIN HYDRAULIC CYLINDRICAL GRINDER

### S/N 1P5H2U-3

**EQUIPPED WITH**
Hydraulic table
30" x 4" x 12" Wheel capacity
Pick feed
Vari-speed workhead
Lever operated tailstock
Table jog
Table dresser
Slant table

**MOTORS & CONTROLS**
20 HP 220/440/3/60
Free standing electrical panel

**OVERALL DIMENSIONS**
84" x 290" (not including coolant tank)
18,775 lbs. approximate weight

**Specifications are deemed accurate, however, subject to
verification or prior to sale.**

Price:   reconditioned   $55,000.00

F.O.B.   our warehouse

Terms:   1/3 down with order/balance prior to shipment

Jeff Haines/jc

February 4, 2005                                             Ref: UEDG4706

APEC
wvpx@aol.com

ATTN:   Paul O'Neill


## 18 X 120 LANDIS MODEL #4R CYLINDRICAL GRINDER

S/N 852-78     Year: 1975


### STANDARD CATALOG SPECIFICATIONS
Nominal work swings................................. 18"
Maximum work swing over table...................... 18/31/32"
Nominal distances between work centers ........... 120"
Minimum diameter wheel to grind zero diameter work on centers on
straight wheel head machines ............  . . . .  20"
Coolant tank capacity ............................ 55 gallons
Hydraulic tank capacity .......................... 22.5 gallons

### WORK CARRIAGE
Traverse speed (in/min) 96" - 120" lengths ....... 2 to 144
Traverse speed per turn off
Hand wheel:
Slow ............................................ 0.100"
Fast ........................................ 0.500" (96" - 120")
Work rest capacity ............................... 1/2" to 7"

### WHEELHEAD AND WHEELFEED
Grinding wheel size. . . . . ................... 30" x 5" x 12"
Grinding wheel spindle speeds .................... 800/964 RPM
Grinding wheel minimum diameter worn wheel ........ 20"
Hydraulic rapid infeed - straight
Wheel head machine: Maximum standard ............. 3 1/2"
                    Minimum standard ............. 3/4"

Page 2

## 18 X 120 LANDIS MODEL #4R CYLINDRICAL GRINDER

S/N 852-78     Year: 1975

### HEAD STOCK AND FOOT STOCK

Work centers. . . . . . . . . . . . . . . #14 Jarno
Foot stock center movement by. . . . . . Lever & handwheel
Head stock work speeds (dead spindle). . 50-80-125-200 RPMS
                       (live spindle). . 54-101-188-350 RPMS

### ELECTRIC MOTORS

Wheel motor. . . . . . . . . . . . . . . 15 HP
Head stock motor. . . . . . . . . . . . . 1 HP

### EQUIPPED WITH

Head stock with dead center vari-speed
Tail stock
Hand table position
Tarry left & right
Wheel guard mounted "Truform" truing
Traverse reverse lever
Start stop lever
Infeed control lever
Two speed hand reverse
Traverse rate valve

**Specifications are deemed accurate, however, subject to
verification or prior sale.**

Price:   as is - $45,000.00
         reconditioned - $89,500.00

F.O.B.   our warehouse

Terms:   1/3 down with order/balance prior to shipment

Jeff Haines/jc

**From:**    Rod604@aol.com
**Sent:**    Monday, February 07, 2005 3:03 PM
**To:**      Wvpx@aol.com
**Subject:** Americam 54" x 120" CNC Straight Bed Engine Lathe

Feb. 7, 2005

Attention: Mr. Paul O'Neal

We are pleased to offer the following used lathe to your company.

American 54" x 120" CNC Straight Bed Engine Lathe

Model No.   5035
Year Mfg.   1982
Swing Over Bed Ways is 54" Diameter
Swing Over Cross Slide is 35" Diameter
Spindle Speeds are 5 to 750  R. P. M.
Spindle Hole is 3" Diameter
Main Motor is 75 H. P.  460/3/60
Turning Lenght is 108" Max.
Bed Width is 40"
Equipped With:
Bendix Dynapathe 5 CNC Controls
28"   4 Jaw Chuck
12" Square Tool Holder with 12 Indexes
Hardened and Ground Bed Ways
Chip Pan and Coolant System
Machine Weight is approx. 44,800 Lbs.
F. O. B.  Titusville, Fl.
Price -----------$ 59,500.00   ( Very Nice / From Aerospace )
Sincerely;
Rodgers Machinery Co., Inc.
Phil R. Rodgers, Pres.

See Attached Photo

3/8/2005



**From:** Paul Barnhardt [barnhardtp@dynapath.com]
**Sent:** Monday, February 07, 2005 5:39 PM
**To:** Paul Oneil
**Subject:** FB-18 Quote

  

FB-18-D.DOC (146    FB18-Specifications
KB)                 -revC.pdf (...

                        Paul,

Attached is the quote for the FR-18 lathe.

Please let me know if you have any questions.

Best regards,

Paul Barnhardt
CNC Sales Manager

DynaPath USA
29108 Lorie Lane
Wixom, MI 48393
Phone:  248-488-0440
Fax:    248-488-0430
http://www.dynapath.com/

1

# Precision CNC Machine Tools

## QUOTATION

| | |
|---|---|
| **Date:** | 3/8/2005 |
| **Ref. No.:** | |
| **Page:** | 1/4 |

| MODEL | DESCRIPTION | QTY. | UNIT PRICE |
|---|---|---|---|
| FB-18 | Flat Bed Lathe | 1 | $42,435. |
| Literature | | | |

18" Swing / 40" Between Centers / (option 59" ) / Large 3.07" Spindle Bore and 10" Strong Chuck are Standard. Full power at low speeds, excellent for large chucking and long shaft work. Equipped With A DynaPath Delta 2000T CNC Control, 12" Color LCD, AC Servo Axis Motors, 7.5 HP Spindle Motor and Standard Machine Tool Accessories with Manuals.

| STANDARD FEATURES | |
|---|---|
| DynaPath Delta 2000 PC Based / Pentium / CNC Control with Standard Features | Std |
| 12 inch Color LCD | Std |
| Interpolated Graphics | Std |
| 3.5" Floppy Disk Drive for Part Program Storage | Std |
| Hard Disk Drive for Downloading Large Files | Std |
| Menu Driven Conversational & EIA "G" Code Programming | Std |
| Reference and Overtravel Limit Switches | Std |
| Automatic Lubrication System | Std |
| Precision Ground Ballscrews | Std |
| Flood Coolant with Operation Controlled by M Function | Std |
| Full Enclosure Splash Guard | Std |
| Removable Chip Pan | Std |
| Work Light | Std |
| Hardened and Ground Slideways | Std |
| Telescopic Steel Slide Way Covers | Std |
| Dual Electronic Handwheels | Std |
| Joy Stick for Jogging | Std |
| Tailstock | Std |
| "T"-Slotted Topside | Std |
| 3 Range Geared Head | Std |
| 7.5 HP Spindle w/ Constant Surface Speed | Std |
| 10 " 3 Jaw Chuck (Strong Brand) / D1-8 Spindle Nose | Std |

| CAPACITY | |
|---|---|
| Max Swing | 18 |
| Distance Between Centers  (2 Models) | 39  59 |
| Swing Over Cross Slide | 10.16 |
| Center Height | 8.86 |
| Spindle Bore  (Option) | Std-3.07  (4.28) |
| | |
| TRAVEL | |
| "Z" Axis travel | 33.46 / 53.15 |
| "X" Axis travel | 8.26 |
| | |
| SPINDLE HEAD | |
| Spindle Motor  (Option) | 7.5 HP  (10HP) |
| Spindle Speeds Variable  (Option) | 95 to 2500  (95 to 3000) |
| Spindle Transmission | 3 Gear Ranges |
| Spindle Nose   (option) | D1-8  (D1-6) |
| | |
| TOOLING SYSTEM | Optional |
| Turret Type | Electric |
| Number of Stations | 4  8 |
| | |
| TAILSTOCK | |
| Tailstock Quill Diameter | 2.68 |
| Tailstock Quill Stroke | 5.0 |
| Tailstock Quill Taper | MT4 |
| | |
| AXIS MOTORS | |
| AC Brushless Servo Motors w/ Integral Encoder | |
| | |
| RAPID TRAVERSE | |
| "Z" Axis | 197 ipm |
| "X" Axis | 197 ipm |
| | |
| GENERAL INFORMATION | |
| Shipping Weight | 4975 LBS  5440 LBS |
| Total Power Consumption | 13KVA |

| FB-18 | Flat Bed Lathe | $42,435. |
| | | $45,800. |

## ▽ Optional Accessories

| MACHINE OPTIONS | | PRICE |
|---|---|---|
| **MODELS WITH LARGER DISTANCE BETWEEN CENTERS** | | |
| Model FB-18x39 | | 42,435 |
| Model FB-18x59 | | 45,800 |
| 3-Jaw 8" Chuck to replace 10" 3-Jaw Chuck | (Special Order) | N/C |
| 4-Jaw Independent Chuck | | 1,025 |
| Smaller Spindle Bore / to Achieve Higher Spindle RPM | (Special Order) | N/C |
| Manual Collet Closer | | 1,595 |
| Pneumatic Collet Closer | | 4,215 |
| Steady Rest | | 500 |
| Follow Rest | | 500 |
| Face Plate | | 250 |
| Manual 4 Way Tool Post | | 835 |
| Electronic 4 Way Tool Post (Taiwan Manufacturer) | | 2,125 |
| Electronic 4 Way Tool Post (Barruffaldi) | | 7,790 |
| Auto 8 Position Turret | | 7,625 |
| Bar Feeder (SYMCO Brand) | | 10,920 |
| Chip Conveyor | | 4,530 |
| Chip Bucket | | 280 |
| High Pressure Wash | | 775 |
| 10 HP to Replace 7.5 HP Spindle | | 2,025 |
| | | |
| **CONTROL OPTIONS** | | |
| Buffered Input | | Std |
| Conversational Programming Graphics | | Std |
| Part Program Expansion to 448K | | Std |
| Part Program Expansion to 896K RAM | | 995 |
| Part Counter | | 200 |
| RS-422 Serial Port in place of RS-232 Port | | 515 |
| Customer Prepared Cycles (user macros) | | 715 |
| Probing - Includes Servo Transducer Card (4204303) | | 4,490 |

**29108 Lorie Lane • Wixom MI 48393 • 248.488.0440 • 248.488.0430 fax**
**www.dynapath.com**

FB-18-D.DOC
Confidential                          Page 3                          April 2004

## TERMS AND CONDITIONS OF SALE

1) DynaPath® reserves the right to modify the design and specifications of its product and software without notice.

2) Prices quoted are subject to review. Quotations based upon incomplete information or inaccurate specifications furnished by buyer are subject to change to reflect any increase or decrease in price.

3) Quotations are valid for thirty (30) days; thereafter, prices subject to change without notice.

4) Please confirm prices at time of order. Quotations are subject to change to reflect any increase or decrease in factory pricing.

5) DynaPath® Standard Terms and Conditions of Sale, 270-659,  January 2, 2003, copy attached, will apply to any sale resulting from this proposal.

6) The warranty period specified in Section 18, Part a) of the Standard Terms and Conditions of Sale is extended as follows for Delta 2000 CNC Control and machine tool.

7) *Seller warrants that its Delta 2000 products and Machine Tools Supplied by DynaPath will be free from defects in material and workmanship and will conform to specifications and/or drawings to which they are manufactured by SELLER for a period of 12 months from date of shipment. The warranty covers parts only and not labor or any loss occurring directly of indirectly caused by DynaPath product.*

8) Unless otherwise noted all prices are F.O.B. Wixom, Michigan.

9) The DynaPath delivery will range from stock to 90 days after receipt of order and required deposit.

# FB-18 Series by

## DynaPath ⌂
## Precision CNC Machine Tools



# FB-18

The FB-18 Series lathe is available in two sizes, 18" swing x 39" or 59" between centers. These engine lathes are the perfect investment for operations needing to modernize their turning operations but not yet ready to make the investment into a full fledged CNC turning center. With a 10" chuck, 7.5 hp spindle and constant surface speed all standard, the DynaPath 18 can be productive from the first day of operation. The "H" bed design makes chip removal easy through the front access chip pan mounted on wheels. Turrets, power chucks and other available accessories make the investment in the DynaPath FB-18 one you can grow with.

Designed for turning a range of parts including shafts or rolls for the paper, printing, textile, agricultural and other industries; this machine can also be used for large diameter facing. Constant Surface Speed is standard.

## DYNAPATH® Gives the Machinist What He Wants

# FB-18

## STANDARD ACCESSORIES

- 10" Chuck
- Tool Kit
- Work Lamp
- Tail Stock
- Leveling Bolts & Blocks
- Coolant System

- Full Splash Guard
- Joy Stick for Jogging
- Automatic Lubrication System
- Large Spindle Through Hole
- Dual Handwheels
- Manuals

## OPTIONAL ACCESSORIES

- 3 Jaw Hydraulic Chuck
- 10 HP Spindle
- Follow Rest
- Collet Chuck
- Steady Rest
- Larger Chuck

- Hydraulic Chucking System
- 4 Way Electric Tool Post
- 8 Station Turret
- Bar Feeder or Interface Only
- Tool Pre-Setter
- Smaller Through Hole with 3,000 rpm Spindle

## SPECIFICATIONS

### MACHINE CAPACITY
| | |
|---|---|
| Swing Over Bed | ø18.11" |
| Swing Over Cross Slide | ø 10.15" |
| Maximum Turning Length | 39" / 59" |

### SPINDLE
| | |
|---|---|
| Chuck Diameter | 10" |
| Horse Power (Opt) | 7.5 hp / (10 hp) |
| Spindle Type (Opt) | D1-6 / (D1-8) |
| Through Hole | ø 3.1" / (ø2.3") |
| Spindle Speed Range | 95 – 2,500 rpm / (95-3,000 rpm) |

### TRAVEL
| | |
|---|---|
| X Axis Travel | 9.2" |
| Z Axis Travel | 33.46" / 60" |

### TAIL STOCK
| | |
|---|---|
| Quill Diameter | ø 4.7" |
| Maximum Quill Travel | 5" |
| Quill Taper | MT-4 |

### GENERAL
| | |
|---|---|
| Power Requirement | 220V, 3 Phase, 60Hz |
| Power Consumption | 15 kVA |
| Machine Weight | 4,075 / 5,440 lbs |

**DynaPath**

**29108 Lorie Lane • Wixom, MI 48393 • 248.488.0440 • 248.488.0430 fax**
**www.dynapath.com**

FB18-Specifications-revC

October 2003

we are present at:



**RE SALE 2005**
K A R L S R U H E
you're welcome!
18-20.4.2005
**booth 2-427**

# *SCHIESS MOWEG*

*Our updated stocklist you will find in the internet under:*

# *www. schiess- moweg. de*

Firma
APEC
Mr. Paul O'Neill
3088 Interstate Pkwy

USA-Brunswick/Ohio



Mönchengladbach dated  08.02.2005

Our sign      : WO     / KI

### e-m@il Quotation

**Your email via machinetools dated 4.2.05**

Dear Mr. O'Neill,

we thank you for your enquiry and have pleasure in offering as follows,
subject to alteration and prior sale:

| Pos. | Machine | Price |
|------|---------|-------|
| **1** | **Cylindrical Grinding Machine** | |
| | **NAXOS-UNION / R 500/6000 / 1959/2005** | **89.500,00 EUR** |
| | | + VAT |

|  |  |
|---|---|
| Stock-no.: | **1034-03114** |
| Make: | **NAXOS-UNION** |
| Type: | **R 500/6000** |
| New in: | **1959/2005** |
| Delivery time: | immediately |

The prices mentioned above are to be understood for delivery ex site.

An inspection can always be arranged on appointment!
For further information please do not hesitate to contact us by phone:
+49-(0)2166-6153-0.

Yours sincerely
Schiess Moweg GmbH

*K. Kitschke*

Klaus Kitschke

## *Please offer us your surplus machines!*

page:  1 von 1

Schiess Moweg GmbH telephone: + 49 (0)2166-6153-0 fax: + 49 (0)2166-6153-15
e-mail: info@schiess-moweg.de   Internet: www.schiess-moweg.de

**Machine-Specification**
**Quotation-no.: 1034-03114**



*You will find our updated stocklist under: www.schiess-moweg.de*

## Cylindrical Grinding Machine



| | |
|---|---|
| **make:** | **NAXOS-UNION** |
| **model:** | **R 500/6000** |
| **new in:** | **1959/2005** |

| | |
|---|---|
| execution: | conventional |
| availability: | immediately |
| delivery: | ex site, free loaded on truck |

## Accessories:

new electric in 2005, machine partly overhauled and in excelent condition

diverse grinding wheels,
ca. 10 steadies, coolant attachment

## Technical-Description:

| | | |
|---|---|---|
| grinding diameter | 500 | mm |
| grinding length | 6000 | mm |
| centre height | 250 | mm |
| cross travel | 370 | mm |
| dimensions of grinding wheel | 750 x 65 x 305 | mm |
| grinding wheel speeds | 850 | U/min |
| spindle speeds | 12 - 120 | U/min. |
| table speeds | 0,1 - 1,5 | m/min |
| total power requirement | 22 | kW |
| weight of the machine ca. | 19 | t |
| dimensions of the machine ca. | 14,5 x 3,5 x 2 | m |

Measurements, weights- and other data are approx. only and not binding on us. All offers are subject to alteration and prior sale!

Schiess Moweg GmbH telephone: + 49 (0)2166-6153-0 fax: + 49 (0)2166-6153-15
e-mail: info@schiess-moweg.de Internet: www.schiess-moweg.de

*we are present at:*



*you're welcome!*
*18-20.4.2005*

**booth 2-427**

# SCHIESS MOWEG

*Our updated stocklist you will find in the internet under:*

# www.schiess-moweg.de

**Firma**
**APEC**
**Mr. Paul O'Neill**
**3088 Interstate Pkwy**

**USA-Brunswick/Ohio**



Mönchengladbach dated   08.02.2005
Our sign      : WO    / KI

### e-m@il Quotation

**Your email via machinetools dated 4.2.05**

Dear Mr. O'Neill,

we thank you for your enquiry and have pleasure in offering as follows,
subject to alteration and prior sale:

| Pos. | Machine | Price |
|------|---------|-------|
| **1** | **Cylindrical Grinding Machine**<br>**NAXOS-UNION / R 500/6000 / 1959/2005** | **89.500,00 EUR**<br>+ VAT |

| | | |
|--|--|--|
| Stock-no.: | 1034-03114 | |
| Make: | **NAXOS-UNION** | |
| Type: | **R 500/6000** | |
| New in: | **1959/2005** | |
| Delivery time: | immediately | |

The prices mentioned above are to be understood for delivery ex site.

An inspection can always be arranged on appointment!
For further information please do not hesitate to contact us by phone:
+49-(0)2166-6153-0.

Yours sincerely
Schiess Moweg GmbH

*K. Kitschke*

Klaus Kitschke

## Please offer us your surplus machines!

page: 1 von 1
Schiess Moweg GmbH telephone: + 49 (0)2166-6153-0 fax: + 49 (0)2166-6153-15
e-mail: info@schiess-moweg.de   Internet: www.schiess-moweg.de

**Machine-Specification**
**Quotation-no.: 1034-03114**



*You will find our updated stocklist under: www.schiess-moweg.de*

## Cylindrical Grinding Machine

**make:**     **NAXOS-UNION**
**model:**    **R 500/6000**
**new in:**    **1959/2005**

execution:      conventional
availability:     immediately
delivery:       ex site, free loaded on truck



## Accessories:

new electric in 2005, machine partly overhauled and in excelent condition

diverse grinding wheels,
ca. 10 steadies, coolant attachment

## Technical-Description:

| | | |
|---|---|---|
| grinding diameter | 500 | mm |
| grinding length | 6000 | mm |
| centre height | 250 | mm |
| cross travel | 370 | mm |
| dimensions of grinding wheel | 750 x 65 x 305 | mm |
| grinding wheel speeds | 850 | U/min |
| spindle speeds | 12 - 120 | U/min. |
| table speeds | 0,1 - 1,5 | m/min |
| total power requirement | 22 | kW |
| weight of the machine ca. | 19 | t |
| dimensions of the machine ca. | 14,5 x 3,5 x 2 | m |

Measurements, weights- and other data are approx. only and not binding on us. All offers are subject to alteration and prior sale!

*Schiess Moweg GmbH telephone: + 49 (0)2166-6153-0 fax: + 49 (0)2166-6153-15
e-mail: info@schiess-moweg.de Internet: www.schiess-moweg.de*