UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10736 (NMG)

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ATLANTIC MUTUAL INSURANCE COMPANY | ) ) ) |
| Defendant. | ) ) |

FILED
CLERKS OFFICE
2005 NOV 25 P 2: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFF'S MOTION FOR
VOIR DIRE OF PROSPECTIVE JURORS**

Plaintiff hereby moves that this Court propound the following statement and questions to all prospective jurors in the above case:

**Brief Statement of Facts**

The plaintiff, American Process Equipment Company, has alleged that 31 of its machines were damaged by significant water leaks at its business premises in Hingham, Massachusetts in late March and early April 2002. The plaintiff has made a claim for insurance proceeds for property damage and business interruption under its insurance policy with defendant, Atlantic Mutual Insurance Company. Defendant has rejected plaintiff's claim and has alleged that plaintiff misrepresented the damage to its machines.

## Voir Dire Questions

1. What is your present occupation?

2. How long have you been working in this capacity?

3. What have been your prior occupations and for how long were you so employed in each position?

4. Are you presently married?

5. If so, what are the present and past occupations of your spouse and how long was your spouse been so employed in each position?

6. With whom do you live and what is the occupation of each person you live with, other than your spouse?

7. Do you have any prior experience as a juror?

8. If so, was it a civil case?

9. What was the outcome of that case?

10. If you were a juror in a civil case, was there anything about your prior jury experience that would lead you to feel that you may have a bias for the plaintiff or a bias for the defendant?

11. If yes, please explain?

12. Will the fact that this case concerns a claim for insurance proceeds make it difficult for you to be fair and impartial?

13. Do you or a member of your family or a close friend work for an insurance company, an insurance agency, an insurance agent or otherwise in the insurance business? If so, please explain?

14. Do you have any negative feelings at all about people who submit insurance claims?

16. Do you own stock in any insurance companies?

17. Do you for any reason prefer not to sit as a juror for this case?

          Respectfully submitted,

          American Process Equipment
          Company, Inc.,

          By its attorneys,

          David L. Kelston, BBO #267310
          Noah Rosmarin, BBO #630632
          Adkins, Kelston & Zavez, P.C.
          90 Canal Street, Fifth Floor
          Boston, MA 02214
          (617) 367-1040

Dated: November 25, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 11/25/05