UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10736 (NMG)

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC. | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ATLANTIC MUTUAL INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S SPECIAL JURY VERDICT FORM

**Breach of Contract**

Q. 1   Did defendant Atlantic Mutual Insurance Company breach its contract – the insurance policy – with plaintiff American Process Equipment Company, Inc. ("APEC") by failing to make payment to APEC as a result of damage to APEC's machines from water leaks at APEC's premises in Hingham, Massachusetts in late March and early April 2002?

A. 1   YES_____          NO_____

**Damaged Machines**

Q. 2   If so, please indicate which of the following machines were damaged as a result of the water leaks?

A. 2.1   <u>Betts Vertical Turret Lathe</u>:          YES_____          NO_____

A. 2.2 <u>Okuma Engine Lathe (LS)</u>:        YES_____            NO_____

A. 2.3 <u>Okuma Engine Lathe</u>:             YES_____            NO_____

A. 2.4 <u>Clausing Engine Lathe</u>:          YES_____            NO_____

A. 2.5 Niles Bement Pond
       <u>Vertical Turret Lathe</u>:          YES_____            NO_____

A. 2.6 <u>Lucas Horizontal Boring Mill</u>:   YES_____            NO_____

A. 2.7 <u>Comet Milling Machine</u>:          YES_____            NO_____

A. 2.8 <u>Osama SR Lathe</u>:                 YES_____            NO_____

A. 2.9 <u>Fiji Seiki Gap Bed Engine Lathe</u>: YES_____           NO_____

A.2.10 <u>Bridgeport Milling Machine</u>:     YES_____            NO_____

A. 2.11 APEC Versa-Table
        <u>CNC Rotary Table</u>:              YES_____            NO_____

A. 2.12 Ooya Vertical Milling
        <u>Machine. CNC</u>:                  YES_____            NO_____

A. 2.13 WMW- Union CNC Horizontal
        <u>Boring Mill, Floor Type</u>:       YES_____            NO_____

A. 2.14 Lucas CNC Table-Type
        <u>Horizontal Milling Machine</u>:    YES_____            NO_____

A. 2.15 Lucas CNC Table- Type
        <u>Vertical Milling Machine</u>:      YES_____            NO_____

A. 2.16 <u>Scheiss Gear Hobber</u>:           YES_____            NO_____

A. 2.17 <u>Meuser Horizontal Boring</u>:      YES_____            NO_____

A. 2.18 American Tool CNC
        <u>Stand Bed Lathe</u>                YES_____            NO_____

2

A. 2.19 <u>Landis Plan cylindrical Grinder</u>:   YES_____   NO_____

A. 2.20 <u>Granite Surface Block</u>:   YES_____   NO_____

A. 2.21 <u>Wells Horizontal Band Saw</u>:   YES_____   NO_____

A. 2.22 <u>Dreis & Krump Press Brake</u>:   YES_____   NO_____

A. 2.23 <u>Cryil Bath Press Brake</u>:   YES_____   NO_____

A. 2.24 <u>Cincinnati Shear</u>:   YES_____   NO_____

A. 2.25 <u>SMT Plate Bending Rolls</u>:   YES_____   NO_____

A. 2.26 <u>Sauder Annealing Furnace</u>:   YES_____   NO_____

A. 2.27 <u>APEC Stress-relieving Furnace</u>:   YES_____   NO_____

A. 2.28 <u>Overhead Bridge Crane</u>:   YES_____   NO_____

A. 2.29 <u>Wright Crane (15 Ton)</u>:   YES_____   NO_____

A. 2.30 <u>Wright Crane (5 Ton)</u>:   YES_____   NO_____

A. 2.31 <u>Wright Crane (10 Ton)</u>:   YES_____   NO_____

## DAMAGES FOR QUESTIONS 1 THROUGH 2

Q. 3   If you have answered YES to any of the questions 1 through 2.1-2.31, then please state in words and numbers the amount of money you find will fully, fairly and reasonably compensate plaintiff for the damage to its machines.

A. 4   _____ Dollars
                     AMOUNT IN WORDS


       _____ Dollars
                    AMOUNT IN NUMBERS

3

**Business Interruption**

Q. 3   If you have answered YES to question 1 and any part of question 2, were APEC's business operations interrupted as a result of its loss of the use of its machines?

A. 3   YES_____          NO_____

Q. 4   If you answered YES to question 3, then please state in words and numbers the amount of money you find will fully, fairly and reasonably compensate plaintiff for this interruption of its business operations.

A. 4   _____ Dollars
                   AMOUNT IN WORDS

       _____ Dollars
                  AMOUNT IN NUMBERS


                                    _____
                                    Foreperson of the Jury