UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>ATLANTIC MUTUAL INSURANCE COMPANY <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-10736 (NMG) |

## ATLANTIC MUTUAL'S REQUEST FOR JURY VOIR DIRE

Pursuant to this Court's Order dated November 2, 2005, Defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") hereby requests that the Court present the following statement and questions to the members of the jury venire:

### Brief Statement of Facts

American Process Equipment Company, Inc. ("APEC") alleges that there were water leaks at its business premises in late March 2002. APEC submitted a claim for insurance proceeds to Atlantic Mutual as a result of these alleged leaks. In response to APEC's claim, Atlantic Mutual advanced APEC $50,000 and investigated the Claim. As a result of its investigations, Atlantic Mutual alleges that APEC's Claim contained material misrepresentations concerning the extent of damage and the value of the equipment that APEC alleges was damaged and has not paid APEC any additional insurance proceeds.

BOST1-873223-1

## Voir Dire Questions

1. Have you or any family member or close friend ever filed a claim for insurance benefits?

2. Have you or any family member or close friend ever had a claim filed with an insurance company denied or the amount of that claim reduced by the insurance company?

3. Have your or any family member or close friend ever sued an insurance company?

4. Have you or any family member or close friend ever filed or made a complaint against an insurance company?

5. Have you or any family member or close friend ever been sued by an insurance company?

6. Do you have any unfavorable feelings or opinions about insurance companies?

7. Have you or any family member or close friend ever had an insurance policy with Atlantic Mutual Insurance Company?

8. Do you believe that just because a lawsuit relating to an insurance policy issued by Atlantic Mutual was filed that Atlantic Mutual must have done something wrong?

9. If, both upon the facts and the law, you conclude that an insurance company was not responsible to the plaintiff, would anything still motivate you to decide against the insurance company?

10. Do you have a background or experience with working with machine tools?

11. Will you be able to follow the judge's instructions on the law even if you may disagree with what he tells you?

12. Are there any reasons, or anything else we have not discussed here, that might, in your opinion, affect your ability to act as an impartial and fair-minded juror in this case?

Respectfully submitted,

**ATLANTIC MUTUAL INSURANCE COMPANY**
By its attorneys,


 /s/ Nancy M. Cremins
John E. Tener (BBO# 563791)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: November 28, 2005