UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-10736 (NMG) |
| v. | ) ) ) | |
| ATLANTIC MUTUAL INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) ) | |

### ATLANTIC MUTUAL'S PROPOSED JURY VERDICT FORM

Pursuant to this Court's Order dated November 2, 2005, Defendant Atlantic Mutual Insurance Company hereby submits the following proposed jury verdict form.

Respectfully submitted,

**ATLANTIC MUTUAL INSURANCE COMPANY**
By its attorneys,

 /s/ Nancy M. Cremins
John E. Tener (BBO# 563791)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: November 28, 2005

BOST1-873947-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-10736 (NMG) |

**JURY VERDICT FORM**

**Section I**

1. Did American Process Equipment Co., Inc. ("APEC") intentionally conceal or misrepresent any material facts in the Claim APEC submitted to Atlantic Mutual Insurance Company ("Atlantic Mutual")?

    **YES** _____   **NO** _____

    **(If you answered "yes" to question 1, please go to Section II on this form below.  If you answered "no" to question 1, please continue to the next question.)**

2. Did Atlantic Mutual breach material terms of the insurance policy it issued to APEC?

    **YES** _____   **NO** _____

    **(If you answered "no" to question 2, please go to Section II on this form below.  If you answered "yes" to question 2, please continue to the next question.)**

3. Did APEC sustain damages as a result of Atlantic Mutual's breach of the insurance policy that Atlantic Mutual issued to APEC?

   YES _____     NO _____

   **(If you answered "no" to question 3, please go to Section II on this form below. If you answered "yes" to question 3, please continue to the next question.)**

4. Were all of APEC's machines damaged by the March 2002 loss?

   YES _____     NO _____

   **(If you answered "yes" to question 4, please continue to the next question. If you answered "no" to question 4, please identify in question 6 which machines were not damaged as a result of the March 2002 loss.)**

5. Did APEC fail to take reasonable steps to protect its machinery after the March 2002 loss, thereby causing additional damage to the machinery?

   YES _____     NO _____

   **(If you answered "no" to question 5, please continue to the next question. If you answered "yes" to question 5, subtract the amount of additional damage as set forth in question 6 due to the failure to protect the machines.)**

6. What amount should Atlantic Mutual pay APEC for each piece of its damaged machinery?

   (If you answer "yes" in the second column to the question "Was machine damaged by March 2002 loss?" continue with placing figures in the remaining columns for that machine. If you answer "no" in the second column to the question "Was machine damaged by March 2002 loss?" enter "0" in the column entitled "Total amount APEC must pay.")

| Machine | Was machine damaged by March 2002 loss? (yes/no) | Amount of damage caused by March 2002 loss | Subtract additional damage due to APEC's failure to take reasonable steps to protect the machines | Total amount APEC must pay |
|---|---|---|---|---|
| Betts Vertical Turret retrofitted with Heidenhein Manual Plus CNC Control | | $_____ | - $_____ | = $_____ |

| | | | | |
|---|---|---|---|---|
| Okuma Engine Lathe LS | | $_____ | - $_____ | = $_____ |
| Okuma Engine Lathe LT | | $_____ | - $_____ | = $_____ |
| Clausing Engine Lathe | | $_____ | - $_____ | = $_____ |
| Niles Bement Pond Vertical Turret Lathe | | $_____ | - $_____ | = $_____ |
| Lucas Horizontal Boring Mill | | $_____ | - $_____ | = $_____ |
| Comet Milling Machine | | $_____ | - $_____ | = $_____ |
| Osama SR Lathe | | $_____ | - $_____ | = $_____ |
| Fuji Seiki Gap Bed Engine Lathe | | $_____ | - $_____ | = $_____ |
| Bridgeport Milling Machine | | $_____ | - $_____ | = $_____ |
| APEC Versa-Table CNC Rotary Table | | $_____ | - $_____ | = $_____ |
| OOYA Vertical Milling Machine | | $_____ | - $_____ | = $_____ |
| Lucas CNC Table-Type Horizontal Milling Machine (Lucas 441B) | | $_____ | - $_____ | = $_____ |
| Lucas Table-Type Vertical Milling Machine (VM-4) | | $_____ | - $_____ | = $_____ |

| | | | | |
|---|---|---|---|---|
| Schiess Gear Hobber | | $_____ | - $_____ | = $_____ |
| Meuser Horizontal Boring Mill with DRO | | $_____ | - $_____ | = $_____ |
| American Tool CNC Slant Bed Lathe | | $_____ | - $_____ | = $_____ |
| Landis Plain Cylindrical Grinder | | $_____ | - $_____ | = $_____ |
| Granite Surface Block | | $_____ | - $_____ | = $_____ |
| Wells Horizontal Bench Saw | | $_____ | - $_____ | = $_____ |
| Dreis & Krump Press Brake | | $_____ | - $_____ | = $_____ |
| Cryil Bath Press Brake | | $_____ | - $_____ | = $_____ |
| Cincinnati Shear | | $_____ | - $_____ | = $_____ |
| SMT Plate Bending Rolls | | $_____ | - $_____ | = $_____ |
| Sauder Annealing Furnace | | $_____ | - $_____ | = $_____ |
| APEC Stress Relieving Furnace | | $_____ | - $_____ | = $_____ |
| Overhead Bridge Crane | | $_____ | - $_____ | = $_____ |

| Wright Crane – 15 Ton | | $_____ | - $_____ | = $_____ |
|---|---|---|---|---|
| Wright Crane – 5 Ton | | $_____ | - $_____ | = $_____ |
| Wright Crane – 10 Ton | | $_____ | - $_____ | = $_____ |
| **TOTAL FOR DAMAGED MACHINERY** | | | | $_____ |

**Section II**

7. Did APEC engage in intentional misrepresentation in the Claim for insurance proceeds it submitted to Atlantic Mutual?

   YES _____        NO _____

   **(If you answered "no" to question 6, please stop, and sign and date this form below. If you answered "yes" to question 6, please continue to the next question.)**

8. Did Atlantic Mutual suffer damage as a result of APEC's intentional misrepresentation?

   YES _____        NO _____

   **(If you answered "no" to question 7, please stop, and sign and date this form below. If you answered "yes" to question 7, please continue to the next question.)**

9. What amount of damages did Atlantic Mutual sustain as a result of APEC's intentional misrepresentation?

   $_____

Date:_____        Foreperson:_____