UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-10736 (NMG) |

ATLANTIC MUTUAL'S OBJECTIONS TO PLAINTIFF'S
PROPOSED EXHIBITS AND WITNESSES

Pursuant to this Court's Order dated November 2, 2005, Defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") hereby submits objections to the following exhibits proposed by Plaintiff American Process Equipment Company, Inc. ("APEC"):

| Exhibit Number | Description | Objection |
|---|---|---|
| 7 | APEC's telephone records for the month of March and April, 2003 | Relevance |
| 9 | Boston Mass – Preliminary Local Climatological Data for March/April 2002 | Relevance; hearsay |
| 10 | Preliminary Climate Date Worksheet March/April 2002 | Relevance; hearsay |
| 16 | Standard & Poor's Insurer Profile for Atlantic Mutual | Hearsay |
| 17 | Photographs and videos of the loss and the damage to APEC's machines | Relevance |
| 20 | Documents showing interruption in service between APEC and its customers, including, without limitation, contracts between APEC and its customers | Description is too vague to determine the documents identified and whether there are valid objections to those documents. |

| 21 | APEC's spreadsheet concerning its damaged machinery as a result of the loss and documents showing the value of the damaged property and estimate cost of repairs | No objections to the spreadsheet; description of other documents is too vague to determine the documents identified and whether there are valid objections to those documents. |
| --- | --- | --- |
| 23 | Documents relating to machinery shipped from APEC's Hingham facility to Ohio | Relevance |
| 24-48 | Various File Folders | Plaintiff's counsel has indicated that APEC will not introduce these documents into evidence. |
| 49-55 | Various Quotations | These documents are subject to Atlantic Mutual's November 21, 2005 motion *in limine*. |
| 56 | Expert report of Jim Leigh, Pyramid Rebuild & Machine dated May 24, 2005 | Hearsay; this report is also subject to Atlantic Mutual's October 28, 2005 Motion to Exclude. |
| 57 | Supplemental report of Jim Leigh, Pyramid Rebuild & Machine dated September 26, 2005 | Hearsay; this report is also subject to Atlantic Mutual's October 28, 2005 Motion to Exclude. |

Atlantic Mutual also hereby objects to APEC's proposed witness, Michael Voll, President of Northcoast Rebuilders (a/k/a National Re-manufacturer). The Secretary of State in Ohio does not have Northcoast Rebuilders or National Re-manufacturer as a registered corporation. As a result of documents produced by APEC from National Remanufacturing in the course of this litigation, Atlantic Mutual attempted to serve a Rule 30(b)(6) subpoena *duces tecum* upon National Remanufacturing's identified registered agent in Ohio. The Cuyahoga County Sheriff was unable to serve this subpoena on National Remanufacturing indicating that National Remanufacturing could not be served at the address provided by the Ohio Secretary of State. As such, Atlantic Mutual has not had the opportunity to depose National Remanufacturing and Michael Voll, as its President should be excluded as witness in this trial.

2

        Respectfully submitted,

        **ATLANTIC MUTUAL INSURANCE COMPANY**
        By its attorneys,


        /s/ Nancy M. Cremins
        John E. Tener (BBO# 563791)
        John R. Bauer (BBO# 630742)
        Nancy M. Cremins (BBO# 658932)
        **ROBINSON & COLE LLP**
        One Boston Place, 25th Floor
        Boston, MA  02108-4404
        (617) 557-5900

Dated: November 28, 2005