n18  § 7, infra.

n19  Thus, it was stated in Badger Mut. Ins. Co. v Morgan (1963, CA5 Fla) 313 F2d 783: "The principles of law applicable are not doubtful nor difficult of statement. Out trouble has arisen over the application of the rule to the facts of this case."

n20  § 9, infra.

n21  § 11, infra.

n22  Springfield Fire & Marine Ins. Co. v Winn (1889) 27 Neb 649, 43 NW 401, 5 LRA 841, infra § 11.

n23  § 10[a b], infra.

n24  § 10[c], infra.

n25  § 10[e], infra.

n26  § 6, infra.

n27  § 12, infra.

n28  § 12, infra.

n29  §§ 16 et seq., infra.

n30  § 14[a], infra.

n31  § 6, infra.

n32  § 14[b], infra.

n33  § 14[b], infra.

n34  § 15, infra.

n35  § 13, infra.

n36  Perot v Carolina Ins. Co. (1937, La App) 171 So 458, infra § 13.

n37  Stebane Nash Co. v Campbellsport Mut. Ins. Co. (1965) 27 Wis 2d 112, 133 NW2d 737, 16 ALR3d 760, infra § 16.

n38  § 22, infra.

n39  § 22, infra.

n40  § 23, infra.

n41  §§ 17, infra.

n42  § 9, infra.

n43  § 20, infra.

n44  § 17[b], infra.

n45  §§ 18 19, infra.

n46  § 24, infra.

n47  § 25, infra.

n48  As to notice and proof of loss generally see Am Jur, Insurance (Rev ed §§ 1373 et seq.). For forms of proof or notice of loss on the fire insurance policy, see 6 Am Jur Legal Forms, Insurance, Forms 6:1286, 6:1287.

n49  Sufficiency of request, demand, or requirement for sworn statements, notice, certificate, or proof of loss on the fire policy. 78 ALR 1335.

n50  As to actions on fire insurance policies generally, see
10 Am Jur Trials 301 §§ 31, 323, actions on Fire Insurance Policies.

n51  § 12 , infra.

n52  Moore v Protection Ins. Co. (1848) 29 Me 97.

n53  § 23 , infra.

n54  § 3 , infra.

n55  § 9 , infra.

n56  § 10 , infra.

n57  § § 16 et seq. , infra.

n58  § 22 , infra.

n59  As to settlement possibilities see
10 Am Jur Trials 301 § § 28 et seq., Actions on Fire Insurance Policies Generally, as to settlement techniques, see Hermann, Better Settlements Through Leverage.

n60  As to expert and opinion evidence relating to the value of property insured and the extent of loss, see Am Jur, Insurance (Rev ed § 1910). As to use of experts to fix amount of damages to property, see 22 Am Jur 2d, Damages, § § 334-337. As to the manner of locating accountants, public and certified public accountants and auditors, for use as expert witnesses, see
2 Am Jur Trials 293 § § 1 et seq., Locating Scientific and Technical Experts As to the selection and preparation of expert witnesses, see
2 Am Jur Trials 585 § § 1 et seq., Selecting and Preparing Expert Witnesses.

n61  The methods used in determining the amount of loss vary greatly with the type of property destroyed and with the extent of loss.
10 Am Jur Trials 301 § § 17, 19, Actions on Fire Insurance Policies. Method of proving property damage.
3 Am Jur Proofs of Facts 491, Damages 495 et seq. Investigation or examination of books of insured. Am Jur, Insurance (Rev ed § 1101). As to manner of proof of extent of loss to stock of merchandise, see Am Jur, Insurance (Rev ed § 1910); as to proving amount in case of loss of a stock of goods, see Am Jur, Insurance (Rev ed § 1875).

n62  § 10[d] , infra.

n63  § 3[b] , supra.

n64  This is in accord with the rule as stated supra § 10[a] .

n65  As to innocent overvaluations as fraud generally, see § 6 , supra.

n66  As to valued policies generally, see Am Jur, Insurance (Rev ed § § 549 et seq.).

n67  The facts of the case are taken from the dissenting opinion of Bijur, J., in the court below, Bass v Williamsburgh City Fire Ins. Co. (1913, Sup App T) 141 NYS 555.

n68  As to these rules in general see Am Jur, Insurance (Rev ed § § 1784 et seq.).

n69  See Am Jur, Insurance (Rev ed § 1848).


JURISDICTIONAL TABLE OF CASES and STATUTES (Go to beginning)

JURISDICTIONAL TABLE OF CASES AND STATUTES

SUPREME COURT

Claflin v Commonwealth Ins. Co. (1884) 110 US 81, 28 L ed 76, 3 S Ct 507  --§ § 7  10[c]  18[a]

Dolan v Aetna Ins. Co. (1880) 22 Hun 396  --§ § 23  24

Gibbs v Continental Ins. Co. (1878) 13 Hun 611  --§ 6

Jose Rivera Soler & Co. v United Firemen's Ins. Co. (1936) 299 US 45, 81 L ed 30, 57 S Ct 54 --§ § 6  12  18[b]  23  24
Marchesseau v Merchant's Ins. Co. (1842) 1 Rob 438 --§ 3[a]
Scheider v Corby (1878) 15 Hun 493 --§ 23
Sibley v St. Paul Fire & Marine Ins. Co. 9 Biss 31 --§ 6
Unger v People's F. Ins. Co. (1871) 4 Daly 96 --§ § 6  23
surance Cos. v Weide (Republic F. Ins. Co. v Weide) (1872) 14 Wall 375, 20 L ed 894 --§ § 6  24
surance Cos. v Weide (Republic F. Ins. Co. v Weide) (1872, US) 14 Wall 375, 20 L ed 894 --§ 24

FIRST CIRCUIT

Cuetara Hermanos v Royal Exchange Assur. Co. 23 F2d 270, cert den 277 US 590, 72 L ed 1002, 48 S Ct 437 --§ § 3[a]  17[a]  25

Harold J. Warren, Inc. v Federal Mut. Ins. Co. (CA1) 386 F2d 579 --§ 7

Shaw v Scottish Commercial Ins. Co. 1 F 761 --§ § 7  14[a]

SECOND CIRCUIT

Miller v Alliance Ins. Co. 19 Blatchf 308, 7 F 649 --§ § 6  24

Putnam v Commonwealth Ins. Co. 18 Blatchf 368, 4 F 753 --§ 6

Schmutz v Employees' Fire Ins. Co. 76 F2d 119 --§ § 3[a]  4  24

FOURTH CIRCUIT

American Ins. Co. v Vann 118 F2d 1004 --§ 24

Globe & Rutgers Fire Ins. Co. v Stallard 68 F2d 237 --§ § 3[a]  4  9  18[a]  24

Joiner v Firemen's Ins. Co. 6 F Supp 103 --§ § 3[a]  4  18[a]  24

Orenstein v Star Ins. Co. 10 F2d 754 --§ § 3[a]  4  6  18[a]  25

Royal Exchange Assur. v Fraylon 228 F2d 351 --§ § 18[b]  24

Tru-Fit Clothes, Inc. v Underwriters at Lloyd's London 151 F Supp 136 --§ § 3[a]  5  6  10[b]  10[e]  11  18[a]  24

FIFTH CIRCUIT

Badger Mut. Ins. Co. v Morgan 313 F2d 783 --§ § 2[a]  6  10[b]  12  18[b]  22  23  24

Berkshire Mut. Ins. Co. v Moffett 378 F2d 1007 --§ § 3[a]  24

Canners Exchange Subscribers v North American Canning Co. 194 F2d 588 --§ 24

Charles Stores, Inc. v Aetna Ins. Co. 490 F2d 64 --§ 24

Hartford Fire Ins. Co. v Haager 196 F2d 270 --§ 6

Hinson v British America Assur. Co. 43 F Supp 951 --§ § 3[a]  6  9

Home Ins. Co. v Eisenson 181 F 2d 416 --§ 24

Pennsylvania Lumbermens Mut. Fire Ins. Co. v Nicholas 253 F2d 504 --§ § 6  18[b]

Pennsylvania Lumbermens Mut. Fire Ins. Co. v Nicholas 296 F2d 905 --§ § 6  18[b]

Royal Ins. Co. v Eastham 71 F2d 385, cert den 293 US 557, 79 L ed 658, 55 S Ct 110 --§ 3[a]

Yates v State Farm Fire & Casualty Co. 417 F2d 766 --§ 23

SIXTH CIRCUIT

Cooper v Firemen's Ins. Co. 148 F2d 337 --§ § 6 12 24 25

Smith v Insurance Co. of North America 213 F Supp 675, affd in part and revd in part on other grounds (CA6) 334 F2d 673 --§ 5

Trice v Commercial Union Assur. Co. 334 F2d 673, cert den 380 US 915, 13 L ed 2d 801, 85 S Ct 895 --§ 3[a]

SEVENTH CIRCUIT

Gipps Brewing Corp. v Central Mfrs' Mut. Ins. Co. 147 F2d 6 --§ § 23 24

Huchberger v Home Fire Ins. Co. 5 Biss 106 --§ § 3[a] 3[b]

Huchberger v Merchants' Fire Ins. Co. 4 Biss 265 --§ § 3[a] 6

Lykos v American Home Assur. Co. 452 F Supp 533 --§ 25

National F. Ins. Co. v Renier 22 F2d 671 --§ § 3[a] 6 24

National Union F. Ins. Co. v Kaplan 41 F2d 569, cert den 282 US 887, 75 L ed 782, 51 S Ct 90 --§ 24

Oshkosh Packing & Provision Co. v Mercantile Ins. Co. 31 F 200 --§ § 3[a] 6 12 15 24

Palace Cafe v Hartford F. Ins. Co. 97 F2d 766, cert den 305 US 634, 83 L ed 407, 59 S Ct 102 --§ § 23 24

Sundquist v Camden Fire Ins. Asso. 119 F2d 955, cert den 314 US 658, 86 L ed 527, 62 S Ct 110 --§ 24

Tenore v American & Foreign Ins. Co. 256 F2d 791, cert den 358 US 880, 3 L ed 2d 110, 79 S Ct 119 --§ § 3[a] 10[b] 18[a] 24 25

Tenore v American & Foreign Ins. Co. 256 F2d 791, cert den 358 US 880, 3 L ed 2d 110, 79 S Ct 119, rejected --§ 10[b]

Wisconsin Screw Co. v Fireman's Fund Ins. Co. 193 F Supp 96, affd (CA7) 297 F2d 697 --§ § 6 17[b] 24

EIGHTH CIRCUIT

Columbia Ins. Co. v Modern Laundry 277 F 355, 20 ALR 1159 --§ § 6 7

Columbian Ins. Co. v Modern Laundry 277 F 355, 20 ALR 1159 --§ § 3[a] 4 7 10[b] 10[c]

Damico v Firemen's Fund Ins. Co. 5 F2d 318 --§ § 6 24

Geib v International Ins. Co. 1 Dill 443 --§ 3[a]

Imperial Assur. Co. v Joseph Supornick & Son, Inc. 184 F2d 930 --§ § 6 22
Mack & Co. v Lancashire Ins. Co. 2 McCrary 211, 4 F 59 --§ § 3[a] 6 23 24
Michigan F. & M. Ins. Co. v National Surety Corp. 156 F2d 329 --§ 24
New York Underwriters' F. Ins. Co. v Malham & Co. 25 F2d 415 --§ § 17[b] 23 24
Spring Garden Ins. Co. v Amusement Syndicate Co. 178 F 519 --§ § 6 18[b] 23
las Assur. Co. v Hurst (1926, CA8 Mo) 11 F2d 250 --§ § 4 23 24

NINTH CIRCUIT

Allstate Ins. Co. v. Breeden, 105 Fed. Appx. 217 --§ 10[b]

Baldwin v Bankers & Shippers Ins. Co. 222 F2d 953 --§ § 3[a] 24

Herron v Millers Nat. Ins. Co. 185 F Supp 851 --§ 6

Hyland v Millers Nat. Ins. Co. 91 F2d 735, reh den 92 F2d 462, cert den 303 US 645, 82 L ed 1107, 58 S Ct 644 -- § § 3[a] 19[a] 25

Woods v Insurance Co. of Texas 146 F Supp 82 --§ § 6 22 24

TENTH CIRCUIT

Buffalo Ins. Co. v Amyx 262 F2d 898 --§ § 6 17[b] 23 24

Goodwin v Maryland Casualty Co. 233 F Supp 81 --§ § 10[b] 18[b] 23 24

Hargrove v American Cent. Ins. Co. 125 F2d 225 --§ § 3[a] 24

Royal College Shop, Inc. v Northern Ins. Co. 895 F2d 670 --§ 6

Transportation Ins. Co. v Hamilton 316 F2d 294 --§ § 17[b] 23 24

ELEVENTH CIRCUIT

Morgan v Badger Mut. Ins. Co. 181 F Supp 496 --§ § 3[a] 3[b] 6 18[a] 23 24 25

ALABAMA

Hartford Fire Ins. Co. v Clark (1952) 258 Ala 141, 61 So 2d 19 --§ § 6 9 10[b]

Hartford Fire Ins. co. v Clark (1952) 258 Ala 141, 61 So 2d 19 --§ 3[a]

Phoenix Ins. Co. v Moog (1884) 78 Ala 284 --§ § 1[a] 3[a]

Tubb v Liverpool & L. & G. Ins. Co. (1894) 106 Ala 651, 17 So 615 --§ § 6 24

ARKANSAS

American C. Ins. Co. v Ware (1898) 65 Ark 336, 46 SW 129 --§ § 3[a] 6 17[b]

German-American Ins. Co. v Brown (1905) 75 Ark 251, 87 SW 135 --§ § 3[a] 6

McCorkle v Valley Forge Ins. Co. (1984) 11 Ark App 41, 665 SW2d 898 --§ 7

Seaboard Ins. Co. v Caver (1944) 207 Ark 1038, 183 SW2d 922 --§ 24

CALIFORNIA

Clark v Phoenix Ins. Co. (1868) 36 Cal 168 --§ § 17[b] 24

Helbing v Svea Ins. Co. (1880) 54 Cal 156 --§ § 6 23 24

Newman v Firemen's Ins. Co. (1944) 67 Cal App 2d 386, 154 P2d 451 --§ § 3[a] 20 24

Obersteller v Commercial Assur. Co. (1892) 96 Cal 645, 31 P 587 --§ § 18[b] 23 24

Pedrotti v American Nat. F. Ins. Co. (1928) 90 Cal App 668, 266 P 376 --§ § 3[a] 6 23 24

Pedrotti v American Nat. Fire Ins. Co. (1928) 90 Cal App 668, 266 P 376 --§ 17[b]

Singleton v Hartford Fire Ins. Co. (1930) 105 Cal App 320, 287 P 529 --§ § 6 24

Singleton v Hartford Fire Ins. Co. (1932) 127 Cal App 635, 16 P2d 293 --§ § 4 5 6 12 22 24

Tenore v American & Foreign Ins. Co. 256 F2d 791, cert den 358 US 880, 3 L ed 2d 110, 79 S Ct 119 --§ 25

16 A.L.R.3d 774, *

Zemelman v Boston Ins. Co. 4 Cal App 3d 15, 84 Cal Rptr 206 --§ 3[a]

COLORADO

Western Assur. Co. v Bronstein (1925) 77 Colo 408, 236 P 1013 --§ § 6 24

CONNECTICUT

Castoldi v Hartford County Mut. Fire Ins. Co. (1959) 21 Conn Supp 265, 154 A2d 247 --§ § 17[b] 23 24

Davis Scofield Co. v Reliance Ins. Co. (1929) 109 Conn 686, 145 A 42 --§ § 3[a] 10[b]

vHartford County Mut. Ins. Co. (1959) 21 Conn Supp 265, 154 A2d 247 --§ 6

FLORIDA

American Ins. Co. v Robinson (1935) 120 Fla 674, 163 So 17 --§ § 3[a] 4

GEORGIA

Allstate Ins. Co. v Baugh (1985) 173 Ga App 615, 327 SE2d 576 --§ § 13 14[a]

American Alliance Ins. Co. v Pyle (1940) 62 Ga App 156, 8 SE2d 154 --§ 3[a]

Barber v Wausau Underwriters Ins. Co. (1987) 184 Ga App 479, 362 SE2d 109 --§ 18[a]

Goldberg v Provident Washington Ins. Co. (1916) 144 Ga 783, 87 SE 1077 --§ 3[a]

Liverpool & L. & G. Ins. Co. v Stuart (1942) 67 Ga App 184, 19 SE2d 822 --§ 18[b]

Liverpool & London & Globe Ins. Co. v Stuart (1942) 67 Ga App 184, 19 SE2d 822 --§ § 23 24

Phenix Ins. Co. v Jones (1915) 16 Ga App 261, 85 SE 206 --§ 6

IDAHO

Boise Asso. of Credit Men v United States F. Ins. Co. (1927) 44 Idaho 249, 256 P 523 --§ § 3[a] 6 17[b] 23 25

Young v California Ins. Co. (1935) 55 Idaho 682, 46 P2d 718 --§ § 6 10[d] 23

ILLINOIS

Appa v Pennsylvania Fire Ins. Co. (1940) 307 Ill App 85, 30 NE2d 100 --§ § 3[a] 18[a] 25

Commercial Cabinet Co. v North British & Mercantile Ins. Co. (1921) 220 Ill App 453 --§ § 6 17[b]

Commercial Cabinet Co. v North British Mercantile Ins. Co. (1921) 220 Ill App 453 --§ § 23 24

Commercial Ins. Co. v Friedlander (1895) 156 Ill 595, 41 NE 183 --§ § 6 19[b] 23 24

Di Battista v Centennial Ins. Co. (1964) 52 Ill App 2d 84, 201 NE2d 466 --§ 3[a]

Jay-Bee Realty Corp. v Agricultural Ins. Co. (1943) 320 Ill App 310, 50 NE2d 973 --§ § 6 17[b] 23 24

Kavooras v Insurance Co. of Illinois (1912) 167 Ill App 220 --§ § 3[a] 18[a] 25

Ledford v Hartford Fire Ins. Co. (1911) 161 Ill App 233 --§ 24

Rockford Ins. Co. v Nelson (1874) 75 Ill 548 --§ § 6 23

St. Onge v Hartford F. Ins. Co. (1917) 204 Ill App 127 --§ § 6 12

Weininger v Metropolitan Fire Ins. Co. (1935) 359 Ill 584, 195 NE 420, 98 ALR 169 --§ § 6 12 17[b] 23 24

### INDIANA

Franklin Ins. Co. v Culver (1855) 6 Ind 137 --§ § 6 17[b] 23 24

### IOWA

Erb v German-American Ins. Co. (1896) 98 Iowa 606, 67 NW 583, 40 --§ § 3[a] 6 17[b] 23

Goldstein v St. Paul F. & M. Ins. Co. (1904) 124 Iowa 143, 99 NW 696 --§ § 6 17[b] 23 24

Helm v Anchor F. Ins. Co. (1906) 132 Iowa 177, 109 NW 605 --§ § 3[a] 6 10[d] 12 17[b] 24

Helm v Anchor Fire Ins. Co. (1906) 132 Iowa 177, 109 NW 605 --§ 23

Stone v Hawkeye Ins. Co. (1886) 68 Iowa 737, 28 NW 47 --§ § 3[a] 6 17[b] 24

Webb v. American Family Mut. Ins. Co., 493 N.W.2d 808 --§ 14[b]

### KENTUCKY

Connecticut F. Ins. Co. v Union Mercantile Co. (1914) 161 Ky 718, 171 SW 407 --§ § 6 17[b] 23

Davis v Henry Clay F. Ins. Co. (1926) 216 Ky 715, 288 SW 674 --§ § 3[a] 24

Globe & R.F. Ins. Co. v Frankfort Distillery (1928) 226 Ky 706, 11 SW2d 968 --§ 6

Hanover F. Ins. Co. v Coffman (1927) 218 Ky 568, 291 SW 725 --§ § 6 17[b] 24

New York Underwriters' Ins. Co. v Mullins (1932) 244 Ky 788, 52 SW2d 697 --§ § 3[a] 6 20 24

Pennsylvania Fire Ins. Co. v Thomason (1943) 293 Ky 142, 168 SW2d 547 --§ 24

Security Ins. Co. v Rosenberg (1928) 227 Ky 314, 12 SW2d 688 --§ 6

Springfield F. & M. Ins. Co. v Shapoff (1918) 179 Ky 804, 201 SW 1116 --§ § 6 24

Stokes v Huddleston (1929) 227 Ky 613, 13 SW2d 784 --§ § 6 24

Western Assur. Co. v Ray (1899) 105 Ky 523, 49 SW 326 --§ § 6 17[b] 24

World Fire & Marine Ins. Co. v Tapp (1939) 279 Ky 423, 130 SW2d 848 --§ 3[a]
surance Co. of North America v McCraw (1934) 255 Ky 839, 75 SW2d 518 --§ § 23 24
surance Co. of North American v McCraw (1934) 255 Ky 839, 75 SW2d 518 --§ 6

### LOUISIANA

Alfred Hiller Co. v Insurance Co. of N. A. (1910) 125 La 938, 52 So 104, 32 --§ 3[a]

Alfred Hiller Co. v Insurance Co. of N.A. (1910) 125 La 938, 52 So 104, 32 --§ 18[a]

Alfred Hiller Co. v Insurance Co. of North America (1910) 125 La 938, 52 So 104, 32 --§ 25

Beck v Germania Ins. Co. (1871) 23 La Ann 510 --§ 23

Bohn v Louisiana Farm Bureau Mut. Ins. Co. 482 So 2d 843, cert den (La) 486 So 2d 750 and cert den (La) 486 So 2d 752 --§ 14[a]

Daul v Firemen's Ins. Co. (1883) 35 La Ann 98 --§ § 6 12

Dunn v Springfield F. & M. Ins. Co. (1902) 109 La 520, 33 So 585 --§ § 6 12 18[b] 23

Erman v Sun Mut. Ins. Co. (1883) 35 La Ann 1095 --§ § 6 12

First Guaranty Bank v Pelican State Mut. Ins. Co. 590 So 2d 1306, cert den (La) 592 So 2d 1303 --§ § 10[a] 14[b]

Garnier v Aetna Ins. Co. (1935) 181 La 426, 159 So 705 --§ § 6 17[b] 22

Headrick v Pennsylvania Millers Mut. Ins. Co. 232 So 2d 319, affd 257 La 1102, 245 So 2d 324 --§ 12

Israel v Teutonia Ins. Co. (1876) 28 La Ann 689 --§ 23

Marchesseau v Merchants' Ins. Co. 1 Rob 438 --§ 6

Perot v Carolina Ins. Co. 171 So 458 --§ § 2[a] 6 13 14[a] 17[b] 24

Rafel v Nashville Marine & Fire Ins. Co. (1852) 7 La Ann 244 --§ 6

Regnier v Louisiana State Marine & Fire Ins. Co. (1838) 12 La 336 --§ 3[a]

Richard D'Aigle Co. v Western Ins. Co. (1915) 136 La 777, 67 So 827 --§ § 3[a] 18[a]

Sbisa v American Equitable Assur. Co. (1942) 202 La 196, 11 So 2d 527, 145 ALR 332 --§ § 7 13 14[b]

Sims v Equitable Fire & Marine Ins. Co. 170 So 2d 163 --§ 3[a]

Wallace v Hanover Ins. Co. 164 So 2d 111 --§ 6

MAINE

Archibald v Granite State F. Ins. Co. (1918) 117 Me 205, 103 A 162 --§ § 3[a] 6 24

Austin v Maine Farmers' Mut. F. Ins. Co. (1927) 126 Me 478, 139 A 681, 56 ALR 384 --§ § 3[a] 6 13 17[b] 23 24

Dolloff v Phoenix Ins. Co. (1890) 82 Me 266, 19 A 396 --§ § 3[a] 13 14[b]

Hanscom v Home Ins. Co. (1897) 90 Me 333, 38 A 324 --§ § 6 14[a] 14[b]

Harwood v United States Fire Ins. Co. (1939) 136 Me 223, 7 A2d 899 --§ § 6 12

Hilton v Phoenix Assur. Co. (1898) 92 Me 272, 42 A 412 --§ § 3[a] 6 18[b]

Moore v Protection Ins. Co. (1848) 29 Me 97 --§ § 2[b] 6 17[b] 23 24

Pottle v Liverpool & L. & G. Ins. Co. (1911) 108 Me 401, 81 A 481 --§ § 3[a] 13 18[a] 25

Rovinsky v Northern Assur. Co. (1905) 100 Me 112, 60 A 1025 --§ § 3[a] 13 18[a] 25

Wall v Howard Ins. Co. (1862) 51 Me 32 --§ § 3[a] 18[a] 25

Williams v Phoenix F. Ins. Co. (1871) 61 Me 67 --§ § 6 23 24

MARYLAND

United States Fire Ins. Co. v Merrick (1937) 171 Md 476, 190 A 335 --§ § 3[a] 22

MASSACHUSETTS

Gechijian v Richmond Ins. Co. (1937) 298 Mass 487, 11 NE2d 478 --§ § 7 11 22

Gechijian v Richmond Ins. Co. (1940) 305 Mass 132, 25 NE2d 191 --§ § 7 10[c]

Goldstein v Franklin Mut. F. Ins. Co. (1898) 170 Mass 243, 49 NE 115 --§ 24

Towne v Springfield F. & M. Ins. Co. (1888) 145 Mass 582, 15 NE 112 --§ 6

MICHIGAN

Alma State Sav. Bank v Springfield Fire & Marine Ins. Co. (1934) 268 Mich 631, 256 NW 573 --§ 6

Barrett v Connecticut F Ins. Co. (1917) 195 Mich 209, 161 NW 916 --§ 23

Barrett v Connecticut F. Ins. Co. (1917) 195 Mich 209, 161 NW 916 --§ § 23 24

Campbell v Great Lakes Ins. Co. (1924) 228 Mich 636, 200 NW 457 --§ § 6 17[b] 23 24

Johnston v Farmers' F. Ins. Co. (1895) 106 Mich 96, 64 NW 5 --§ 6

Tiefenthal v Citizens' Mut. F. Ins. Co. (1884) 53 Mich 306, 19 NW 9 --§ § 17[b] 23 24

MINNESOTA

Bahr v Union F. Ins. Co. (1926) 167 Minn 479, 209 NW 490 --§ § 6 7 10[c]

Foot v Yorkshire Fire Ins. Co. (1939) 205 Minn 478, 286 NW 400 --§ § 3[a] 24

Hamberg v St. Paul F. & M. Ins. Co. (1897) 68 Minn 335, 71 NW 388 --§ § 6 9 13

Hodge v Franklin Ins. Co. (1910) 111 Minn 321, 126 NW 1098 --§ § 6 9 23 24

Studer v Hudson Ins. Co. (1930) 179 Minn 289, 229 NW 88 --§ § 7 24

Supornick v National Retailers Mut. Ins. Co. (1941) 209 Minn 500, 296 NW 904 --§ 7

Zane v Home Ins. Co. (1934) 191 Minn 382, 254 NW 453 --§ § 7 18[a]

MISSISSIPPI

Claxton v Fidelity & Guaranty Corp. (1937) 179 Miss 556, 175 So 210 --§ 14[b]

Claxton v Fidelity & Guaranty Fire Corp. (1937) 179 Miss 556, 175 So 210 --§ § 3[a] 4 12 13 14[b] 20

Continental Ins. Co. v Thrash (1955) 223 Miss 344, 78 So 2d 344 --§ 24

Glens Falls Ins. Co. v Linwood Elevator (1961) 241 Miss 400, 130 So 2d 262 --§ 7

Lititz Mut. Ins. Co. v Miller 50 So 2d 221 --§ § 6 22

Mississippi F. Ins. Co. v Dixon (1923) 133 Miss 570, 98 So 101 --§ 24

Phoenix Ins. Co. v Summerfield (1893) 70 Miss 827, 13 So 253 --§ § 14[a] 24

MISSOURI

Gould v M.F.A. Mut. Ins. Co. 331 SW 2d 663 --§ 9

Gould v M.F.A. Mut. Ins. Co. 331 SW2d 663 --§ § 9 12 14[a] 14[b] 24 25

Miller v Great American Ins. Co. 61 SW2d 205 --§ § 3[a] 6 14[a]

Schulter v Merchants' Mut. Ins. Co. (1876) 62 Mo 236 --§ 23

Shelton v Great American Ins. Co. 100 SW2d 591 --§ 10[d]

Walker v Phoenix Ins. Co. (1895) 62 Mo App 209 --§ § 6 15

Wittels Loan & Mercantile Co. v American Cent. Ins. Co. 273 SW 1084 --§ 9

Wittels Loan & Mercantile Co. v Liberty Fire Ins. Co. 273 SW 192 --§ 9

MONTANA

Vukmanovich v State Assur. Co. (1928) 82 Mont 52, 264 P 933 --§ § 12 24

NEBRASKA

Citizens' Ins. Co. v Herpolsheimer (1906) 77 Neb 232, 109 NW 160 --§ 6
Home Ins. Co. v Winn (1894) 42 Neb 331, 60 NW 575 --§ § 3[a] 14[b]
Jensen v Palatine Ins. Co. (1908) 81 Neb 523, 116 NW 286 --§ § 14[a] 14[b]
Springfield Fire & Marine Ins. Co. v Winn (1889) 27 Neb 649, 43 NW 401, 5 --§ § 2[a] 11 14[a] 24

NEVADA

Gerhauser v North British & M. Ins. Co. (1870) 6 Nev 15 --§ § 6 12 24
Gerhauser v North British & M. Ins. Co. (1871) 7 Nev 174 --§ § 17[b] 23

NEW HAMPSHIRE

Canning v Continental Ins. Co. (1934) 87 NH 180, 175 A 861 --§ § 7 14[a]
Follett v Standard F. Ins. Co. (1915) 77 NH 457, 92 A 956 --§ § 7 10[c]
Hall v Merrimack Mut. Fire Ins. Co. (1939) 90 NH 191, 6 A2d 172 --§ § 7 10[c] 14[a]
Hall v Merrimack Mut. Fire Ins. Co. (1940) 91 NH 6, 13 A2d 157 --§ § 7 12
Leach v Republic F. Ins. Co. (1878) 58 NH 245 --§ § 4 5 6
Moreau v Palatine Ins. Co. (1930) 84 NH 422, 151 A 817 --§ § 7 10[c]
Moreau v Pallatine Ins. Co. (1930) 84 NH 422, 151 A 817 --§ 18[a]
Saidel v Union Assur. Soc. (1930) 84 NH 232, 149 A 78 --§ § 7 10[c] 14[b]
Salganik v United States F. Ins. Co. (1922) 80 NH 450, 118 A 815 --§ 24
Sleeper v New Hampshire F. Ins. Co. (1876) 56 NH 401 --§ § 3[a] 11

NEW JERSEY

Carson v Jersey City Ins. Co. (1881) 43 NJL 300, affd 44 NJL 210 --§ § 6 24
Jersey City Ins. Co. v Nichol (1882) 35 NJ Eq 291 --§ 6
Miller & Dobrin Furniture Co. v Camden Fire Ins. Co. (1959) 55 NJ Super 205, 150 A2d 276 --§ 6

NEW MEXICO

Turner v New Brunswick Fire Ins. Co. (1941) 45 NM 126, 112 P2d 511 --§ 6

NEW YORK

Anibal v Insurance Co. of N.A. (1903) 84 App Div 634, 82 NYS 600 --§ § 3[a] 18[a] 25
Bass v Phenix Ins. Co. (1914) 161 App Div 296, 145 NYS 1112 --§ 18[b]
Bass v Williamsburgh City Fire Ins. Co. 141 NYS 555 --§ 18[b]
   Bass v Williamsburgh City Fire Ins. Co. 141 NYS 555, revd on the merits of the case upon the dissent op of Bijur, J. at Appellate Term, Bass v Phoenix Ins. Co. 161 App Div 296, 145 NYS 1112 --§ 3[a]

Cheever v Scottish Union & Nat. Ins. Co. (1903) 86 App Div 328, 83 NYS 730, affd 180 NY 551, 73 NE 1121 --§ 6

Cheever v Scottish Union & Nat. Ins. Co. (1903) 86 App Div 328, 83 NYS 730, affd without op 180 NY 551, 73 NE 1121 --§ 6

Davis v Guardian Assur. Co. (1895) 87 Hun 414, 34 NYS 332, affd 155 NY 682, 50 NE 1116 --§ § 6 18[b] 23 24

Demarest v Westchester Fire Ins. Co. (1932) 234 App Div 556, 255 NYS 325, app dismd 259 NY 627, 182 NE 209 --§ § 3[a] 25

Dolan v Aetna Ins. Co. 22 Hun 396 --§ 17[b]

Domagalski v Springfield F. & M. Ins. Co. (1926) 218 App Div 187, 218 NYS 164 --§ § 3[a] 10[b] 18[a] 24

Furlong v Agricultural Ins. Co. 45 NYSR 856, 18 NYS 844 --§ 20

Gibbs v Continental Ins. Co. 13 Hun 611 --§ 17[b]

Hirschman v Fireman's Fund Ins. Co. 123 NYS 781 --§ § 6 9 17[b] 23 25

Kantor Silk Mills v Century Ins. Co. (1928) 223 App Div 387, 228 NYS 822, affd 253 NY 584, 171 NE 793 --§ 3[a]

L. N. Gross Co. v Westchester F. Ins. Co. (1914) 88 Misc 327, 151 NYS 945 --§ § 3[a] 6 17[b]

Mayfair Leather Products v Piedmont Fire Ins. Co. 105 NYS2d 802 --§ § 6 17[b] 23

Nugent v Rensselaer County Mut. F. Ins. Co. (1905) 106 App Div 308, 94 NYS 605 --§ 6

Pogo Holding Corp. v New York Property Ins. Underwriting Asso. 97 App Div 2d 503, 467 NYS2d 872, app dismd 61 NY2d 756, 472 NYS2d 920, 460 NE2d 1356 and affd 62 NY2d 969, 479 NYS2d 336, 468 NE2d 291 --§ 19[a]

Saks & Co. v Continental Ins. Co. 23 NY2d 161, 295 NYS2d 668, 242 NE2d 833 --§ § 22 23

Siebros Finance Corp. v Fire Asso. of Philadelphia (1926) 128 Misc 223, 218 NYS 221 --§ 6

Simon Cloak & Suit Co. v Aetna Ins. Co. 141 NYS 553 --§ § 3[a] 6 12 25

Sternfeld v Park Fire Ins. Co. (1888) 50 Hun 262, 2 NYS 766 --§ § 3[a] 18[a] 25

Titus v Glens Falls Ins. Co. (1880) 81 NY 410 --§ 6

Unger v People's F. Ins. Co. 4 Daly 96 --§ 23

Wolf v Goodhue Fire Ins. Co. 43 Barb 400, affd 41 NY 620 --§ 19[b]

NORTH DAKOTA

Griffin v Implement Dealers' Mut. Fire Ins. Co. (1933) 64 ND 146, 250 NW 780 --§ § 17[b] 23 24

OHIO

Capital F. Ins. Co. v Beverly (1897) 14 Ohio CC 468, 8 --§ § 3[a] 14[b]

Capital Fire Ins. Co. v Beverly (1897) 14 Ohio CC 468, 8 --§ 14[b]

Merchants' Nat. Bank v Insurance Co. of N.A. (1878) 4 Ohio Dec Reprint 340, 1 Cleve LR 339 --§ 19[b]

OKLAHOMA

Alliance Ins. Co. v Woods (1938) 182 Okla 620, 79 P2d 573 --§ § 6 17[b] 23 24

OREGON

Fire Asso. of Philadelphia v Allesina (1907) 49 Or 316, 89 P 960 --§ § 3[a] 17[a] 25
Gibbs v First Nat. Ins. Co. (1935) 151 Or 241, 47 P2d 943 --§ § 6 24
Henricksen v Home Ins. Co. (1964) 237 Or 539, 392 P2d 324 --§ § 3[a] 9 10[b] 14[b]

PENNSYLVANIA

Clingerman v Everett Cash Mut. Fire Ins. Co. (1936) 124 Pa Super 89, 188 A 93 --§ § 17[b] 23 24
Higgs v New York Fire Ins. Co. (1954) 176 Pa Super 310, 106 A2d 860 --§ 3[a]
Lobnosky v New York Underwriters Ins. Co. (1941) 145 Pa Super 38, 20 A2d 824 --§ 24
Moward v Automobile Underwriters, Inc. (1937) 128 Pa Super 465, 194 A 574 --§ 6
Post v American Cent. Ins. Co. (1912) 51 Pa Super 352 --§ § 17[b] 23 24
Reiter v Michigan Commercial Ins. Co. (1915) 61 Pa Super 587 --§ § 3[a] 18[a]
Williams v Lumbermen's Ins. Co. (1938) 332 Pa 1, 1 A2d 658 --§ § 3[a] 24
Williams v Southern Mut. Ins. Co. (1933) 312 Pa 114, 166 A 582 --§ 24
Zaffuto v Northern Ins. Co. (1933) 109 Pa Super 376, 167 A 298 --§ § 6 24

SOUTH CAROLINA

Mulkey v United States Fidelity & Guaranty Co. (1963) 243 SC 121, 132 SE2d 278 --§ § 6 9 17[b] 23 24
Nabors v South Carolina Farm Bureau Mut. Ins. Co. (1979) 273 SC 126, 255 SE2d 337 --§ 24

TENNESSEE

Clift v Fulton Fire Ins. Co. (1958) 44 Tenn App 483, 315 SW2d 9 --§ 14[a]
McCulley v Cherokee Ins. Co. (1962) 49 Tenn App 713, 359 SW2d 561 --§ § 18[b] 23 24
Phoenix Ins. Co. v Munday (1868) 45 Tenn 547 --§ 6

TEXAS

American Central Ins. Co. v Borschow 5 SW 2d 829 --§ 24
American Central Ins. Co. v Borschow 5 SW2d 829 --§ § 6 17[b] 23
Camden Fire Ins. Asso. v Puett 164 SW 418 --§ § 10[e] 14[a]
Fidelity Phenix Fire Ins. Co. v Sadau 167 SW 334 --§ 10[e]
Fidelity Phenix Fire Ins. Co. v Sadau 178 SW 559 --§ § 3[a] 17[b] 23
Pelican Ins. Co. v Schwartz 19 SW 374 --§ § 6 17[b] 23
Phoenix Ins. Co. v Shearman (1897) 17 Tex Civ App 456, 43 SW 930 --§ § 6 14[a] 17[b] 23

VERMONT

16 A.L.R.3d 774, *

Mullin v Vermont Mut. F. Ins. Co. (1886) 58 Vt 113, 4 A 817 --§ § 3[a] 24

VIRGINIA

North British & Mercantile Ins. Co. v Nidiffer (1911) 112 Va 591, 72 SE 130 --§ § 6 24

WASHINGTON

Johnson v. Allstate Ins. Co., 108 P.3d 1273 --§ 4

Mutual of Enumclaw Ins. Co. v Cox (1988) 110 Wash 2d 643, 757 P2d 499 --§ 14[b]

Rasmusson v North Coast F. Ins. Co. (1915) 83 Wash 569, 145 P 610 --§ § 3[a] 6 17[b] 23 24

WEST VIRGINIA

Dickerson v Great American Ins. Co. (1942) 125 W Va 135, 23 SE 2d 117 --§ 23

Dickerson v Great American Ins. Co. (1942) 125 W Va 135, 23 SE2d 117 --§ § 19[b] 24

Mazzella v Hanover Fire Ins. Co. (1934) 114 W Va 728, 174 SE 521 --§ § 3[a] 14[b] 18[a] 25

Mosrie v Automobile Ins. Co. (1928) 105 W Va 226, 141 SE 871 --§ § 3[a] 13

Riley v Aetna Ins. Co. (1917) 80 W Va 236, 92 SE 417 --§ § 9 25

Summers v Automobile Ins. Co. (1932) 113 W Va 197, 167 SE 93 --§ 24

Teter v Franklin F. Ins. Co. (1914) 74 W Va 344, 82 SE 40 --§ § 6 12 24

Toupkin v Federal Ins. Co. (1943) 125 W Va 458, 25 SE2d 212 --§ § 18[b] 23 24

WISCONSIN

Bammessel v Brewers' F. Ins. Co. (1877) 43 Wis 463 --§ 15

Beyer v St. Paul F. & M. Ins. Co. (1901) 112 Wis 138, 88 NW 57 --§ § 6 10[b] 12 13 14[b] 24

Cayon v Dwelling House Ins. Co. (1887) 68 Wis 510, 32 NW 540 --§ 15

Dogge v Northwestern Nat. Ins. Co. (1880) 49 Wis 501, 5 NW 889 --§ § 6 11 12 14[a] 23

F. Dohmen Co. v Niagara F. Ins. Co. (1897) 96 Wis 38, 71 NW 69 --§ 3[a]

Fink v La Crosse Mut. Fire Ins. Co. (1931) 203 Wis 350, 234 NW 339 --§ § 3[a] 4

Juneau Store Co. v Badger Mut. Fire Ins. Co. (1934) 216 Wis 342, 257 NW 144 --§ 6

Stebane Nash Co. v Campbellsport Mut. Ins. Co. (1965) 27 Wis 2d 112, 13 NW2d 737, 16 ALR3d 760 --§ 6

Stebane Nash Co. v Campbellsport Mut. Ins. Co. (1965) 27 Wis 2d 112, 133 NW 2d 737, 16 ALR3d 760 --§ § 10[b] 16 24

Stebane Nash Co. v Campbellsport Mut. Ins. Co. (1965) 27 Wis 2d 112, 133 NW2d 737, 16 ALR3d 760 --§ § 2[a] 3[a] 4 10[b] 18[b] 23

Vergeront v German Ins. Co. (1893) 86 Wis 425, 56 NW 1096 --§ 6

Wiesman v American Ins. Co. (1924) 184 Wis 523, 199 NW 55 --§ § 17[b] 23

INDEX OF TERMS (Go to beginning)

Actual loss exceeding amount of insurance, effect of § 14
Analysis § 2
Attempted fraud--
-materiality of reliance by insurer in case of § 10[c]
-necessity for showing reliance by insurer in case of § 10[b]
-overvaluation as § 7
Automobiles, fraudulent claim with respect to § 13
Barn, overvaluation of § 17[b]
Bookbinder's merchandise, overvaluation of § 18[b]
Building, overvaluation of § § 17[b] 18[b]
Burden of proof § § 22 23
Calculation, mistakes in § 12
Causes for innocent overvaluation § 12
Clothing, overvaluation of § 18
Depreciation in value of property, effect of failure to account for § 12
Detriment or prejudice to insurer, necessity for showing of § 10
Direction of verdict for insurer, propriety of § § 24 25
Drugs, overvaluation of stock of § 17[b]
Dwelling house, overvaluation of § § 17[b] 18[b]
Estoppel and waiver, exclusion of questions as to § 1[a]
Exaggeration in amount of claim as fraud § 12
Extent of overvaluation § § 16
Favorable settlement as motive for intentional overvaluation § 11
Five hundred percent--
-overvaluation more than one hundred percent but less than § 18
-overvaluation less than one thousand percent but more than § 19
Fixtures, overvaluation of § § 14[b] 17[b] 18 19[b]
Furniture, overvaluation of § § 12 17[b] 18[b] 20
Furs, overvaluation of stock of § 17[b]
General principles § § 3
Good faith belief in valuation, effect of § § 6 7 12 14[a] 18[b] 23
Groceries, overvaluation of stock of § § 17[b] 18[a]
Gross misstatement as giving rise to inference of fraud § 25
Hospital instruments, overvaluation of § 18[b]
Hotel, overvaluation of property or contents of § § 17[b] 18[a]
House, overvaluation of § § 17[b] 18[b]
Household goods, overvaluation of § § 12 13 14[a] 17[b] 18 20 24
Inadvertent or innocent overvaluation as fraud § § 6 12 14[a]
Income tax report showing lower valuation given to same property, effect of § § 12 24
Inference of fraud § § 4 12 17[b] 18 20 22 23 25
Injury to insurer, necessity for showing of § § 10 14
Intent to deceive--
-as question of law or fact § § 17[b] 18[a] 24 25
-effect of showing of § § 3 14[b] 18[a]
-inference of § 4
-motive for § 11
-necessity for proof of § § 3 6 7 10[c] 12 13 14[a] 17[b] 18[b] 22
Introduction § 1
Jewelry store fixtures, overvaluation of § 19[b]
Jury question, fraudulent intent as § § 17[b] 18[a] 24
Jury verdict awarding smaller amount, effect of § § 12 23
Knowledge of falsity--
-as question of law or fact § § 24 25
-effect of showing of § 18[a]
-necessity for proof of § § 3 6 7 10[c] 12 17[b] 22

Leather products, overvaluation of stock of § 17[b]
Liquors, overvaluation of stock of § 19[b]
Lithographer's merchandise, overvaluation of § 18[b]
Loss to insurer, necessity for showing of § 10[a]
Lumber, overvaluation of § 19[b]
Machinery, overvaluation of § 17[b]
Manufacturing plant, overvaluation of fixtures of § 17[b]
Materiality--
-overvaluation, materiality of § 9
-reliance by insurer, materiality of § 10[a]
Medical instruments, overvaluation of § 18[b]
Medicines, overvaluation of stock of § 17[b]
Merchandise, overvaluation of §§ 17[b] 18 20 24
Mistake in valuation as fraud §§ 6 7 12 14[a]
Motive for intentional overvaluation, effect of § 11
One hundred percent--
-overvaluation less than § 17
-overvaluation less than five hundred but more than § 18
One thousand percent, overvaluation in excess of § 20
Opera-house building, overvaluation of § 18[b]
Parasols, overvaluation of § 17[a]
Particular factors and circumstances as affecting general principles §§ 8
Part of property, overvaluation as to § 13
Patent medicines, overvaluation of stock of § 17[b]
Piano, overvaluation of § 17[b]
Practice pointers § 2[b]
Prejudice to insurer, necessity for showing of §§ 10 14
Preliminary matters §§ 1 2
Presumption of fraud §§ 4 12 17[b] 18 20 22 23 25
Procedural aspects §§ 22
Prompt settlement as motive for intentional overvaluation § 11
Question of law or fact, fraudulent intent as §§ 17[b] 18[a] 24 25
Rationale of general rule § 3[b]
Reckless overvaluation as fraud §§ 5 17[b]
Related matters § 1[b]
Reliance by insurer--
-materiality of § 10[a]
-necessity for showing of § 10[b]
Replacement cost of building, overvaluation of §§ 12 17[b] 18[b]
Resort hotel, overvaluation of contents of § 17[b]
Retail store, overvaluation of stock of § 18
Scope of annotation § 1[a]
Settlement negotiations as motive for intentional overvaluation, effect of § 11
Shoes, overvaluation of § 17[a]
Slight overvaluation § 9
Statement of general rule § 3[a]
Stationer's merchandise, overvaluation of § 18[b]
Statutory provisions, effect of § 10[d]
Summary § 2
Surgical instruments, overvaluation of § 18[b]
Tobacco, overvaluation of stock of §§ 17[b] 19[b]
Total loss under valued policy § 15
Trivial overvaluation § 9
Truck, false statement as to cost of construction of § 14[b]
Umbrellas, overvaluation of § 17[a]

Valued policy, total loss under § 15
Verdict for lesser amount, effect of § § 12 23
Waiver and estoppel, exclusion of questions as to § 1[a]
Watch store fixtures, overvaluation of § 19[b]
Wilfulness--
-as question of law or fact § § 17[b] 18[a] 24 25
-effect of showing of § § 3 14[b] 18[a]
-inference of § 4
-motive for § 11
-necessity for proof of § § 3 6 7 10[c] 12 13 14[a] 17[b] 18[b] 22


ENCYCLOPEDIAS, TREATISES, and SPECIALIZED SERVICES (Go to beginning)


Annotations
See the related annotations listed in § 1[b].

REFERENCES
The following references may be of related or collateral interest to the user of this annotation.


Encyclopedias and Texts

Am Jur (1st ed § § 1421, 1961)
44 Am Jur 2d, Insurance § § 1501-1504, 2077

Practice Aids

21 Am Jur Proofs of Facts 3d 455, Immaterial Misrepresentation in Application for Property Insurance Policy
34 Am Jur Proofs of Facts 3d 291, Arson Defense to Coverage Under Property Insurance
4 Am Jur Pleading & Practice Forms, Forms 11:811
10 Am Jur Trials 301, Actions on Fire Insurance Policies
57 Am Jur Trials 155, Handling Fire Claims Out of Court

Digests and Indexes

ALR Digests, Insurance § 605
ALR Quick Index, Fire Insurance


ARTICLE OUTLINE (Go to beginning)

I.   Preliminary Matters

§ 1      Introduction
§ 1[a]   Scope
§ 1[b]   Related matters

§ 2      Summary and analysis
§ 2[a]   Generally
§ 2[b]   Practice pointers

II.  General principles

Page 76

§ 3     Wilful overvaluation as fraud
§ 3[a]  Statement of general rule
§ 3[b]  Rationale of rule

§ 4     --Inference of fraudulent intent

§ 5     Reckless overvaluation as fraud

§ 6     Innocent overvaluation as fraud

§ 7     Overvaluation as attempted fraud

III.    Particular factors and circumstances as affecting general principles

§ 8     Generally

§ 9     Materiality of overvaluation

§ 10    Prejudicial effect of overvaluation
§ 10[a] Generally
§ 10[b] Reliance by insurer immaterial
§ 10[c] --In case of attempted fraud
§ 10[d] Prejudice to insurer essential
§ 10[e] Effect of particular statutory provisions

§ 11    Motive for intentioanal overvaluation

§ 12    Causes for innocent overvaluation

§ 13    Overvaluation as to part of property

§ 14    Actual loss exceeding amount of insurance
§ 14[a] Innocent overvaluation
§ 14[b] Intentional overvaluation

§ 15    Total loss under valued policy

IV.     Extent of overvaluation

§ 16    Generally

§ 17    Overvaluation of less than 100 percent
§ 17[a] Held fraudulent
§ 17[b] Held not fraudulent

§ 18    Overvaluation of more than 100 percent but less than 500 percent
§ 18[a] Held fraudulent
§ 18[b] Held not fraudulent

§ 19    Overvaluation of more than 500 percent but less than 1,000 percent
§ 19[a] Held fraudulent
§ 19[b] Held not fraudulent

§ 20    Overvaluation exceeding 1,000 percent

V.   Procedural aspects

§ 21   Generally

§ 22   Presumption and burden of proof

§ 23   --Verdict for lesser amount as proof of fraud

§ 24   Fraudulent intent as question for jury or factfinder

§ 25   Fraudulent intent as question of law for court