AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| American Process Equipment Co., Inc., | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. Atlantic Mutual Insurance Co., | Case Number: 04-10736-NMG |

| PRESIDING JUDGE<br>Nathaniel M. Gorton | PLAINTIFF'S ATTORNEY<br>Kelston, Rosmarin | DEFENDANT'S ATTORNEY<br>Bauer, Cremins, Tener |
|---|---|---|
| TRIAL DATE (S)<br>12/12/05-12/16/05 | COURT REPORTER<br>Dahlstrom | COURTROOM DEPUTY<br>Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-79 | | 12/12/05 | x | x | Stipulated Exhibit Binder |
| x | | | | | Gerard Carreau |
| x | | | | | Paul O'Neill, Jr. |
| 80 | | 12/13/05 | x | x | Amtrak Purchase Order 4/2/02 |
| x | | | | | Michael Voll |
| 81 | | | x | x | Fax repair estimate by Voll 8/8/02 to APEC Spreadsheet of costs for repairs |
| 82 | | | x | x | Amtrak Contract to APEC - Pelham Bay, NY Bridge |
| 83 | | | x | x | Tener to O'Neill re: Water Damage 11/13/02 |
| 84 | | 12/14/05 | x | x | Telephone Records |
| | 85 | | x | x | Fax From APEC to Landlord |
| | 86 | | x | x | Fax From APEC to Landord |
| | 87 | | x | x | Fax From APEC to Landlord |
| | 88 | | x | x | CMB- Bennedetti to APEC 4/22/02 |
| | 89 | | x | x | Fax From APEC to Landlord |
| | 90 | | x | x | Fax From APEC to Landlord |
| | 91 | | x | x | APEC Auction Catalogue |
| — | | | | | James P. Leigh |
| 92 | | | x | x | Leigh Photographs   ( Testimony of James O'Keefe called by pla) |
| 93 | | | x | x | Notice of Deposition of O'Keefe |
| 94 | | | x | x | Recorded Claims Statement |
| | x | 12/15/05 | | | Bruce Walker |
| | x | | | | Douglas Dodge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages


AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| American Process | vs. | Atlantic Mutual | CASE NO. 04-10736-NMG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 12/15/05 |  |  | Neil Andersen |
| 95 |  |  | x | x | Payroll 2002 |
| 96 |  |  | x | x | Payroll 2001 |
|  | x |  |  |  | Paul Dalton |
| 97 |  |  | x | x | Affidavit of Paul Dalton 7-15-02 |
| 98 |  |  | x | x | Affidavit of Paul Dalton 7-15-02 handwritten |
|  | x |  |  |  | James O'Keefe |
| x |  |  |  |  | Paul O'Neill Jr. (rebuttal) |

Page 2 of 2 Pages