CIVIL/CRIMINAL CASE NO: __04-10736-NMG__

TITLE: __American Process__ VS. __Atlantic Mutual__

## JURY PANEL

| | |
|---|---|
| 01. Michael Chen | 07. John Bernardo |
| 02. David Rogers | 08. Judy Salmon |
| 03. Stephen Flaherty | 09. Richard Sawyer |
| 04. James O'Neil | 10. Margaret Tippit |
| 05. Peter Leopold | 11. |
| 06. Michael Doherty | 12. |
| ALT. #1 | ALT. #2 |
| ALT. #3 | ALT. #4 |

## WITNESSES

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. Gerard Carreau | 01. Bruce Walker |
| 02. Paul O'Neill, Jr., | 02. Douglas Dodge |
| 03. Michael C. Voll | 03. Neil Andersen |
| 04. James P. Leigh | 04. Paul Dalton |
| 05. James O'Keefe | 05. James O'Keefe |
| 06. Paul O'Neill, Jr., (rebuttal) | 06. |
| 07. | 07. |
| 08. | 08. |
| 09. | 09. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |

(jury&wit.lst - 09/92)