United States District Court
District of Massachusetts

```
_____
                              )
AMERICAN PROCESS EQUIPMENT    )
COMPANY, INC.                 )
                              )
        Plaintiff,            )   Civil Action No.
                              )   04-10736-NMG
        v.                    )
                              )
ATLANTIC MUTUAL INSURANCE     )
COMPANY,                      )
                              )
        Defendant.            )
_____ )
```

**Verdict Form**

**Section I: Liability**

1) Did the plaintiff, American Process Equipment Company ("APEC"), prove all of the elements of its claim against the defendant, Atlantic Mutual Insurance Company ("Atlantic Mutual"), for breach of the insurance contract?

    Yes __✓__     No _____

**[If you answer Question 1 "Yes", proceed to Question 2. If you answer Question 1 "No", proceed to Question 3.]**

2) Was Atlantic Mutual excused from performing its obligations under the insurance contract?

    Yes _____     No __✓__

**[If you answer Question 2 "Yes", proceed to Question 3. If you answer Question 2 "No", proceed to Question 4.]**

3) Did Atlantic Mutual prove all of the elements of its counterclaim against APEC for intentional misrepresentation?

    Yes _____     No _____

**[If you answer Question 3 "Yes", proceed to Question 8. If you answer Question 3 "No", proceed to Question 4 <u>unless</u> you also answered Question 2 "Yes" in which case your deliberations are**

complete.]

## Section II: Damages - Breach of Contract

4) Did APEC suffer damage to its machines as a result of the water leaks on the date(s) of loss in 2002?

   Yes __✓__     No _____

[If you answer Question 4 "Yes", proceed to Question 5a. If you answer Question 4 "No", your deliberations are complete.]

5a) With respect to damage to APEC's machines, what amount of money, if any, do you award to APEC as damages to compensate it for Atlantic Mutual's breach of the insurance contract?

   THREE MILLION ONE HUNDRED T~~HOUSAND~~ (words)

   $ 3,100,000 (numbers)

[If you award damages under Question 5a, proceed to Question 5b. If you do not award damages under Question 5a, proceed to Question 6.]

5b) By what monetary amount, if any, do you reduce the damages awarded to APEC under Question 5a for any failure by APEC to mitigate its damages after the water leaks on the date(s) of loss in 2002?

   _____ (words)

   $ __0__ (numbers)

6) Did APEC suffer business interruption damage as a result of damage to its machines caused by the water leaks on the date(s) of loss in 2002?

   Yes __✓__     No _____

[If you answer Question 6 "Yes", proceed to Question 7a. If you answer Question 6 "No", your deliberations are complete.]

7a) With respect to damage resulting from the interruption of APEC's business, what amount of money, if any, do you award to APEC as damages to compensate it for Atlantic Mutual's breach of the insurance contract?

   NINE HUNDRED SIXTY THOUSAND (words)

   $ 960,000 (numbers)

**[If you award damages under Question 7a, proceed to Question 7b. If you do not award damages under Question 7a, your deliberations are complete.]**

7b)  By what monetary amount, if any, do you reduce the damages awarded to APEC under Question 7a for any failure by APEC to mitigate its damages after the water leaks on the date(s) of loss in 2002?

　　　　　　　　　　~~_____~~ (words)

　　　　　　　　　　$ __0__ (numbers)

**[If you answered Question 3 "Yes", proceed to Question 8. Otherwise, your deliberations are complete.]**

**Section III: Damages - Intentional Misrepresentation**

8)  Did Atlantic Mutual suffer damages as a result of the intentional misrepresentation by APEC?

　　　　Yes _____    No _____

**[If you answer Question 8 "Yes", proceed to Question 9. If you answer Question 8 "No", your deliberations are complete.]**

9)  What amount of money, if any, do you award to Atlantic Mutual as damages to compensate it for the intentional misrepresentation by APEC?

　　　　　　　　　　_____ (words)

　　　　　　　　　　$ _____ (numbers)

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: 12/16/05    Jury Foreman: *[signature]*