## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

American Process Equipment Corporation,
           Plaintiff(s)

        v.

Atlantic Mutual Insurance Company,
           Defendant(s)

CIVIL ACTION NO.  04-10736-NMG

## JUDGMENT IN A CIVIL CASE

Gorton , D.J.

**X**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED

Plaintiff is awarded $3,100,000 to compensate it for Atlantic Mutual's breach of the insurance contract with respect to damage to APEC's machines, and $960,000 to compensate it for Atlantic Mutual's breach of the insurance contract with respect damage resulting from APEC's interruption of business.

SARAH A. THORNTON, CLERK

Dated:    12/19/05

/s/ Craig J. Nicewicz
( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is   4.30 %.

(judgciv.frm - 10/96)                    [jgm.]