

# @vantage℠

## Your Atlantic Advantage

**Atlantic Mutual Companies**
*When it counts℠*

EXHIBIT 2

5. **Personal Property of Others**

   a. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property

   b. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   c. Personal property of others is valued on the same basis as your business personal property (subject to any exceptions in this Valuation and Loss Payment section). However, we will not pay more than the amount for which you are legally liable.

   d. Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

6. **When We Will Pay**

   We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

7. **Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

8. **Resumption of Operations**

   We will reduce the amount of your:

   a. Business Income loss, other than Extra Expense, to the extent you can resume your "Operations", in whole or in part, by using damaged or undamaged property (including merchandise or "Stock") at the described premises or elsewhere.

   b. Extra Expense loss to the extent you can return "Operations" to normal and discontinue such Extra Expense.

   If you do not resume your "Operations", any loss determination will be based on the length of time it would have taken to resume "Operations" with reasonable speed.