# ADKINS, KELSTON & ZAVEZ, P.C.

|  | ATTORNEYS AT LAW | |
|---|---|---|
| TELEPHONE | 90 Canal Street, Fifth Floor | WEBSITE |
| 617-367-1040 | Boston, MA 02114 | www.akzlaw.com |
| FACSIMILE | | E-MAIL |
| 617-742-8280 | | akz@akzlaw.com |

January 5, 2006

Mr. Craig Nicewicz
Clerk for the Honorable Nathaniel M. Gorton
United States District Court for
  the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:  American Process Equipment Company, Inc. v. Atlantic Mutual
     United States District Court, Civil Action No. 04-10736 (NMG)

Dear Mr. Nicewicz:

I am writing to inform you that the parties have reached a resolution of the above-referenced matter, and the two other pending matters, *American Process Equipment Company, Inc. v. Atlantic Mutual Insurance Company*, Civil Action Nos. 2005-10029 and 2004 CV 12559 (NMG). The parties anticipate filing formal notices and/or stipulations shortly, but I did want to inform the Court that no post-trial proceedings will be necessary.

Thank you.

Very truly yours,

Noah Rosmarin

cc:  John R. Bauer, Esquire